**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------------X**
**UNITED STATES OF AMERICA,**

**--against--** **13 Cr. 268-30 (JMF)**

**EDWIN TING,**

**Defendant.**
**---------------------------------------------------------------------X**

# MEMORANDUM IN AID OF SENTENCING ON BEHALF OF EDWIN TING

ERIC FRANZ, ESQ.
Law Offices of Eric Franz P.L.L.C.
*Attorney for Edwin Ting*
747 Third Avenue, 20th Floor
New York, NY, 10017
Phone: (212) 355-2200
Fax: (212) 937-2217
*www.efranzlaw.com*

ANDREW MANCILLA, ESQ.

# TABLE OF CONTENTS

**PRELIMINARY STATEMENT** .......... 3

**DISCUSSION** .......... 6

**A. LEGAL STANDARD** .......... 6

**B. THE NATURE AND CIRCUMSTANCES OF THE OFFENSE** .......... 8

**C. THE PRESENTENCE REPORT'S RECOMMENDED GUIDELINES** .......... 10

**D. MR. TING'S HISTORY AND CHARACTERISTICS** .......... 11

**1. TING'S CHILDHOOD AND FAMILY** .......... 11

**2. TING IS THE PRIMARY CAREGIVER FOR SIX CHILDREN** .......... 13

**3. TING'S EXTRAORDINARY EFFORTS TO HELP FAMILY AND FRIENDS** .......... 18

**4. TING IS A TRUE FRIEND** .......... 20

**5. MR. TING MAKES SIGNIFICANT DONATIONS TO CHARITIES** .......... 24

**6. MR. TING'S REMORSE AND REGRET HAVE ALREADY RESULTED IN A SUBSTANTIAL PUNISHMENT** .......... 25

**E. NO FINE SHOULD BE IMPOSED BECAUSE THE $2 MILLION FORFEITURE WILL RENDER TING UNABLE TO PAY A FINE** .......... 26

**CONCLUSION** .......... 27

## I.

## PRELIMINARY STATEMENT

Edwin Ting ("Eddie" or "Ting"), the 42 year old man that will come before Your Honor on January 7, 2014, is an individual whose generosity, compassion, and caring nature, which he has demonstrated throughout his life, must to some extent counteract the instant mistake he has made in his life: running an illegal poker gambling business. However, there is more to Mr. Ting than his criminal conduct – he has led a life of extraordinary generosity. His ability to understand human nature, to empathize with others, to contribute time and money to those in need, is truly exceptional. Such characteristics are worthy of admiration and, in the instant context, a measure of leniency.

The caliber of Ting's character is by no means an exaggeration, for it is borne out of the multitude of letters on behalf of Mr. Ting that have flooded into our office,[1] each of which describe a man who cares deeply about others. These letters use adjectives like reliable, considerate, trustworthy, unselfish, honorable, and generous to describe Eddie Ting.

Significantly, Mr. Ting's true character is demonstrated by his unwavering commitment to his extended family -- he provides a home for, and nurtures, not only his own child, but 5 of his nieces and nephews. Mr. Ting has opened his home in Mahwah, New Jersey as a place for his wife's siblings' children to live and grow up because the education system, and environment, is much more conducive to their development. It is for this reason, that Ting's wife's siblings made the decision, albeit incredibly difficult, to part with their children and allow them to live and be raised by Mr. and Mrs. Ting in Mahwah, New Jersey.

---

[1] The letters on behalf of Mr. Ting are annexed hereto at Exhibit A. One character letter, the letter by

As Your Honor will read below, Mr. Ting's generosity is in large part the product of his upbringing. The love and care he provides to these 6 children is a reflection of that which he was provided as a child, and that which he now reciprocates to his own parents. His mother suffers from schizophrenia and was recently hospitalized. His father suffers from dementia, which has rendered him immobile. Despite these debilitating illnesses, Mr. Ting has gone to great lengths to give his parents the necessary individualized care they need, and to assure them that he will continue to stay by their side throughout the remainder of their lives.

Mr. Ting's generosity, and his ability to bring hope into the lives of many, is even more evident in his actions with respect to those in his life who have been diagnosed with cancer. One of Mr. Ting's friends, Vincent Condina, was diagnosed with esophageal cancer and Mr. Ting has played a crucial role in helping him get treatment. Ex. A, bates 28-29. More recently, Mr. Ting's brother-in-law was diagnosed with stomach cancer. Ting helped him seek treatment, accompanied him to see multiple specialists, acted as a translator between him and the doctors, and offered his emotional support. For these individuals, Ting offered hope that allowed them to keep going, hope that they would beat the disease, and strength to combat their cancer with his words and acts of encouragement.

Finally, and as evidenced by the great amount of attention and care he gives to others in need, Edwin Ting is also a man with a heightened sensitivity and empathy for others, which allows him to exercise the most mature of all human traits: forgiveness. Indeed, as the letter by Jonathan Greenbaum below states, Ting counsels "patience and

forgiveness." Ex. A, bates #39. He also explains that Ting is "trustworthy to a fault." *Id.* at 38.

In some respects, Ting's trustworthy nature, and ability to forgive others, provides some background as to why he engaged in the instant offense. In the past, Ting sought to host friendly, albeit high stakes, poker games between and among friends. When Ting began allowing friends of friends to play in the poker games, he encountered situations in which individuals were unable to pay their debts. Nevertheless, Mr. Ting would cover these unpaid debts and pay the winner on their behalf. Ultimately, Ting made the unfortunate decision, which transformed the legal poker game into an illegal gambling business – he began charging a rake for the games to help cover expenses and unpaid debts of those that lost money in the poker games. Certainly, Ting profited from the rake, but this amount was diminished by the expenses and covering of others' debts.

Mr. Ting now comes before Your Honor, bearing great remorse, to himself ask for forgiveness. In a letter to Your Honor,[2] Ting writes:

> Your Honor, you have received many letters about me and I have reviewed them prior to writing this letter. I cannot overstate that all of the wonderful things that people have said about me were done by myself out of pure benevolence. I truly do care about people, I truly believe that we are put on this earth to help each other. I always try to do the right thing, I always try to help out those less fortunate, always try to be there for people in need. I hate to see anyone suffer. Even people who lost money in my games had my sympathy and understanding and when they were unable to pay their debts, I paid on their behalf. With this being said, it doesn't excuse me from the fact that collecting a rake was wrong, I admittedly failed with regard to my decision to run an illegal poker game. I am truly sorry!

Ex. B, bates 2.

[2] Mr. Ting's letter to the Court is annexed hereto at Exhibit B. In addition, we have attached a number of photos of Ting's family at Exhibit B, bates 4-6.

Thankfully, due to the Supreme Court's decision in *United States v. Booker*, 543 U.S. 220 (2005), Your Honor is no longer tethered to the United States Sentencing Guidelines when fashioning an appropriate sentence. As this Court is well aware, a sentence should be sufficient, but not greater than necessary and should also promote respect for the law. To that end, we submit that compassion also promotes respect and we urge this Court to impose a noncustodial sentence.

## II.

## DISCUSSION

### A. LEGAL STANDARD

As this Court is undoubtedly aware, the United States Supreme Court decision in *United States v. Booker,* 543 U.S. 220 (2005), has reshaped the way a sentencing judge can impose a sentence. The sentencing court may consider the guideline range, as well as any basis to depart from that range. However, the Court is no longer required to impose a sentence within that range. In fact, the federal sentencing guidelines are but one factor among several in determining an appropriate sentence. *Kimbrough v. United States*, 128 S.Ct. 554, 574 (2007). The guidelines are only the "starting point and initial benchmark…" *Id., citing Gall v. United States*, 128 S.Ct. 586, 596 (2007). It is the sentencing judge who has the advantage of familiarity with the details of the case and can best evaluate the import of the § 3553(a) factors. *Id.*, *Kimbrough*, 128 S.Ct. at 574, *citing Gall*, 128 S.Ct. at 597.

In determining a sentence that is "sufficient, but not greater than necessary," the first of those factors the judge must consider is "the nature and circumstances of the offense and the history and characteristics of the defendant." 18 U.S.C. §3553 (a)(1).

Without a doubt, the breadth of this factor alone extends far beyond the guidelines and implores the sentencing judge to consider the unique circumstances and characteristics of the defendant in each case. A consideration of those characteristics, along with the remaining seven factors,[3] may render sentences that do not fit within the guidelines, yet are "moored to fairness" and meet the goals of sentencing set forth in §3553 (a)(2). *See United States v. Ovid*, 2010 WL 3940724 *1 (EDNY, Oct. 1, 2010).

Therefore, the Court may not simply presume that the Guidelines range is reasonable. *Gall*, at 597. Rather, the Court must make an individualized assessment based on the facts presented. "It has been uniform and constant in the federal judicial tradition for the sentencing judge to consider every convicted persons as an individual and every case as a unique study in the human failings that sometimes mitigate, sometimes magnify, the crime and punishment to ensue." *Koon v. United States*, 518 U.S. 81, 113 (1996). Indeed, "[u]nderlying this tradition is the principle that the punishment should fit the offender and not merely the crime." *Pepper v. United States*, 131 S.Ct. 1229, 1240 (2011) (internal quotations and citations omitted).

From its unique vantage, the Court may conclude that, despite the guidelines, "in a particular case, a within-Guidelines sentence is 'greater than necessary' to accomplish the goals of sentencing. . ." *Kimbrough*, 128 S.Ct. at 570, *citing* 18 U.S.C. § 3553(a). The "not greater than necessary" language of the federal sentencing statute incorporates the need for the sentence to "reflect the seriousness of the offense," "promote respect for the law" and "provide just punishment for the offense." 18 U.S.C. § 3553(a). Indeed, as

[3] The seven other factors are (1) the nature and circumstances of the offense; (2) the history and characteristics of the offender; (3) the need for the sentence imposed to reflect the goals of sentencing set forth in § 3553(a)(2); (4) the kinds of sentences available; (5) the Commission's policy statements; (6) the need to avoid unwarranted sentence disparities among similar defendants who commit similar crimes; and (7) the need to provide restitution to victims. *See* 18 U.S.C. §3553 (a).

the Supreme Court suggested in *Gall*, a sentence of imprisonment may not promote respect for the law if it appears unduly harsh in light of the real conduct and circumstances of the particular case. *Gall*, 128 S.Ct. at 599; *see also Rita v. United States*, 127 S.Ct. 2456, 2465 (2007) (observing that district court may consider arguments that "Guidelines sentence itself fails properly to reflect § 3553(a) considerations").

**B. THE NATURE AND CIRCUMSTANCES OF THE OFFENSE**

Ting pleaded guilty to running an illegal poker gambling business in violation of 18 U.S.C. § 1955. Aside from involving 5 or more individuals, it was an illegal business because Ting charged a "rake," or a percentage of the bets. Without trivializing the instant offense, or offering excuses for his behavior, it is important to explain how, what was once a friendly, legal poker game, morphed into an illegal venture due to the eventual collection of a "rake" at the poker games.

In 2003, Mr. Ting began playing poker as a means of financial support. PSR. at ¶ 116. In poker playing Ting found a deep appreciation for the level of focus, calculation, and skill that the game required.

Simultaneously, Ting maintained a job in the "back office" in the financial industry, but did not like the work. *Id*. Naturally, Ting gravitated towards that which he loved and that in which he had gained considerable skill, playing poker. Ting began saving "as much money as possible," to launch a career as a professional gambler, which he was ultimately successful in doing. *Id.*

In launching his career, Ting entered the poker community, and specifically, as a result of the money he saved and skills he sharpened, he entered the high-stakes poker world. He made friends easily and soon enough, Ting and his friends decided to arrange

poker nights for themselves. Initially, Mr. Ting did not charge a rake in his poker games, that is, it was a *legal game*. Moreover, the poker games that he hosted were not open to the public. Rather this was an intimate collection of extremely wealthy friends (and their friends) to play a friendly, albeit high-stakes, game of poker. PSR at ¶ 86.

Steve Saraf, a close friend of Ting's who played poker with Mr. Ting for years, describes this evolution. He writes:

> I remember when I first met Eddie, it was at a home poker game, it was a group of about 15-20 people with 8 people playing per week. Eddie was probably the only guy trying to make a living playing poker whereas everyone else in the group had a career or a business. At that point, he was not the host. The game rotated amongst 2-3 of the guys taking turns hosting the game for the week. It was a very close knit, family like atmosphere. It started out as a recreational game with no rake (fees) and bounced to whomever's home could host for the evening. No one ever wanted to host because it was cumbersome and inconvenient. Eddie, being one of the only guys that didn't have a 50++ hr work week had volunteered to get an apartment in the city where we could have our weekly poker game. All the guys whom played agreed to chip in for all the cost of running the game.
>
> After months of playing, another issue arose where some players defaulted on their losses. There was no fair solution to figure out how to divide the defaults. Eddie, being a wining player, compensated the winning players that were defaulted on and never took his winnings. I think this was the start of every persons love for Eddie Ting. Here was a guy that needed the money more than anyone of us, for most of us were successful and he was just starting his poker career, and he was the one to step up and say it was ok if he got "stiffed." At the time, what he let go was probably life changing money but he was always grateful to be allowed to play with us. As players, we quickly recognized the unfairness of this situation to Eddie and agreed that a rake should be taken in future games to offset cost and to insure the game against bad debts and maintain its integrity.
>
> * * *
>
> The reason I mention all this is to emphasize the organic, familial and transparent evolution of the game that Eddie has admitted to running. The players were cognizant of the fees involved and played because of the quality and entertainment provided, the

> security of the environment, and because of the trust that Eddie engendered within us all.

Ex. A, bates # 30-33.

Thus, due to Ting's commitment to cover the unpaid debts of those who played in his game, eventually a rake was collected, primarily to assist Ting with covering expenses and unpaid debts of others. Notably, we do not dispute that Ting realized a profit by virtue of the rake. That notwithstanding, Ting readily admits his guilt but wanted the Court to have a fuller understanding of the background concerning the decision to start charging a rake which transformed the legal poker game into a violation of federal law.

## C. THE PRESENTENCE REPORT'S RECOMMENDED GUIDELINES

On September 4, 2013, Mr. Ting appeared before Your Honor and pleaded guilty, pursuant to a plea agreement, to Count 20, which charged that from at least January 2010 through April 11, 2013, Ting conducted, financed, managed, supervised, directed, and owned all and part of an illegal gambling business in violation of 18 U.S.C. 1955(b)(1),(2), and (3). This plea was entered in a timely manner. The agreed upon Guidelines are as follows:

**COUNT TWENTY: ILLEGAL POKER GAMBLING BUSINESS**

| | |
|---|---|
| Base Offense Level (§2E3.1(a)(1)) | 12 |
| Adjustment for Role in the Offense (§3B1.1(c)) | +2 |
| Adjusted Offense Level | 14 |
| Acceptance of Responsibility (§3E1.1(a)) | -2 |
| Adjusted Offense Level | **12** |

Since Mr. Ting is in criminal history category I, this yields a recommended guideline range of 10-16 months.

## D. MR. TING'S HISTORY AND CHARACTERISTICS

### 1. TING'S CHILDHOOD AND FAMILY

As the PSR describes, Edwin Ting was born on September 16, 1971 to Yee-Way Ting and Yuk-Ngor Chao Ting. PSR at ¶ 113. His parents were "traditional Chinese" and "maintained much of the culture in their home." *Id*. Ting grew up in a household with three siblings, Alice Ting (age 45), Benjamin Ting (age 44), and Richard Ting (age 40). PSR at ¶ 113. All of his siblings are "aware of his conviction for the instant offense and have been emotionally supportive of him." *Id*. at ¶ 114. Ting explained to the Probation Department that his parents are "hard-working and family-oriented." *Id*. at ¶ 115. They have now been married for almost 50 years and reside in Brooklyn. *Id*. at ¶ 113.

Each of his parents suffer from certain ailments. His father suffers from dementia, which has rendered him immobile and unable to eat solid foods. Since Ting's childhood, his mother has suffered from schizophrenia. PSR at ¶ 113. Although she takes medicine to treat her mental illness, and the medication has helped, she was recently hospitalized in the psychiatric ward at Lutheran Hospital.

Throughout Ting's life, he has played a central caretaking role in his family. The care he provided to his parents continues today. For example, during his mother's recent hospitalization, Mr. Ting traveled to, and cared for, his father in the evening and frequently visited his mother during the day at the psychiatric ward at Lutheran Hospital. Alice Ting, Mr. Ting's older sister, describes how Eddie helped during their childhood and continues to provide assistance and caretaking for their family. She writes:

> Even though our mother was mentally ill, Ed held a special place in her heart and sometimes he was the only one able to get through to her when no one else could. I have always been saddened that my mother's connection with Ed was the only way our mom would be close to "normal." He also served as a buffer between my mom and me when her delusions caused her to lash out at me. Ed continues to play that role today. He is an irreplaceable person in my mother's life.
>
> * * *
>
> On multiple occasions in the past in which our father was hospitalized for various medical reasons, Ed took our mom to his home to make sure she wasn't alone and would also take her to visit my dad in the hospital. When my mom was on the verge of having a full-blown psychotic episode in early 2012. Ed insisted that we have a family intervention. We ended up getting her to the necessary doctor avoiding any hospitalization. His presence comforted her even in her delusional state. Just recently, my mom did have a psychotic episode in which she had to be hospitalized and Ed volunteered his home and took our elderly father to his home for 24 hour care. This is on top of having his nieces and nephews living there for school and also providing care for his brother in law.

Ex. A, bates # 2-3.

Mr. Ting's younger brother, Richard Ting, provides the Court with his perspective as to why Eddie is an "honorable person of good character." Ex. A, bates # 4-5. In addition to describing how Eddie is now caring for his nieces and nephews, and describing Eddie's generosity as having "no bounds," he writes:

> …Eddie has been a caring son to his ill parents. Our father has severe dementia due to multiple strokes and our mom has schizophrenia. He will often drive from New Jersey to Bay Ridge, Brooklyn to bring our parents food or to help take them to their doctor appointments. He has offered on multiple occasions to move our parents from Bay Ridge, Brooklyn to his home in New Jersey in order to keep a closer eye on their deteriorating health.

Ex. A, bates # 4-5.

Ting's older brother, Benjamin Ting, describes how even today, Ting has helped his family. He writes:

> As a single parent making a building service salary, I have literally lived paycheck to paycheck. From 1997 to present day, struggles of effectively supporting my daughter and myself left me depressed. I was in need of encouragement, and Eddie was always available offering emotional and financial support when needed. His advice was a source of comfort to me. I never had to ask, he was just there.

Ex. A, bates #6-7.

One of Mr. Ting's closest friends who has known him for over 18 years, Rebecca Chan,[4] describes the sacrifice Mr. Ting made as a son to help his parents. She writes:

> Eddie is also a good son. Before his marriage, he purposefully remained home and lived with his two elderly parents to make sure that they were taken care of properly.

Ex. A, bates # 8-9.

### 2. TING IS THE PRIMARY CAREGIVER FOR SIX CHILDREN

Perhaps the most telling example of the true character of an individual is how they treat and care for children. Mr. Ting's care-giving nature has extended beyond merely taking care of his parents. He and his wife now take care of six children, and he impresses upon the children the same values that his mother and father impressed upon him.

The reason he has taken on this enormous responsibility is that, as described in the PSR, Mr. Ting and Mrs. Ting have a close emotional relationship to Mrs. Ting's three siblings: Hieu Truong, Muoi Truong, and Mai Truong. PSR at ¶ 118. Mrs. Ting's oldest brother Hieu Truong has two children, T T (age 8) and C T (age 4). Mrs. Ting's sister, Mai Truong, also has two children, A L (age 15) and B L (age 8). Finally, Mrs. Ting's other brother Muoi Truong has one daughter, C T (age 8). All three siblings live in low-income neighborhoods in Atlantic City,

[4] Ms. Chan is also a transactional attorney who has practiced in New York State since 1999.

New Jersey and "work at the local casinos in minimum-wage positions." *Id*. at ¶ 119. "As such, they are unable to 'appropriately' provide for their children." *Id*.

On the other hand, Mr. and Mrs. Ting live in a comfortable home in Mahwah, New Jersey, with a strong school district. In light of Mr. Ting's close emotional relationship to his wife's siblings, and their low-income circumstances, the families decided to allow Eddie and his wife to be the primary caretakers for all Mrs. Ting's, siblings' children. *See* PSR at ¶ 118. In addition to these 5 nieces and nephews, Mr. and Mrs. Ting have their own child, T Ting, who is now 5 years old. As such, Mr. and Mrs. Ting are now the primary caregivers for 6 children, all of whom now enjoy the benefits of a comfortable home, a big and loving family, and an excellent school district. As reflected in the PSR, "the children attend school, have their own rooms, and are cared for by the entire family." *Id*. at ¶ 119. Each of the childrens' parents "often come to [Mr. Ting's] home to shares [sic] meals and visit with their children." *Id*.

Mr. Ting is therefore responsible, as both a father and uncle, for 6 children between the ages of 4 and 15 years old, and it bears significant consideration just what sort of responsibility he bears. Were he the absent caregiver that merely provided the house and financial assistance, we would be limited in our argument, but Mr. Ting is nothing short of an exceptional father and uncle, for he shares a loving and intimate relationship with each one of the children.

Rebecca Chan, a close friend of Mr. Ting's who has known him for over 18 years, describes for the Court, from an outsider's perspective, the role Mr. Ting plays as a father and uncle to 6 children. She writes:

> **Eddie wanted to make sure that they all were given the opportunity to have the best education possible and to**

> **maintain a healthy and stable environment for them. Eddie treats them as his own.** When our families get together, it is very noticeable how happy the children are and how much they love and respect Eddie, as their father-figure and their loving aunt Allyson, who is their full-time mommy. The children are very blessed to have two of the most loving people in their lives.

Ex. A, bates # 8-9. (emphasis supplied).

Aeyi Hun, who considers Eddie a dear friend for the past 17 years, also writes about Eddie's relationship with his family. "I've never met a person more dedicated to his family than Eddie, he has taken in his nieces and nephews from his wife's side of the family, to give them a chance at a better home and school environment, to give them the same love and support that he gives his own son." Ex. A, bates # 10-11. She goes on to state that Eddie, "**is the rock of his family, not only financially but emotionally**." *Id.* (emphasis supplied).

Indeed, Eddie cares about these kids and always searches for how he can do better. Benjamin Lin, who has been friends with Eddie since 2007, states that "sometimes we will just talk about our children as they're the same age and discuss how we can be better parents to them and discuss specific areas of how to approach our kids in certain situations. That's the type of guy he is, he cares about the welfare of people, especially his friends and family." Ex. A, bates # 34-35.

To A and B L , Mr. Ting's nephews that now live with him, Mr. Ting's impact has already been "immense." Ex. A, bates # 12-16. Their mother, Mai Truong, provides a mother's perspective as to the effect that Mr. Ting's caretaking has had on her children and what kind of uncle he is. She writes:

> …My older son, A , is 15 and has had a very difficult upbringing in Atlantic City. He was constantly bullied, underachieving academically and dealing with developmental

> issues that became worse as time in that environment went on. After living with Allison and Eddie, I can see the difference. **A is showing more confidence and is continuously improving academically.** The constant love and attention from Eddie and Ally has been incredible for his development and I am certain that things would have just gotten worse if we had not made this familial transition. **My other son, B , has become a star student in Mahwah and faces none of the challenges that A had to deal with.** As a parent, we try to give our children the best lives and for me to give my sons to my sister and her husband was the right decision as a mother, even though it is a tremendously difficult thing to do.

Ex. A, bates # 12-16. (emphasis supplied).[5]

Muoi Truong, Mr. Ting's brother-in-law, also describes how it was the most difficult decision to let his daughter C live with Eddie and his sister, but that it has been for the best. He writes:

> He does such an amazing job with her, it warms my heart when I hear 'uncle Eddie' come out of her mouth because I know it's from a place of love. His ability to manage so much, but give her so much attention – **tutoring, playing soccer or cards or going to the movies**, is incredible. His ability to give her the type of upbringing that she deserves is something that I am forever grateful for.

Ex. A, bates # 17-22. (emphasis supplied).

Similarly, Hieu Truong describes how his children T and C have grown "immeasurably" as a result of living with Eddie and Alison. Ex. A, bates # 23-27. He explains to the Court that he emigrated to the United States from Vietnam in 1997 and found it difficult, as a result of his language barrier, to secure employment. He writes:

> As time went by, juggling my family with my job in this environment was extremely challenging. The neighborhood was very poor and the city was home to prostitution, rampant drug

[5] The original letters from Mai Truong, Muoi Truong, and Hieu Truong are annexed hereto at Ex. A, bates 12-14, 17-20, and 23-25 respectively. Since the letters are written in Vietnamese, we have also provided the Court with the English translation of each letter at bates 15-16 (Mai Truong), 21-22 (Muoi Truong), and 26-27 (Hieu Truong).

> abuse and drunken lewd and violent acts. As time passed, it became clear that this was a terrible situation to raise my two daughters, T , 8 years old and C , 4 years old and so I made the difficult decision to let my sister and brother-in-law become their legal guardians.
>
> Without a doubt, it was the correct decision. I can already notice the difference in my children. With Eddie and Allyson's support, they have grown immeasurably. I try to visit as much as I can, and am always so touched by the degree of care provided by the two of them. Eddie is always doing something. **Whether he's tutoring, playing with them, comforting or simply being a chauffeur, the amount of time and sincere effort he is able to give all of our children is truly a blessing.**

Ex. A, bates # 23-27. (emphasis supplied).

Finally, Allyson Truong-Ting, Eddie's wife, explains for the Court, from her perspective, what kind of father and uncle he is. Ex. A, bates # 49-52. She writes:

> T is literally attached to his dad every second possible. The joke I have at home is T is Eddie's tail. I could not be more proud of my husband in the upbringing of our son. He is a dad, that no matter how rough a night he had at the poker tables, he would wake up in the morning to drop T off to school. He is a dad, that is constantly helping T out with his homework. He is a dad that is always challenging T to understand mathematical and spelling problems. He is a dad, that takes T to karate school, baseball class, swimming class. He is a dad that plays catch in the backyard with T , a dad that kicks the soccer ball with him. He is a dad that dresses up during Halloween with him to make the experience more memorable.
> He is a dad that always pushes his son, but no matter what, will always give him a kiss and tell him how proud he is. I know my husband made a mistake, but I know Eddie constantly, teaches T right from wrong, teaches T about respecting people, and not to be forgotten in all this, Eddie teaches T how to be a kid and so forth. I see how my son's life is ... the laughter, the learning ... I owe most of this to my husband. I do not know what I or T will do without Eddie around.
>
> * * *
>
> Just like with T , Eddie gives hands on fatherhood to C , 4, T , 8, C , 8, B , 8, and A , 15. On any given day, you can see C run to the door and grab Eddie's leg and hug it as hard as possible or you can see Eddie at the middle of the kitchen

> table tutoring B , C , T at the same time. Eddie drives them to school, Eddie loves teaching them and loves trying to give all 6 children a stepping stone in life that will make them the best possible person when they are adults.

Ex. A, bates # 49-52.

As the above referenced letters indicate, Eddie is a dedicated father and uncle who has agreed to raise 5 nieces and nephews as if they were his own children. He provides for them financially, but more importantly, he has committed himself to dedicate his time and guidance to these children to enable them to have a nurturing, beneficial upbringing. It is an understatement that Eddie's commitment to his extended family is truly exceptional.

### 3. TING'S EXTRAORDINARY EFFORTS TO HELP FAMILY AND FRIENDS

In addition to being a great uncle to his daughters, Hieu Truong describes Mr. Ting's generous efforts to help him and offer him hope following his recent diagnosis with stomach cancer. He writes:

> In the days following the diagnosis, no one was there or more actively supportive than Eddie. He accompanied me to several specialists to ensure that I received the attention that I needed. Because of my language barrier, Eddie and my sister were able to translate with the doctors, ensure my health benefits were adequate, make necessary appointments, make sure my medical disabilities were okay. Currently, I am being treated at New York Presbyterian Hospital, my oncologist is Manish Shah [redacted], Eddie is the reason I am at this hospital. He searched repeatedly and asked all his friends if they had the right connections to get into a top hospital. Eddie and my sister have gone to every doctor visit with me and they are both asking the questions necessary in order for me to get the care that I need to fight this disease.
>
> * * *
>
> …I can not say enough for what he's doing for me. Besides bringing me to every doctor visit, getting me the best care, taking

> care of my children….he preaches staying positive for me and my siblings.

Ex. A, bates # 23-27.

Muoi Truong, Hieu's brother, describes Eddie's efforts and how he has given hope to their entire family. He writes:

> Eddie is very generous with his time, recently my brother was diagnosed with stomach cancer. Me and my siblings were looking for hospital care for Hieu around Atlantic City. Without asking, Eddie had made numerous calls and got Hieu accepted into a top notch cancer hospital. **He has emotionally been the person that we all lean on because he makes us all feel like everything will be alright at the end.** Eddie does whatever it takes to make Hieu focus on the task at hand and that's just fighting the cancer. Need appointment scheduled? Need medical disabilities paperwork done? Have questions? Need a lift to and from hospital? Need to make sure insurance is good? Don't worry….Eddie has taken care of all that.

Ex. A, bates # 17-22. (emphasis supplied)

Ting has also given hope to those who need it most outside of his immediate family. Vincent Condina, a friend of Eddie's who has known him for years, explains how Eddie has played a key role in helping to fight his cancer. He writes:

> In the spring of this year, I was diagnosed with stage 3 esophageal cancer. As you may know, this is often a terminal illness and I am still in battle with the cancer. What I want the court to know is how Eddie has been there for me during this difficult time. Originally, he and other friends started a collection on my behalf to help support me financially during this time. Eddie was single handedly the biggest donor (by far) to me and has done so without further benefit for himself. He also encouraged others to donate by asking fellow poker friends. Its acts like these that have kept me from feeling depressed or down and given me the courage to fight. I would also like it to be known that his help goes beyond financial. After being diagnosed with this disease, I was unsure where to go to fight this disease. He pointed me in the right direction and gave me some contacts which ended up being very helpful. He regularly calls/texts and gives me words of encouragement during this time. It's been a real blessing during a very dark time for me.

> Furthermore, my mother passed the previous year and it was during this time, Eddie also supported me with words of kindness and a significant gift that helped me with the funeral costs. Words truly can't describe the support he has giving me. I've NEVER been graced with such acts of generosity and humanity.

Ex. A, bates # 28-29.

### 4. TING IS A TRUE FRIEND

Even for those friends of Mr. Ting's who are more fortunate, Ting offers something sincerely beautiful: true friendship. Rebecca Chan, who was quoted above regarding her observations of Mr. Ting as a father and uncle, also takes her time to explain what sort of friend he is. She explains to the Court how "he has always been very generous with his time and emotional support to me and our mutual friends." Ex. A, bates # 8-9. She describes Mr. Ting as "reliable, considerate, unselfish, and ...someone you can depend on and trust." *Id*. Similarly, Benjamin Lin, who has been friends with Eddie since 2007, states that "[b]efore I met Eddie, his reputation was that he was happy go lucky, kind hearted, very honest; someone that never wanted anything but always gave. His reputation was as accurate as can be." Ex. A, bates # 34-35.

#### a. Mr. Ting is Kind and Generous

Steve Saraf, who considers Mr. Ting one of his closest friends, explains how Mr. Ting's "generosity and kindness has amazed [him] throughout the years." Ex. A, bates # 30-33. He writes:

> I have seen him randomly help homeless people on the street by going out of his way to buy them a meal. If you were sad, in trouble, needed anything…Eddie Ting was always the first person to say, "How can I help?"…..AND by no means were these ever empty gestures. Eddie is someone who will drop whatever he is doing at a moments notice to lend a helping hand to a friend, or even better …to anyone in need.

Ex. A, bates # 30-33.

Elise Ng, another friend of Eddie's, describes one instance in which Eddie's generosity extended beyond his friends, to family of friends. She writes:

> I remember during the blackout in 2002 – when I was working in the city and it was just utter chaos – we all had to walk home across the bridge. At the time Eddie commuted to work with his car and he was kind enough to volunteer and stop by at my dad's place – who is elderly – and sit with him and make sure he was okay. I was with my mom and some friends – walking across the bridge. And Eddie waited hours till we finally got home to Queens. He had dinner with us and then went home. It is the little things like this makes me appreciate how few and far between we come across people like this in our lives. To take the time and ensure the well-being of my father just goes to show you what kind of person he is.

Ex. A, bates # 40.

**b. Ting Cares Deeply About Others**

There is no question that Mr. Ting is a dynamic individual who truly cares about others. Katherine Peabody, an artistic director at KRD imports in New York who has known Eddie for five years and considers him to be a "good friend and a wonderful person," provides many examples of Mr. Ting's generosity and good character. She writes:

> In order to save his fiancé, Alison, the stress of planning and executing a wedding, Eddie took it all on himself, choosing everything from the venue to the food, to the music, right down to the bridal bouquets. Since then I have spent a lot of time with Eddie and his family, both in their home in Mahwah, New Jersey and at my home on Long Island. Over the years, I have seen Eddie stand up and play the caretaker over and over again.
>
> * * *
>
> When another friend, Alan, fell into a depression and drug addiction following the death of his son, Eddie was there, once again, caring for him like a son. In the last years of his life Alan

> felt closer to Eddie than he did to anyone, sharing his feelings of sadness and loss with Eddie only, until his death two years ago.
>
> The fact that Eddie's father was a remarkable caretaker, probably has a lot to do with why Eddie turned out to be one himself. When Eddie was young his mother was diagnosed with schizophrenia. His dad, who was an engineer for the city of New York, took care of her and his ailing mother while raising four children, seeing to it that they all had what they needed, including a college educations for the kids. Today Eddie returns the favor by seeing to his mother's medication and grocery shopping and helping with the bathing and feeding of his dad who suffers from dementia.

Ex. A, bates # 36-37.

No matter the situation, Mr. Ting rises to the occasion. Edward Ng, another friend of Eddie's, recounts a time in 2001 when Eddie had organized a trip to the Bahamas, an annual getaway, for about 10 of their closest friends. They were due to leave on September 11, 2001, but when the devastating events of that day occurred, Mr. Ting took charge and became a leader to ensure that everyone was safe and taken care of. He writes:

> And this is what I remember about Eddie – he took charge – he made sure we all still had rooms to stay in, he dealt with hotel management to get phones set up so everyone could make calls and ensure loved ones were ok (which thankfully they were). We were stuck for five emotional and terrified days, and Eddie did his best to make sure everyone was ok and safe.

Ex. A, bates # 41.

Robert Kwak, who has known Eddie for 15 years as a mentor and considers him "more like a brother than a friend," describes how difficult it is to be a single father and how Eddie opened up his family to him and his daughter. Ex. A, bates # 42. He writes:

> I am currently going through a terrible divorce trial that has lasted over two years and am fortunate to have sole legal custody of my daughter E . As I am a single parent due to the mother's

> abandonment, I want to express the gratitude that I have for "Uncle Eddie" as my 3.5 year old daughter would refer him to.
>
> Being a single father is difficult, Eddie opened up his family to me and E . He has been there for me as well as my daughter E for the past 2 years of this divorce. **During the most stressful and discouraging times, Eddie was the first person to reach out to me and offer his friendship.** In essence, I consider him more like a brother than a friend; a brother who selflessly would come pick up E , take her to Chucky E. Cheese with his son and then drop her off at my house. He also hosted kid pool party barbecues at his house inviting E along with all 7 of my nieces and nephews every weekend for the entire summer. There are not many people who would extend themselves like this but Eddie opened up his doors to my family.

Ex. A, bates # 42. (emphasis supplied).

Neehar Banerji, a mentee of Eddie's who has known him for six years, recounts that when he was a college student participating in Eddie's games, once Eddie found out Banerji's academics were suffering he banned Banerji from the game until his academic performance improved. Ex. A, bates # 45-46. He writes:

> One evening, when discussing my education with Eddie, I confided in him that my grades were slipping. It was at that moment that I witnessed something extraordinary - Eddie told me that if I did not turn myself around and get good grades, that he would not allow me to play in any of his games any longer. He 'banned' me from playing until school was done.
>
> Eddies words made a big difference. I went from debating dropping out of school to graduating with a degree in Economics.

Ex. A, bates # 45-46.

### c. Ting Can Be Trustworthy to a Fault, and Forgiving

Jonathan Greenbaum, who works in investment management and has been a friend of Eddie's for eight years, explains that "in the years I've known him I have found Eddie to be **trustworthy to a fault**, and his reputation for honesty has always been

beyond reproach." Ex. A, bates # 38-39. (emphasis supplied). He then describes Ting's ability to forgive, an ability that only comes with a heightened level of sensitivity and empathy for others. He recalls the following story:

> One example prominent in my mind involves an individual who took advantage of Eddie, myself, and several of our mutual friends. Even though the guy's actions had impacted Eddie more than anyone else in the group, **he counseled patience and forgiveness**. He pointed out that the man had recently lost his job, had a wife and children to support, and that his actions – while reprehensible – were likely born of a kind of desperation that fortunately the rest of us did not know. **Eddie spoke of this man's plight with the degree of sincere empathy that made it impossible to argue with his logic, and the rest of us quickly sublimated whatever bitterness we had felt over the situation.** That sort of decency is another important thing I've learned from Eddie.

Ex. A, bates # 38-39. (emphasis supplied).

### 5. MR. TING MAKES SIGNIFICANT DONATIONS TO CHARITIES

We submit that Mr. Ting's service to various communities and causes through significant donations cannot be overlooked and certainly warrants a measure of leniency. Mr. Ting regularly donates thousands of dollars to various organizations.[6] He has made contributions to the Buoniconti Fund to Cure Paralysis ($2,250 on March 29, 2012); One Drop Foundation supporting clean water in third world countries ($4,500 on January 31, 2012); Broadway Cares Equity Fights AIDS ($5,000 on May 3, 2011); Hillel, a Jewish non-for-profit for children ($5,000 in 2010); KIPP NYC non-profit organization for children ($3,000 in 2010); Afterschool All-Stars ($4,000 in 2009); and the Janet Burros Memorial Foundation for ovarian cancer ($2,000 in 2009). Ex. C. Notably all of these donations were made prior to Mr. Ting's arrest in the instant matter.

[6] Annexed hereto at Exhibit C are letters from many organizations to which he has donated.

David Goldberg, who knows of Mr. Ting from the poker community and sits on the Board of the Tisch Research Center for Multiple Sclerosis in New York, describes Mr. Ting's charitable nature. He explains that when he asked Mr. Ting for help, Ting volunteered to host a fund-raising poker game. Ex. A, bates # 43. On other occasions Mr. Goldberg would enter the Borgota poker room and ask players to donate to charitable causes such as the heart walk or local breast cancer charities. *Id*. Goldberg explains that "Eddie was always the first to donate which caused other players to follow." *Id.*

**6. MR. TING'S REMORSE AND REGRET HAVE ALREADY RESULTED IN A SUBSTANTIAL PUNISHMENT**

Indeed, we submit that remorse and regret are often times a substantial punishment in and of themselves. Here, Ting is extremely remorse and terrified of the prospect of being imprisoned and thereby unable to continue to care for and rear his son, his nieces and nephews who live with him, as well as his ailing parents and cancer stricken brother-in-law.

Dinh Giang, a close friend of Ting's for over 20 years, writes to describe the physical manifestations of his extensive remorse for the instant offense. Mr. Giang writes:

> The first time I met Eddie in person after the indictment, he was holding his son and crying. I could see the remorse in his expression and sense the fear that he was feeling, if he were to lose any moment of time in participating in his son's early development.
>
> * * *
>
> If he were to miss out on events such as celebrating birthdays, watching his son play ball and swim, it would be devastating to him, his wife and the development of their son.

Ex. A, bates # 44.

Mr. Ting himself explains for the Court in a heartfelt letter, the remorse and regret with which he suffers in light of the toll his absence would cause to his family. He writes:

> I have been blessed with a beautiful family and have been entrusted to care for my five nieces and nephews. I only want the best for them, they are all children and all our children deserve the best the world has to offer. I have only one son but as far as I'm concerned I have six children now all of whom rely on me on a daily basis for their food, their activities, their schoolwork and their guidance. My wife and I tackle this challenge everyday together, as a team. As you can imagine six children between the ages of four and fifteen are a challenge every single day. I cannot fathom how my wife could care for them without me. I am sure that she will be able to do so but not without cost. This is where I am truly devastated. I, Eddie Ting, I am responsible and I am to be accountable for what I've done. It is the cost to the children that my absence from home due to my conduct has me writhing in pain every day. I think about them and the way they look up to me and the way they seek my guidance and the joy I provide them, which breaks my heart as I worry that they will lose me from their lives for any period of time. I am heartbroken because I am responsible for creating this situation which may cause them to suffer.

Ex. B, bates #2-3.

**E. NO FINE SHOULD BE IMPOSED BECAUSE THE $2 MILLION FORFEITURE WILL RENDER TING UNABLE TO PAY A FINE**

Under U.S.S.G. § 5E1.2, "[t]he court shall impose a fine in all cases, except where the defendant establishes that he is unable to pay and is not likely to become able to pay any fine." *Id*. The Second Circuit has held that a sentencing court "may consider both defendant's present financial resources and those that may become available in the future." *United States v. Salameh,* 261 F.3d 271, 276 (2d Cir.2001). On the other hand, a fine may not be based on "some remote fortuity like the possibility that a defendant will win a lottery." *United States v. Wong,* 40 F.3d 1347, 1383 (2d Cir.1994).

Here, Mr. Ting agreed to a forfeiture of 2 million dollars. In so agreeing, that Mr. Ting's assets will be entirely depleted is not a "remote fortuity." *Id.* According to the PSR, Mr. Ting currently has only $1,055,743 in liquid assets, (PSR at ¶ 134) which, renders him $944,257 shy of the $2,000,000 forfeiture obligation. *See United States v. Quinones*, 2009 WL 4249588 (E.D.N.Y. Nov. 25, 2009) (Court held that the determination as to whether a defendant is able to pay a fine depends on the effect forfeiture will have on the defendant's resources). Accordingly, we submit that Ting's agreement to pay a $2,000,000 forfeiture renders him unable to pay a fine. We therefore respectfully request that Your Honor not impose a fine on Mr. Ting.

## CONCLUSION

Mr. Ting has taken responsibility for his conduct and feels an incredible amount of remorse as a result of his actions. However, there is much more to Mr. Ting than his offense conduct. His generosity and benevolence is certainly exceptional. A bright light in the lives of those around him, Mr. Ting is certainly a positive contributor to the community. Those that depend on him for their daily well-being include 6 children, his ailing parents as well as his cancer stricken brother-in-law. As such, we respectfully request that Your Honor fashion a sentence that can suitably punish Mr. Ting but also mitigate the damage that will befall his wife and 6 children for which he is the caretaker. We therefore submit that a noncustodial sentence an appropriate sentence in this case – the inclusion of significant community service is welcomed by Mr. Ting, for he truly enjoys providing assistance to others.

Respectfully Submitted,

ERIC FRANZ, ESQ.
Law Offices of Eric Franz P.L.L.C.
*Attorney for Edwin Ting*
747 Third Avenue, 20th Floor
New York, NY, 10017
Phone: (212) 355-2200
Fax: (212) 937-2217
*www.efranzlaw.com*

ANDREW MANCILLA, ESQ.

# Exhibit A

Alice Ting
[redacted]
Brooklyn, NY [redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, NY 10007

December 7, 2013

Your Honor,

I am writing in connection with Eddie Ting's sentencing regarding his guilty plea.

I am Ed's oldest sister and grew up with Ed in the same household until we were adults. Now that we each have our own families, we see each other regularly about 10-12 times annually. My current occupation is focused on new business development and operations as a Vice President for The New York Times.

I would like to provide some context about Ed that you may wish to consider.

Ed and I, along with our 2 other brothers, grew up as the children of immigrants in a very difficult household in which our mother suffered from acute paranoid schizophrenia since we were young children. There was mental and physical abuse from my mother due to her delusions and voices that we all endured growing up. She was suicidal and was hospitalized a couple of times during those years, her condition was left unchecked for decades until the late 1990s when she was finally hospitalized for long enough to get fairly stable. Our father worked all the time so my brothers and I took care of each other.

Even though our mom was mentally ill, Ed held a special place in her heart and sometimes he was the only one able to get through to her when no one else could. I have always been saddened that my mother's connection with Ed was the only way our mom would be close to "normal". He also served as a buffer between my mom and me when her delusions caused her to lash out at me. Ed continues to play this role today. He is an irreplaceable person in my mother's life.

Ed is an extremely generous and giving person – both with his money and his time - not only to his family, but also to his extended family and his friends and this is done without any strings attached. It was not uncommon to hear him say "do you need any help?", "do you want me to watch your kids", "do you need me to take mom/dad to….", or "do you need any money?" whenever he was on a phone conversation with a friend or family member. He's constantly offering assistance to those around him and I know his family and extended family depends on him, both financially and emotionally.

When my husband and I were about to get married in 2006, we were carrying 2 mortgages and rent on our apartment as we were waiting to sell my place and close on our new place. It was definitely a period of financial anxiety given the cash flow issues. I barely mentioned it to Ed in passing; without hesitation, he offered to lend us money until we were moved into our new place. He wanted to relieve my stress because he knew that I had other non-monetary stresses related to eldercare with our parents. In the end, we didn't have to borrow the money, but it was a relief to know that Ed was

there to support us if needed. On countless occasions, he has offered to provide financial and non-financial support to our parents. Ed is vital when it comes to the care of our elderly parents. He has always been a pillar of strength for the family.

Ed is devoted to his immediate extended family. He purchased a home not only big enough for his family, but also for his nieces and nephews to live full-time during the school year so they can have better surroundings and get a better education while their parents worked long and odd hours in the casino. Ed and his wife, Allyson, are also the legal guardians for his nieces and nephews.

Ed's generosity does not end with just the financial piece. He volunteers his time to take care of his family and his extended family.

Recently, his brother-in-law, Hieu Truong, was diagnosed with stage 4 stomach cancer and Ed has been the primary person in getting his brother-in-law the best medical care and taking him to his doctor appointments. Ed has also told him that his brother-in-law can move in with them so he can be taken care of by family. I know it has been a difficult time for his extended family, but Ed is doing everything he can to make his wife, her siblings and their kids stay positive and strong. Ed has become the critical glue in keeping his extended family positive.

On multiple occasions in the past in which our father was hospitalized for various medical reasons, Ed took our mom to his home to make sure she wasn't alone and would also take her to visit my dad in the hospital. When my mom was on the verge of having a full-blown psychotic episode in early 2012, Ed insisted that we have a family intervention. We ended up getting her to the necessary doctor avoiding any hospitalization. His presence comforted her even in her delusional state. Just recently, my mom did have a psychotic episode in which she had to be hospitalized and Ed volunteered his home and took our elderly father to his home for 24-hour care. This is on top of having his nieces and nephews living there for school and also providing care for his brother-in-law.

I love Ed. I know he is not perfect and has made mistakes, but he is a good man of good character. He is a beloved member of our family and his wife's family. Ed's son, [redacted], adores him and Ed is devoted to him and his wife. He provides financial and emotional support to those beyond his immediate family and is someone that can be depended on to help in times of need or crisis. My brother Ed is loving and generous with his time and resources and he does this without ever asking for anything in return.

I hope that my letter has provided you with another side of Ed and that you take this into consideration as you determine his sentencing. As his sister, my hope for Ed is that he continues to be around a long time for his wife, son and family members, as we all love and depend on him.

Thank you in advance for your consideration.

Respectfully,

Alice Ting

**Richard Ting**
[redacted]
Brooklyn, NY [redacted]

November 15, 2013

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

To The Honorable Jesse M. Furman:

I am writing this letter to you in connection with Eddie Ting's upcoming guilty plea sentencing. I would like to take a moment to give you my detailed perspective and point of view as to why I believe that Eddie is an honorable person of good character.

Eddie is my older brother and I have known him for my entire life. We lived together in the Bronx for the first 21 years of my life. As for the past 19 years, while we have not lived together, we have both remained within the tri-state NYC area. Throughout the years, we have often seen each other during holidays and birthday celebrations. I currently live in Brooklyn with my wife, my 2 daughters, and I have been gainfully employed at the same company for the past 12 years as a Digital Creative Director (I design websites, iPhone Apps, and digital software).

The anecdotes and details about Eddie's character that I will provide for you are experiences and actions that I have witnessed first-hand. While Eddie is not perfect, nor a saint, I believe that the foundation of his character is honorable and visibly expressed through his day-to-day actions. Here are three areas where I have witnessed exemplary character from Eddie and reasons why I am proud to call him my brother.

**EDDIE IS FAMILY ORIENTED** - Since getting married to his wife Allyson, Eddie has become the patriarch of his wife's very large extended family. Aside from his wife and their one son, Eddie provides housing and financial support to Allyson's five nephews and nieces. Eddie has embraced this role as patriarch and essentially is providing housing, caring for, and supporting upwards of 5+ extended family members in addition to his own family. His generosity knows no bounds.

Additionally, Eddie is a great father to his son and he recently moved his family and his extended family to Mahwah, NJ in order for them to take advantage of

the good schools in that city. Eddie is also intimately involved in the lives of his nephews and his nieces. He attends parent/teacher conferences, tutors them, and cares for them as if they were his own kids. He also is "religious" about organizing birthday parties for his son and organizing events for his son to spend time with his friends and his relatives including my daughter. Recently, he organized a birthday party for his son where over 15 families with kids showed up.

Lastly, Eddie has been a caring son to his ill parents. Our father has severe dementia due to multiple strokes and our mom has schizophrenia. He will often drive from New Jersey to Bay Ridge, Brooklyn to bring our parents food or to help take them to their doctor appointments. He has offered on multiple occasions to move our parents from Bay Ridge, Brooklyn to his home in New Jersey in order to keep a closer eye on their deteriorating health.

**EDDIE IS A GOOD, LOYAL FRIEND** – Eddie has had the same group of college friends since the early 90s. Throughout the years, I have always marveled at how Eddie and his core group of college friends have stayed in touch, grown together, and are now raising their families together. Eddie and his friends recently vacationed together last summer and they all recently gathered at Eddie's New Jersey home to celebrate his son's 5th birthday.

**EDDIE IS GENEROUS** – Eddie is generous with his time, his resources, and his space. As I mentioned earlier, Eddie has never made qualms about driving 2 hours from New Jersey to Brooklyn to help my parents with grocery shopping or to help them get to their doctor's appointments. Additionally, whenever our nieces are visiting home from college, Eddie has always generously opened up his family's home to provide housing for them without any hesitation. Recently, our niece [redacted], who is a rising sophomore at the University of North Carolina – Chapel Hill, spent the month of August at Eddie's home.

Thank you for listening. I hope that some of this feedback can impact Eddie's sentencing in a positive way.

If you have any questions, please feel free to call me at [redacted]

Very truly yours,

Richard Ting

November 25th, 2013

Benjamin Ting
[redacted]
Brooklyn, NY, [redacted]

The Honorable Jessie M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, NY, 10007

Dear Judge Furman,

I am writing in regard to Eddie Ting's sentencing of his guilty plea. I am Eddie's older brother, and besides being my brother, I know Eddie as a generous, loving, selfless individual. He—like most of us—isn't perfect, but he is a man that will learn from his mistakes and has expressed extreme remorse. I can see the difference in Eddie's demeanor, whenever I speak to him.

Growing up in a household with a father that worked long hours and a schizophrenic mother, my brothers, my sister, and I were all we had. We were forced to stick together. As the oldest, it sometimes seemed hard to be forced to ask my younger siblings for help. I was often reluctant, but as time progressed I knew it was necessary. Eddie was always willing to help. Even though he and I are different, my brother has always made it his priority to put his personal business on hold to help me.

As a single parent making a building service salary, I have literally lived paycheck to paycheck. From 1997 to present day, struggles of effectively supporting my daughter and myself left me depressed. I was in need of encouragement, and Eddie was always available offering emotional and financial support when needed. His advice was a source of comfort to me. I never had to ask, he was just there.

Additionally, he has been a role model to my 20-year-old daughter who is a junior at the University of North Carolina at Chapel Hill. In 2012, my daughter interned with Goldman Sachs. My brother helped to connect her with people in positions she aspired to be in one day. Furthermore, he has entrenched in her the importance of giving back. The summer of her freshmen year in college, she was interested in volunteering with a nonprofit organization in Ghana. Despite the financial requirements, she was encouraged to attend by Eddie because of the chances it allowed her to help others in need.

Eddie has offered encouragement to my daughter, J[redacted], and me. He has also helped to support my elderly parents as they age. Currently, Eddie has taken my 82-

year-old father into his home, and helps to take care of him. My mother, who adores his presence, finds calm in her storm whenever my brother is around.

I think a big shift in my brother's life came because of his marriage. My brother is the primary supporter for his family. In addition to his family, Eddie has become the primary guardian for his wife's nieces and nephews. He has extended his home for them, so they may be able to have a better living environment. He will sacrifice anything for my sister-in-law and their son.

My nephew, [redacted], his son, has changed my brother's life. No matter how busy or tired, Eddie finds time to spend with [redacted]. And [redacted] looks up to his father. Eddie is a major influencer in [redacted]'s life. Whenever Eddie is with [redacted], [redacted] is attached to his hip. It is surprising to see how the love a father has for his son will cause him to change his entire life.

My brother has proven to be a loyal, loving and generous person to all that encounter him. He is a great brother, uncle, son, husband and father. The encouragement and support he gives the members of this family is imperative in holding the family together.

I hope some of the things that I mentioned about my brother Eddie give a little insight into his selfless character. He made a mistake, your Honor. And I know, that he is willing to fix that mistake any way necessary. Please take into consideration his true character during his sentencing.

Thank you for your time.

Sincerely,

Benjamin Ting

Benjamin Ting

H. Rebecca Chan
[redacted]
New York, N.Y. [redacted]

December 1, 2013

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

Dear Judge Furman:

I am writing this letter in connection with Eddie Ting's sentencing regarding his guilty plea. I am a transactional attorney that practices law in the State of New York since 1999. I have known Eddie for over eighteen (18) years. Eddie is one of my closest friends that I know and love like family. He has always been very generous with his time and emotional support to me and our mutual friends. Because of him, I have gained three (3) very important dear friends for the rest of my life. He has been there for me during my most difficult phases in life, starting with my serious relationship breakups, to health issues, and then the passing of my father, just to name a few. He always knew how to cheer me up, set aside my worries, and help me move on. His funny character always put a smile on my face. He has always been reliable, considerate, unselfish, and a trusting person. I remember he threw a few charity events when he was in his 20s, when the rest of us just cared about ourselves. Eddie has all the best characters you would want in a person. He is someone you can depend on and trust. Wherever he goes, people love him.

He is also very respectful to his elders and takes great care of his family. Eddie is a very loving husband, father, uncle, and son. He takes great care of Allyson, his sweet and lovely wife. Together with two big hearts, they extend their love not only to their five year old son, T[redacted], but also to their five (5) nieces and nephews who live with them. Before moving in with Eddie and Allyson, the children were not getting the best education. Their parents were working long and odd hours. In order to give their children the best care necessary Eddie and Allyson welcomed the five children, from ages four (4) to fifteen (15) to live with them. Eddie wanted to make sure that they all were given the opportunity to have the best education possible and to maintain a healthy and stable environment for them. Eddie treats them as his own. When our families get together, it is very noticeable how happy the children are and how much they love and respect Eddie, as their father-figure and their loving aunt Allyson, who is their full-time mommy. The children are very blessed to have two of the most loving people in their lives. Eddie is also a good son. Before his marriage, he purposely remained home and lived with his two elderly parents to make sure that they were taken care of properly. Although he spent most of his time in Manhattan, he always made it a point to return home in the Bronx to be with his parents. Eddie has made a huge positive impact to us all. He has connected so many good people together whom shall remain together for the rest of our lives.

Just recently, Eddie's brother-in law, Hieu Truong, was diagnosed with Stage 4 stomach cancer. Eddie has played an important role in getting Hieu admitted to one of the best hospitals in the country, New York Presbyterian, to fight this terrible disease. In addition, Eddie and Allyson do not miss any meetings with the doctor. Eddie is the bedrock of his family as well as his extended family. I recently spoke with both Allyson and Eddie. Allyson does not know how the family will progress without Eddie. Eddie is the glue that holds everything together. She mentioned that in dire times like this, Eddie provides so much emotional support to not just her but to her siblings. They feel like all will be okay because Eddie gives them the strength to believe that. Eddie has always been the guy with the positive outlook on life. I have spoken to Eddie on numerous occasions in the past months and he has been kicking himself. He is so regretful for his actions and feels like he let everyone around him down.

I respectfully request that your Honor be lenient with his sentencing. He will definitely be missed by his peers and friends. Moreover, his sentencing shall negatively impact his family of eight. The family is struggling to get a handle on Allyson's brother's fight with stomach cancer and with Eddie's upcoming sentencing hearing. Allyson has been overwhelmed and stressed. Just a few weekends ago, she became unconscious and passed out and was taken to the hospital. A harsh sentencing for a crime that did not cause direct harm to another individual would seriously impact his family that includes the very least, six innocent children. Allyson would be taking care of six children on her own. Allyson's siblings live about two and a half hours away; one of the siblings is struggling with stomach cancer. Additionally, Eddie has two (2) elderly parents, the age of eighty-three (83) and seventy-three (73) whom are not in the best of health and seeing their son go to prison for a long period of time will seriously impact them as well. Considering that Eddie is a good man who is loved by all and many of his loved ones depend on him; I respectfully request that he is given a shorter sentence so that it is a lesser hardship to his family and friends. Thank you for your time and consideration.

Respectfully,

H. Rebecca Chan

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square Room 2202
New York, New York 10007

RE: Edwin Ting

Dear Honorable Furman,

I am writing this letter in connection with Eddie Ting's sentencing regarding his guilty plea. I am writing this letter to request the court's leniency on Eddie's sentencing.

My name is Aeyi Hun, I have known Eddie for almost 17 years, and he is and always has been a dear friend to me. I initially met Eddie through my husband, Geoffrey (they were college chums). I am an only child, when I first met Eddie, it was like meeting my brother. I instantly liked him, he was a kindred spirit! I have always told people, Eddie is the brother that I never had, but always wanted! His friendship and support throughout the years have brought him only closer to my heart. I can genuinely say I love Eddie, his wife Allyson as well as his son [redacted], not only is he like my brother, but his wife and son are like my family too. We've often shared family outings, vacations, dinners, and celebrations together.

When my husband and I first married, I didn't have a bridal party, we both just chose to have one person speak for us, that person was Eddie Ting. He was the person we both immediately thought of when we thought of best man/bridesmaid. My husband in our first year of marriage had to re-locate for work to Singapore, he was in the banking field, and I stayed behind. To say that year was tough emotionally is an understatement, but Eddie made every effort to check in on me, often having dinner with me so I wouldn't be alone, calling me, always making sure I was ok, he was there often handing me tissues as I sniffled about missing my husband. He did this favor to his friend but it's what made us close. His emotional support and his gregarious nature helped me through a rough year.

Eddie is always the FIRST one to offer support when needed. I remember my husband and I were debating a vacation away in the early years of our marriage and as most new couples, we were trying to save as much as we could to buy our first home. I was busy trying to pinch pennies out of our salaries, Eddie knew we were both under stress and could really use time away. He inquired about the cost and then generously offered to pay for our vacation so we could save for our future home. That is the type of guy Eddie is, without being asked, he just offered, it was just so touching and sweet. We didn't take him up on his generosity but instances like that show what kind of guy he is.

Eddie is a wonderful son and grandson, he opted to live at home with his parents and grandmother when most people his age would have moved out on his own. His dad was never in good health, his mother has mental disorder, his grandmother was very elderly. He didn't want his parents and grandmother all alone at the house, he wanted to be around if they needed

anything, whether it was to take them to the doctors or to pick up groceries, he wanted to make sure their needs were attended to.

I've often had heart to heart talks with Eddie about life and family. I've never met a person more dedicated to his family than Eddie, he has taken in his nieces and nephews from his wife's side of the family, to give them a chance at a better home and school environment, to give them the same love and support that he gives his own son. T[redacted] is the apple of Eddie's eyes, Eddie would do anything for his son, and for example, he is the father that dresses up full costume alongside his son to make that Halloween more fun and memorable for him. I respectfully ask your honor to let Eddie be available to care for his son.

Eddie's kind hearted nature is not only shared with me and my husband but with my family as well. My nephew is 13 years old, he is on his school basketball team, and the team had a game in Atlantic City, due to the cost of the trip my nephew was unable to go. Eddie heard about it, and just like Eddie, he got my nephew and his family hotel rooms in Atlantic City, my nephew was overjoyed. It wasn't that Eddie paid for the rooms because he did not, he got them complimentary from the hotels because he was a consistent gambler at their venues. However, Eddie had to drive 3-hours from where he was to Atlantic City to check them into the hotel (they will only provide complimentary rooms to the person listed as the holder of the complimentary service). Not only was my nephew able to compete at the game, he stayed at a nice hotel with his entire family with him to support his first away game. Eddie was so thrilled to make someone else happy, he is really a soft touch when it comes to kids.

At times Eddie is very generous with money, money is an easy answer, BUT he is beyond generous with his time. In most cases, Eddie is offering to assist without being asked. I don't know how many people who are like Eddie, kind hearted and generous to a fault.

His family won't be able to survive without having him in their lives, I know, I'm not going to be the same without having my "brother" around. He is the rock of his family, not only financially but emotionally. His wife just found out that her brother has cancer, they are dealing with a horrible disease that will probably take his brother-in-laws life. He needs to be here to take care of his wife, she is struggling with what may happen to Eddie, the 6 kids under their care.

I am respectfully requesting your honor to have mercy and let Eddie be with his family, this past year has been extremely tough and many lessons have been learned. I know Eddie to be an honorable and good person and with your benevolence in regards to his sentencing, he can be a better husband, father and member of the community. I can be reached at [redacted] if needed.

Sincerely,

Aeyi Hun
[redacted] Forest Hills, NY [redacted]

Kính gởi Jesse M. Furman

Eddie Ting là em rể tôi, chồng của em gái tôi là Allyson. cũng là người chăm sóc hai con tôi [redacted] và [redacted]

Tôi tên là: Mai Trương. và tôi là bà mẹ đơn thân. người làm việc tại nugget và gần đây tôi đã đi qua ly hôn. nuôi dạy con cái của tôi với chồng tôi trong môi trường khó khăn của đại tây dương thành phố là rất khó khăn, không có anh ta. nó sẽ không thể. công việc của tôi đòi hỏi rằng tôi ngủ khi trẻ em của tôi đang tỉnh táo và làm việc khi họ đang ngủ, mặc dù tôi đã cố gắng tốt nhất của tôi. nó đã quyết định trong số các em tôi, Allyson và em rể tôi Eddie họ mất giám hộ hợp pháp của trẻ em của tôi để họ có thể được đúng sách chăm sóc và giáo dục

Eddie của tác động trên trẻ em của tôi đã được bao la. con trai lớn của tôi là [redacted] 15 tuổi và đã có một nuôi dưỡng rất khó khăn ở thành phố ATlantic. ông đã liên tục bắt nạt. chậm học tập và đối phó với các vấn đề pháp triển trở nên tồi tệ hơn. như thời gian trong môi trường đó đã đi vào sao khi sống với

Allyson và Eddie tôi có thể thấy được sự khác biệt. A[redacted] cho thấy sự tự tin hơn và liên tục nâng cao học tập. liên tục tình yêu và sự quan tâm từ Eddie và Allyson đã được đáng kinh ngạc cho sự phát triển của mình. và tôi chắc chắn rằng những điều sẽ có vừa nhận được tồi tệ hơn nếu chúng tôi đã không thực hiện chuyển đổi gia đình này. con trai nhỏ B[redacted] đã trở thành một sinh viên ngôi sao ở Mahwah và phải đối mặt với không ai trong số những thách thức mà A[redacted] phải đối phó với. là một phụ huynh chúng tôi cố gắng cung cấp cho trẻ em của chúng tôi cuộc sống tốt nhất và đối với tôi để cung cấp cho con trai của tôi để chị em tôi và chồng bà là quyết định đúng là một người mẹ, mặc dù nó là một điều rất khó khăn để làm. ngoài việc giúp đỡ trẻ em của tôi, và trẻ em của anh em khác. Eddie đã tại trung tâm trong việc giúp anh em của tôi đối phó với chẩn đoán ung thư tai của mình ông đã đưa anh ta đến cuộc hẹn, thực hiện điều trị nghiên cứu trên danh nghĩa của mình, giúp anh ta tư vấn và trở thành có sẵn với em gái tôi như là một dịch giả

để đảm bảo rằng nhu cầu y tế của ông đã được đáp ứng. những công việc này là rất quan trọng cho anh em của tôi đấu tranh với bệnh và Eddie là người duy nhất có thể làm cho họ. và ông đã làm nó ~~tất~~ cả với tình yêu và một nụ cười. tôi không thể cho bạn biết đủ chúng tôi là để có như vậy một con người đặc biệt như là một phần của gia đình của chúng tôi và là người chăm sóc của chúng tôi. Tôi không biết nơi mà gia đình của chúng tôi sẽ không có anh ta. nhưng tôi biết rằng cuộc sống sẽ có nhiều khó khăn hơn.

Mai Truong

mai

The Honorable Jeese M.Furman
United States District Court
Southern District of New York
40 Foley Square Room 2202
New York, New York 10007

To the Honorable Jesse M. Furman:

Eddie Ting is my brother-in-law( my sister ,Allyson's husband) and the caretaker of my two children, [redacted] and [redacted]. My name is Mai-Truong and I am a single mother who works at the Golden Nugget and has recently gone through a divorce. Raising my children with my husband in the difficult environment of Atlantic City was very tough; without him, it would be impossible. My work requires that I sleep when my kids are awake and work when they are asleep. Although I tried my best, it was decided among my sister, Allyson, and my brother-in-law, Eddie, that they take legal guardianship of my children so that they could be properly looked after and educated.

Eddie's impact on my children has been immense. My older son, [redacted], is 15 and has had a very difficult upbringing in Atlantic City. He was constantly bullied, underachieving academically and dealing with developmental issues that became worse as time in that environment went on. After living with Allyson and Eddie, I can see the difference. [redacted] is showing more confidence and is continuously improving academically. The constant love and attention from Eddie and Allyson has been incredible for his development and I am certain that things would have just gotten worse if we had not made this familial transition. My other son, [redacted], has become a star student in Mahwah and faces none of the challenges that [redacted] had to deal with. As a parent, we try to give our children the best lives and for me to give my sons to my sister and her husband was the right decision as a mother, even though it is a tremendously difficult thing to do.

Beyond helping my children, and my other siblings' children, Eddie has been at the center of helping my brother deal with his recent cancer diagnosis. He has taken him to appointments, done treatment research on his behalf, helped him with counseling and made himself available with my sister as a translator in order to make sure that his medical needs were met. These jobs are so important for my brother's struggle with the disease and Eddie is the only one who can do them. And he does it all with love and a smile. I cannot tell you enough we are to have such a special man as part of our family and as our caretaker. I do not know where our family would be without him, but I do know

that life would be much harder.

Sincerely,

Mai-Truong

MUOI V TRUONG
3908 WINCHESTER AVE
ATLANTIC CITY, NJ 08401

THE HONORABLE JESSE M. FURMAN
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
40 FOLEY SQUARE ROOM 2202
NEW YORK, NEW YORK 10007

Kính Gởi Jesse M. Furman

Tên Tôi Là Mười Trương, và Tôi là anh vợ của EDDIE, Tôi đang viết trên đây là danh nghĩa anh vợ của EDDIE, với hy vọng rằng ngài sẽ xem xét ảnh hưởng của em rể về gia đình của Tôi trong khi quyết định hình phạt.

Tôi hiện đang làm việc cho sòng Bạc REVEL Tại Atlantic city, khi gia đình Tôi di cư ở đây, cơ hội việc làm là rất khó khăn gì nào cản ngôn ngữ của chúng Tôi và chúng Tôi đồ Thiếu trọng lượng đây đủ ở đất nước này, chúng Tôi cố gắng làm Tốt nhất của nó. nhưng cuộc sống là và Tiếp Tục là một cuộc đấu tranh khó khăn, Đại Tây Dương Thành phố là quê Hương của hung hăng Tội phạm, hành vi vô đạo đức và hệ Thống trường học khủng khiếp

làm việc ở đây trong 16 năm qua. Tôi đã lo lắng về môi trường và tác động mà nó sẽ có ngày ảnh hưởng đến con gái của tôi là C[redacted]. 8 tuổi. Tôi chuyển đến đất nước này để tìm cơ hội tốt hơn cho bản thân mình và con của tôi. làm việc giờ lẻ cho người nghèo trả và nuôi con trong môi trường thù địch này được thực hiện để đạt được mục tiêu này không

Sau khi nhiều suy nghĩ, Tôi đã quyết định khó khăn nhất của cuộc sống của mình. để cho con gái tôi sống với EDDIE và em gái của Tôi và bố giám hộ hợp pháp. Tôi không thể nhận khó khăn như thế nào là để đi đứa con duy nhất của tôi. Là một người cha, nó là một cái gì đó mà bạn hy vọng không bao giờ xảy ra Nhưng nhìn thấy Eddie với C[redacted] là đặc biệt và mang lại cho tôi tự tin trong đó sự lựa chọn không thể. ông đã làm việc tuyệt với với cô ấy, nó ấm áp trái tim của tôi khi tôi nghe gọi "Eddie CHÚ" ra khỏi miệng của mình vì tôi biết nó sức khác từ tình thương yêu. khả năng của mình để cung cấp cho mình loại nuôi dưỡng cô ấy xứng đáng là một cái gì đó mà tôi mãi mãi biết ơn đối với.

Eddie là rất hào phóng với thời gian của mình, mới đây anh trai của tôi được chuẩn

đoán mắc bệnh ung thư dạ dày. Tôi và anh chị em của tôi đang tìm kiếm bệnh viện cho Hiếu xung quanh thành phố Atlantic city. mà không hỏi Eddie đã thực hiện nhiều cuộc gọi và có hiếu chấp nhận ở đâu trong bệnh viện ung thư, ông đã tình cảm là người mà chúng ta đều dựa vào bởi vì ông đã làm cho chúng tôi cảm thấy như tất cả mọi thứ như ý

Eddie có bất cứ điều gì nó cần để làm cho Hiếu tập trung vào công việc ở bàn tay và đó chỉ là chiến đấu ung thư. cần theo lịch trình các cuộc hẹn, Eddie đã chăm sóc tất cả những gì, Tôi thực sự không thể nhận như thế nào và anh chị em của tôi là Eddie trong cuộc sống của chúng tôi. đây chỉ là một dài dì vụ làm thế nào Eddie chứng tỏ lòng hảo tâm và lòng từ bi cho những người khác của mình.

Khi xem xét hình phạt của Eddie hãy ghi nhớ mức độ tác động mà ông đã làm cho gia đình của chúng tôi ngày này sang ngày khác trong cuộc sống, Tôi biết Eddie đã thể hiện sự khắc nghiệt hối hận cho những gì ông đã làm. Xin vui lòng cho ông ta với chúng tôi, chúng tôi thật sự cần ông ta.

Cám ơn ngài và thời gian của ngài

Trân Trọng!

MƯỜI TRUONG

Muoi Truong
[redacted]
Atlantic City, NJ [redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square Room 2202
New York, New York 10007

To the Honorable Jesse M. Furman:

My name is Muoi Truong and I am Eddie's brother-in-law. I am aware of Eddie's plea and I am writing on his behalf in hopes that you will consider his impact on his family while deciding on sentencing.

I am currently employed as a dealer at Revel. When our family immigrated here, employment opportunities were very difficult because of our language barrier and our degrees lacked the sufficient weight in this country. We try to make the best of it, but life was and continues to be a difficult struggle. Atlantic City is home to rampant crime, immoral behavior and terrible school systems. Working here for the past 16 years, I've worried about the environment and the impact that it would have on my 8-year-old daughter, C[redacted]. I moved to this country to find better opportunities for myself and my children; working odd hours for poor pay and rearing my children in this hostile environment made achieving this goal unlikely.

After much thought, I made the most difficult decision of my life: to let my daughter live with Eddie and my sister and give up legal guardianship. I cannot express how difficult it was to let go of my only child. As a father, it is something that you hope never happens. But seeing Eddie with C[redacted] is special and gives me confidence in that impossible choice. He does such an amazing job with her, it warms my heart when I hear "Uncle Eddie" come out of her mouth because I know it's from a place of love. His ability to manage so much, but give her so much attention--tutoring, playing soccer or cards or going to the movies, is incredible. His ability to give her the type of upbringing that she deserves is something that I am forever grateful for.

Eddie is very generous with his time, recently my brother was diagnosed with stomach cancer. Me and my siblings were looking for hospital care for Hieu around Atlantic City. Without asking , Eddie had made numerous calls and got Hieu accepted into a top notch cancer hospital. He has emotionally been the person that we all lean on because he makes us all feel like everything will be alright at the end. Eddie does whatever it takes to

make Hieu focus on the task at hand and thats just fighting the cancer. Need appointments scheduled? Need medical disabilities paperwork done? Have questions? Need a lift to and from hospital? Need to make sure insurance is good ? Don't worry....Eddie has taken care of all that. I really cannot express how grateful me and my siblings are that Eddie in in our lives. These are just a couple examples of how Eddie demonstrates his generosity and compassion to others

When considering Eddie's sentencing, please keep in mind the level of impact that he has on our family's day to day life. I know Eddie has expressed extreme remorse for what he has done. Please let him be with us. We really need him.

Thank you so much for your time

Sincerely,

Muoi Trong

Kinh gởi: Jeese M. Furman

Tôi viết thư này trông kết nói với Eddie Ting. hình phạt về tội của mình. Tôi viết thư này để yêu cầu tòa án nhóm trên Eddie Ting hình phạt.

Tôi tên là Hiếu Trương và Eddie Ting là em rể của tôi kết hôn với em gái của tôi là Allyson Trương tôi đả biết Eddie khoảng 7 năm nay và tất cả tôi có thể nói Eddie là một thiên sứ được gởi từ thiên đường cho tôi và gia đình của tôi.

Năm 1997 tôi di dân từ việt nam qua tiểu bang New Jersey và làm việc cho sòng bài ở Atlantic City New Jersey với ngôn ngữ của tôi rất khó làm việc và tôi phải chấp nhận làm giời lẻ và trả tiền ít đi kèm với nghề nghiệp, thời gian trôi qua tôi và gia đình làm việc với môi trường rất là khó khăn. Vùng lân cận rất nghèo và thành phố là quê hương của mại dâm lạm dụng ma túy hung hăng và hành di dâm ở và bạo lực say rượu.

Khi thời gian trôi qua nó trở nên rõ ràng rằng đây là một tình hình khủng khiếp, để nuôi hai con gái của tôi, T[redacted] Trương 8 tuổi và C[redacted] Trương 4 tuổi gì vậy tôi đả quyết định để cho em gái của tôi là Allyson và em rể của tôi là Eddie trở thành người giám hộ hợp pháp của tôi. Không có một nghi ngờ tôi đả quyết định đúng, tôi đả thấy sự khác biệt con của tôi, với hộ chỗ của Eddie và Allyson, họ đả phát triển vô hạn.

Tôi cố gắng truy cập vào nhiều như có thể và luôn luôn như vậy xúc động bởi mức độ chăm sóc được cung cấp

bởi hai người trong số họ, Eddie luôn luôn làm một cái gì đó cho dù dạy kèm, chơi với họ, an ủi, hoặc đơn giản là một tài xế, số lượng thời gian và nỗ lực chân thành Eddie có thể cung cấp cho trẻ em của chúng tôi là thực sự và hết lòng.

Những Eddie là tác động đến cuộc sống của tôi mở rộng vượt ra ngoài món quà đáng kinh ngạc của Eddie với bọn trẻ, khoảng một tháng và nửa tháng trước đây, tôi được chuẩn đón với giai đoạn 4 ung thư dạ dày và nó là cú sốc cho gia đình tôi.

Trong những ngày sau được chuẩn đoán không có ai tích cực hỗ trợ như Eddie, eddie đi cùng tôi để đến một số chuyên gia để đảm bảo rằng tôi đã nhận được sự chú ý mà tôi cần thiết, vì ngôn ngữ của tôi Eddie và em gái tôi đã có thể thông dịch với các bác sĩ, đảm bảo lợi ích sức khoẻ của tôi được đầy đủ, làm cho cuộc hẹn cần thiết đảm bảo rằng khuyết tật y tế của tôi là tốt, hiện nay tôi được điều trị tại bệnh viện trưởng lão New york oncologist bác sĩ của tôi là Manish Shah (646 962 6200) Eddie là lý do tôi đi bệnh viện này, eddie tìm kiếm liên tục và yêu cầu các bạn bè của mình nếu họ có kết nối để có được thành một bệnh viện hàng đầu, Eddie và em gái của tôi đi cùng tôi mỗi chiến đi bác sĩ với tôi và cả hai đều yêu cầu những câu hỏi cần thiết cho tôi để có sự chăm sóc mà tôi cần chống lại căn bệnh này.

Tôi rất sợ hải ngay bây giờ, tôi có thể nhìn trong mắt mọi người, bệnh của tôi sẻ kéo dài và không dể dàng. Sự hiện diện của eddie và tình thường đả thay đổi được cuộc sống của trẻ em và tôi, đối với tôi, tôi không thể nói hết ra những gì mà eddie làm cho tôi, bênh cạnh đó mổi chiến đi thăm bác sĩ tôi nhận được sự chăm sóc tốt nhất, chăm sóc trẻ em của tôi, eddie rất tích cực cho tôi và gia đình tôi, eddie luôn nói là bỏ không phải là một lựa chọn, nhưng tôi đả nói trước đó, eddie là một thiên sứ được gửi từ thiên đường.

Tôi hy vọng thư này sẻ được ngay thấy một bên Eddie và giúp ngài trong quyết định hình phạt của mình

Hiền Trương

Hien

Hieu Troung
[redacted]
Atlantic City, NJ [redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square Room 2202
New York, New York 10007

To the Honorable Jesse M. Furman:

I am writing this letter in connection with Eddie Ting's sentencing regarding his guilty plea. I am writing this letter to request the courts leniency on Eddie's sentencing.
My name is Hieu Truong and Eddie Ting is my brother-in-law ( married to my sister ,Allyson). I have known Eddie for approximately 7 years now and all I can say is he has been an angel sent from heaven to me and my family.

In 1997, I emigrated from Vietnam and became a casino dealer in Atlantic City. My language barrier made employment opportunities difficult and I had to accept the odd hours and poor pay that came with the profession. As time went by, juggling my family with my job in this environment was extremely challenging. The neighborhood was very poor and the city was home to prostitution, rampant drug abuse and drunken lewd and violent acts. As time passed, it became clear that this was a terrible situation to raise my two daughters, T[redacted], 8 years old and C[redacted], 4 years old and so I made the difficult decision to let my sister and brother-in-law become their legal guardians.

Without a doubt, it was the correct decision. I can already notice the difference in my children. With Eddie and Allyson's support, they have grown immeasurably. I try to visit as much as I can, and am always so touched by the degree of care provided by the two of them. Eddie is always doing something. Whether he's tutoring, playing with them, comforting or simply being a chauffeur, the amount of time and sincere effort he is able to give all of our children is truly a blessing.

But Eddie's impact on my life extends beyond his incredible gift to my children. Approximately a month and a half ago, I was diagnosed with stage IV stomach cancer and it was a complete shock. In the days following the diagnosis, no one was there or more actively supportive than Eddie. He accompanied me to several specialists to ensure that I received the attention that I needed. Because of my language barrier, Eddie and my sister were able to translate with the doctors, ensure my health benefits were adequate, make necessary appointments, make sure my medical disabilities were okay. Currently, I am being treated at New York Presbyterian Hospital, my oncologist is Manish Shah ( [redacted] ), Eddie is

the reason I am at this hospital. He searched repeatedly and asked all his friends if they had the right connections to get into a top hospital. Eddie and my sister have gone to every doctor visit with me and they are both asking the questions necessary in order for me to get the care that I need to fight this disease. I am extremely scared right now, my sister and my other siblings are terrified as well. I can see it in everyones eyes that my battle is gonna be long and not easy. Eddies presence and love has changed my children's life. As for me , I can not say enough for what he's doing for me. Besides bringing me to every doctor visit, getting me the best care , taking care of my children....he preaches staying positive for me and my siblings. This has been far but easy for us...he always saids quitting is not an option. He always saids I have to many people that need me, and that I must fight & hell be there for me the entire way and so far he has. Like I said earlier he's been an angel sent from heaven.

Im hoping this letter will show you a side of Eddie and help you in his sentencing.

Thank you

Hieu Truong

November 15, 2013

Vincent Condina
[redacted]
Egg Harbor City, NJ [redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, NY 10007

Dear Judge Furman:

I, Vincent Condina, am writing this letter to attest to the character of Eddie Ting. I know Eddie has pled guilty to charges and is awaiting sentencing. It is my hope this letter can help provide your court's decision on the sentence. This letter is being written on my own will and as a testimony to Eddie's character and kind nature.

I met Eddie years ago in the poker room of the Borgata Casino. I am a regular there and he was as well. We had friends in the same circle and soon become friends as a result. Eddie is and has always been a favorite of many people in the Borgata poker room. He's the easy going, fun loving guy who everyone seems to love. He's the guy that goes out of the way to help those who are down and out. In the spring of this year, I was diagnosed with stage 3 esophageal cancer. As you may know, this is often a terminal illness and I am still in battle with the cancer. What I want the court to know is how Eddie has been there for me during this difficult time. Originally, he and other friends started a collection on my behalf to help support me financially during this time. Eddie was single handedly the biggest donor (by far) to me and has done so without further benefit for himself. He has also encouraged others to donate by asking fellow poker friends. Its acts like these that have kept me from feeling depressed or down and given me the courage to fight. I would also like it to be known that his help goes beyond financial. After being diagnosed with this disease, I was unsure where to go to fight this disease. He pointed me in the right direction and gave me some contacts which ended up being very helpful. He regularly calls/texts and gives me words of encouragement. It's been a real blessing during a very dark time for me. Furthermore, my mother passed the previous year and it was during this time, Eddie also supported me with words of kindness and a significant gift that helped me with the funeral costs. Words truly can't describe the support he has given me. I've **NEVER** been graced with such acts of generosity and humanity.

People always ask Eddie why he's such a generous person and his reply always is because to make other lives better or to see someone smile makes him feel good about himself. Your Honor, that is an understatement. It's my privilege and honor to be able to write this letter on his behalf. If the court would like to speak to me at any time, I can be reached at [redacted]. I am being treated for my illness at Thomas Jefferson University Hospital in Center City Philadelphia, PA. My attending physician is Dr. Michael Ramirez, Oncology department. Please take into

consideration Eddie's true character, I am hoping you can see Eddie as I see him and be lenient when deciding his sentence.

Sincerely,

Vincent Condina

Steve Saraf
[redacted]
New York, NY [redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square Room 2202
New York, New York 10007

To The honorable Judge Jesse Furman:

I would like to respectfully provide a submission with regards to Eddie Ting's sentencing. My name is Steve Saraf. Since you are the sentencing judge on this case I wanted to share some of my stories with you before his sentencing. I hope my letter will provide you with insight as who Eddie is the human being.

I currently run a family owned private label tissue manufacturing company in Long Island. I have known Eddie for eight years and was introduced to him through a mutual friend. Eddie and I both had a passion for playing poker and this became the initial spark of our continuing friendship. I remember when I first met Eddie, it was at a home poker game, it was a group of about 15-20 people with 8 people playing per week. Eddie was probably the only guy trying to make a living playing poker whereas everyone else in the group had a career or a business. At that point, he was not the host. The game rotated amongst 2-3 of the guys taking turns hosting the game for the week. It was a very close knit, family like atmosphere. It started out as a recreational game with no rake (fees) and bounced to whomever's home could host for the evening. No one ever wanted to host because it was cumbersome and inconvenient. Eddie, being one of the only guys that didn't have a 50++ hr work week had volunteered to get an apartment in the city where

we could have our weekly poker game. All the guys whom played agreed to chip in for all the cost of running the game.

After months of playing, another issue arose where some players defaulted on their losses. There was no fair solution to figure out how to divide the defaults. Eddie, being a winning player, compensated the winning players that were defaulted on and never took his winnings. I think this was the start of every persons love for Eddie Ting. Here was a guy that needed the money more than anyone of us, for most of us were successful and he was just starting his poker career, and he was the one to step up and say it was ok if he got "stiffed." At the time, what he let go was probably life changing money but he was always grateful to be allowed to play with us.

As players, we quickly recognized the unfairness of this situation to Eddie and agreed that a rake should be taken in future games to offset cost and to insure the game against bad debts and maintain its integrity.

Eddie never took advantage of any of us. I always wondered and questioned Eddie if he made money from the rake. He always said he did, but he would have said yes even if he didn't. Eddie never wanted anyone playing in the game if they couldn't afford it, Eddie never wanted to see anyone "hurt themselves financially" from playing with us. I have seen him basically week in and week out for years give the rake back to certain players that were consistent losers. He always told us it was a way to even out the field in terms of skill levels. That along with bad debt from the game still make me wonder if he did make money from the rake. The reason I mention all this is to emphasize the organic, familial and transparent evolution of the game that Eddie has admitted to running. The players were cognizant of the fees involved and played because of the quality and entertainment provided, the security of the environment, and because of the trust that

Eddie engendered within us all.

On a personal level, Eddie is one of the few people that I truly consider a good friend. He is a warm and caring person who I greatly respect. I value our friendship because he is a person who is kind, honest, respectful, loyal, considerate and has a heart of gold. His generosity and kindness has amazed me throughout the years.

I have seen him randomly help homeless people on the street by going out of his way to buy them a meal. If you were sad, in trouble, needed anything...Eddie Ting was always the first person to say, " How can I help?" .....A N D by no means were these ever empty gestures. Eddie is someone who will drop whatever he is doing at a moment's notice to lend a helping hand to a friend, or even better ...to anyone in need. Overall, just a great guy without a bad bone in his body. The world would benefit with more people like him.

My wife and kids have become very close with Eddie, his wife Allyson, and his son T[redacted] We have traveled together on many vacations and have gone to many bbqs at The Tings. As a result our family and Eddie's family have become very close. Eddie is a very caring and remarkable husband and father. He has recently taken custody of 5 of his nephews and nieces. They have all moved into his home. He loves them and treats them as if they were his own kids. The joy he brings to these kids is truly amazing. Any kind of jail time will be very difficult for his family to endure. They will be the ones who really get punished. They will be devastated, and not be able to function or support themselves without Eddie.

I have had many of talks with Eddie since his arrest, I wish you can see the regret he has

for his actions. He feels like he has let down the whole world, but, most importantly his son [redacted]. Your Honor, I know these may come across as just words but Eddie Ting is truly a special individual who always helps others.

In your sentencing, I am humbly asking you to take in consideration his character as a human being and be lenient on him.

I can be reached at any time if you have any questions via phone or at your chambers. I thank you again for your consideration.

Very truly yours,

Steve Saraf

[redacted]

November 30, 2013

Benjamin Lin
[redacted]
Rockville, MD [redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, NY 10007

The Honorable Jesse M. Furman:

I, Benjamin Lin, am writing this letter in reference to Mr. Eddie Ting and his sentencing on his recent guilty plea. I understand the situation and charges that Mr. Ting has pled guilty to and nevertheless am submitting this letter of character reference on his behalf. I am the Chief Operating Officer of Favor TechConsulting, LLC, a Service Disabled Veteran Owned Small Business (SDVOSB) and an SBA 8(a) certified company. Mr. Ting and I have been friends since the summer of 2007. As a poker enthusiast, I met Mr. Ting at the poker tables of Borgata Casino & Spa in Atlantic City and have been close friends with him ever since. Before I met Eddie, his reputation was that he was happy go lucky, kind hearted, very honest; someone that never wanted anything but always gave. His reputation turned out to be as accurate as can be. When I heard the news of his sentencing, I immediately reached out to him to ask what I could do to help him, as he's been a very dear friend over the years. Needless to say, I can tell Eddie was reluctant to ask for help because that's the way he is. Eddie never wanted to be a burden on anyone and I could tell he felt uncomfortable dragging others into his problems. Not once in 6 years have I ever seen him ask for anything.

I'm sure by now you have read plenty of letters regarding Eddie's character but words can really never describe how many of his friends and families lives he has changed for the positive. I am married and have a daughter, however great my life is, we all have obstacles we endure (i.e. disputes with wives, rough weeks at work). When I was going through rough patches, he would always find time to call and text; to offer up advice and words of wisdom. Furthermore, Eddie is a loving father who simply adores his son, T[redacted], and loves spending time with him and his family. Sometimes we will just talk about our children as they're the same age and discuss how we can be better parents to them and discuss specific areas of how to approach our kids in certain situations. That's the type of guys he is; he cares about the welfare of people, especially his friends and family. If you asked me the one thing that stood out most about Eddie and what shows his true character? I would respond with this: A mutual friend, Mr. Vincent Condina recently had the hardship of taking care of his sick mother for years. Unfortunately, Mr. Condina's mother passed last year and as a result fellow poker playing friends contributed to Mr. Condina, some funds for the funeral costs, etc. Mr. Condina is a man with limited means. When Eddie heard of this he immediately gave Vincent a nice donation, by far the biggest donator as Eddie was so moved by Mr. Condina's years of dedication of attending to his sick mother. Furthermore, it demonstrated the generous nature of Eddie who had no personal gain by donating this money. It goes even further, as sadly Mr. Condina was recently diagnosed with esophageal cancer. As soon as this news broke, I remember Eddie was at the table and he was devastated to hear the sad news. We all know how serious and terrible of a disease cancer is, however, many of times it is someone else's problem we don't give it a real second thought. Eddie basically spoke out at the table and told stories of how his

uncle and a few of his closest friends passed away from different forms of cancer. He pointed out the obvious (but was it really obvious?), how Vincent had a long uphill battle, and the pain he would be enduring, the depression...His concerns for Mr. Condina touched us all. Eddie went so far as to start a collection for Mr. Condina and he himself once again was the biggest donator for Mr. Condina and his battle against cancer. There was no financial or personal gain by these acts, purely out of the good nature of his heart. To this day I know that he speaks with Mr. Condina regularly to see how he can help him in his battle and offer words of encouragement. These acts truly demonstrate the character and moral fiber of Eddie. The craziest part of all this is Vincent was just a friend because he played poker in the same card room (Borgata Casino in Atlantic City) for years with Eddie. Eddie never played with him in the same game, never hung out with him outside of Borgata's poker room. They just passed each other on the way to their respective poker tables and said friendly hellos. It is my hope and intent that this letter would be considered during his sentencing. If the court would like to reach me, my phone number is [redacted] and I would be happy to further attest to Mr. Ting's character.

Respectfully Submitted,

Benjamin Lin

Katherine Peabody
[redacted]
New York, NY [redacted]

December 16, 2013

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, NY 10007

Dear Judge Furman;

I am writing this letter in connection with the sentencing of Eddie Ting, understanding that Eddie has entered a guilty plea. I am the Artistic Director at KRD Imports in New York. I have known Eddie for five years and consider him to be a good friend and a wonderful person.

The first time I met Eddie was at his wedding in 2008. We were introduced by my husband who had been a friend of Eddie's for some years. I found Eddie to be friendly, funny and generous right away. I also discovered in that first meeting who Eddie Ting is. Eddie is a caretaker, one whose nature it is to help people in need.

In order to save his fiance, Allyson, the stress of planning and executing a wedding, Eddie took it all on himself, choosing everything from the venue to the food, to the music, right down to the bridal bouquets. Since then I have spent a lot of time with Eddie and his family, both at their home in Mahwah, New Jersey and at my home on Long Island. Over the years, I have seen Eddie stand up and play the caretaker over and over again.

He recently became guardian to five of Allyson's nieces and nephews, rescuing them from an Atlantic City neighborhood plagued by crime and poverty. They now live with Allyson and Eddie in Mahwah. Thanks to Eddie, they're being educated in a quality school system and enjoy a home life marked by the constant love and guidance of their Uncle Eddie and Aunt Allyson.

When a friend who had been diagnosed with Stage 3 Esophageal Cancer was recently denied treatment due to inadequate insurance, Eddie used his contacts to get the man into a hospital and raised funds to help pay for treatment.

When another friend, Alan, fell into a depression and drug addiction following the death of his son, Eddie was there, once again, caring for him like a son. In the last years of his life Alan felt closer to Eddie than he did to anyone, sharing his feelings of sadness and loss with Eddie only, until his death two years ago.

The fact that Eddie's father was a remarkable caretaker himself, probably has a lot to do with why Eddie turned out to be one himself. When Eddie was young his mother was

diagnosed with Schizophrenia. His dad, who was an engineer for the City of New York, took care of her and his ailing mother while raising four children, seeing to it that they all had what they needed, including college educations for the kids. Today Eddie returns the favor by seeing to his mother's medication and grocery shopping. He also helps with the bathing and feeding of his dad who suffers from dementia.

Of course Eddie also acts as caretaker to his wife Allyson and their five-year-old son T[redacted]. Eddie has been devoted to Ally since she walked down the aisle. To Eddie, his son is "the King of the Tings." Eddie is there for T[redacted] in every way, whether he's helping with reading and math or cheering T[redacted] on in baseball, swimming or Karate classes. Eddie once told me that he is determined to give T[redacted] whatever he needs to become a successful human being, one who's outgoing and respectful. He also wants T[redacted] to feel blessed in his life and he believes that it is his - Eddie's- responsibility to make that happen.

I want to close by saying that I hold Eddie Ting in the highest regard. He is an exemplary husband, father, uncle and son. I am proud to count him among my friends.

Sincerely yours,

Katherine Peabody

December 13th, 2013

Jonathan Greenbaum
[redacted]
New York, NY 10065
(646) 541-0400

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

To the Honorable Judge Furman,

I am writing this letter to you in support of Eddie Ting, and in connection with his sentencing regarding his guilty plea. I have known Eddie as a friend for eight years and initially met him through mutual acquaintances. I found him to be gregarious and outgoing, and we formed a fast bond over a shared love of sports, travel and competitive games like backgammon, chess, and poker.

I work in investment management, an occupation that rewards intellectual curiosity and that requires one to take a scientific approach to the world. I discovered these same qualities in Eddie, undoubtedly seasoned by his experience playing poker and other games where analytical acuity is largely determinative of one's long-term success. I've learned a lot from Eddie about how to apply systematic reasoning in a wide variety of circumstances.

In addition, though we come from different traditions - Jewish for me, Chinese for Eddie – he and I formed commonality of understanding as to the importance of our respective traditions and their morally instructive value for ourselves and our families. Eddie's love for his family is evident every time I speak with him; he loves nothing more than to apply his sharp intellect to dissecting the virtues of (the animated movie) *Monsters University*, his son T[redacted]'s favorite.

Perhaps most pertinent to this letter, I built a friendship with Eddie because I found him to be in possession of key qualities that are unfortunately all too rare in poker circles: honesty, integrity and kind-heartedness. I have played in a weekly pickup basketball game for the past 10 years. When playing hard, the spirit of tough competition in basketball can help one build camaraderie with other players, even those on the opposing team. From my experience, in the right circumstances gambling is an activity that can actually have similar bond-forming benefits while also helping to hone one's analytical skills, a perfect combination for Eddie.

Eddie has always understood one's reputation is quickly squandered and slowly – if ever – rebuilt. In the years I've known him I have found Eddie to be trustworthy to a fault, and his reputation for honesty has always been beyond reproach. He is a person with whom I would be comfortable doing business on nothing more than a handshake. In my business our

counterparties often try to re-trade deals that are based on written (and in my mind, quite clear) contracts, so I don't say that lightly.

In addition to his trustworthiness, Eddie's kind-hearted nature has always stood out as well, even to the point of kindness towards those who have wronged him. One example prominent in my mind involves an individual who took advantage of Eddie, myself, and several of our mutual friends. Even though the guy's actions had impacted Eddie more than anyone else in the group, he counseled patience and forgiveness. A large number of us were angry concerning the man's outstanding debt, but Eddie stood out as the lone voice of calming reason. He pointed out that the man had recently lost his job, had a wife and children to support, and that his actions – while reprehensible – were likely born of a kind of desperation that fortunately the rest of us did not know. Eddie spoke of this man's plight with a degree of sincere empathy that made it impossible to argue with his logic, and the rest of us quickly sublimated whatever bitterness we had felt over the situation. That sort of decency is another important thing I've learned from Eddie.

Your Honor, I know Eddie feels significant regret for his actions. In light of his good character, I humbly ask the court's leniency in deciding his sentence.

Respectfully yours,

Jon Greenbaum

Elise Ng
[redacted]
Forest Hills, NY [redacted]
[redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

Dear Judge Furman:

I am writing on behalf of Eddie Ting's sentencing regarding his guilty plea. My name is Elise Ng and I am a reference librarian at an Am Law 100 law firm. I met Eddie Ting through mutual friends. My first impression of him was of a very charismatic man. He was gregarious and infectious with his jokes and laughter.

While Eddie does so well in many ways, the one good thing that stands out:
I remember during the blackout in 2002- when I was working in the city and it was just utter chaos- we all had to walk home across the bridge. At the time Eddie commuted to work with his car and he was kind enough to volunteer and stop by at my dad's place - who is elderly - and sit with him and make sure he was ok. I was with my mom and some friends - walking across the bridge. And Eddie waited hours till we finally got home to Queens. He had dinner with us and then went home. It is the little things like this make me appreciate how few and far between we come across people like this in our lives. To take the time and ensure the well-being of my father just goes to show you what kind of person he is.

When Eddie became a husband and then a father- that sense of always making sure the people he loves and cares about are taken care of is evident in his everyday life. I have seen him with T[redacted]- and the time he takes to be with him - from teaching him to catch a football to reading with him. T[redacted] is lucky to have a father like Eddie and I hope he does not lose out any time with his son. That would be a shame.

Thank you for taking some time to read this letter about Eddie Ting.

Sincerely,

Elise Ng

Edward Ng
[redacted]
Forest Hills, NY [redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

Dear Judge Furman:

I am writing on behalf of Eddie Ting's sentencing regarding his guilty plea. My name is Edward Ng and I am a software designer at a large hedge fund. I met Eddie in college; we both attended Baruch College together. And since then he has been a great friend to me and my family, he was there in my wedding party when I got married and he has always been there for me whenever I needed him.

In September 2001, Eddie had organized a trip to the Bahamas, an annual getaway for about 10 of our closest friends. He is always doing things like that- getting people together and ensuring everyone has a good time. We were due to leave on the morning of September 11, 2001, right after breakfast but of course - we get the devastating news that all planes are grounded because of a plane flying into the Twin Towers. I remember the first image I saw was of the first tower collapsing. Needless to say, we were all worried about loved ones back home.

And this is what I remember about Eddie - he took charge - he made sure we all still had rooms to stay in, he dealt with hotel management to get phones set up so everyone could make calls and ensure love ones were ok (which thankfully they were). We were stuck for five emotional and terrified days, and Eddie did his best to make sure everyone was ok and safe. Because that's the type of person he is, he is generous, loving, loyal and always wants to ensure his friends and family are well cared for and happy. In a time of strife, he was a leader to all of us.

This is what makes him a great father and husband. His son, T[redacted], thinks the world of him and he tries to give the world to his son. I was one of the groomsman in his wedding and the day he got married - was one of the happiest. And his family is so important to him. He is a man of good character and his family and friends do need him.

Sincerely,

Edward Ng

ARENA
EVENT SPACE

Bobby Kwak
[redacted]
Carlstadt, NJ [redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square Room 2202
New York, New York 10007

Nov. 26, 2013

Your Honor,

I am writing in connection with Eddie Ting's sentencing regarding his guilty plea.

I have known Eddie Ting for 15 years as a mentor but most importantly as a friend. We met when he worked at JP Morgan while I worked for Yahoo. In 1998, he was a nightlife promoter on the weekends and I was just getting my feet wet in the industry. Although we were both competing for the same target audience, Eddie helped me tremendously in learning many of the important qualities to succeed in business as well as in life. Eddie's advice was like an open book. He wanted me to challenge myself and succeed and for that he deserves my utmost respect. You could say I would not be where I am today without Eddie's guidance and support.

Eddie and I had the same type of events in terms of venue, music, and theme. Eddie was a very successful promoter. He always hosted the best events. There was a reason for all of this Eddie knew everybody's name, knew enough about each person, but most importantly, each person came out to support Eddie because they wanted him to succeed. I realized, in time, that Eddie invested himself into every person that walked into his events.
In promoting events, there are always plenty of different marketing tactics. Some tactics were misleading and would anger clientele Eddie always wanted to be straight with everyone and if he saw someone was not happy, he would make it a point to try and make them happy. He always preached when you mislead someone today to gain business, you'll definitely lose that business tomorrow. He gave every person that came across him reason to want to see him succeed. He was good to everyone. He took pride in being good to everyone.

Shortly after, Eddie and I both left the corporate world. While Eddie decided to pursue professional gambling, I ventured deeper into the nightclub and restaurant business. We lost touch for a good 6 or 7 years until a mutual friend helped reconnect us. By then, he was married with a young son and I too was married with a young daughter. I am currently going through a terrible divorce trial that has lasted over two years and am fortunate to have sole legal custody of my daughter [redacted]. As I am a single parent due to the mother's abandonment, I want to express the gratitude that I have for "Uncle Eddie" as my 3.5 year old daughter would refer him to being a single father is difficult, Eddie opened up his family to me and [redacted].He has been there for me as well as my daughter [redacted] for the past 2 years of this divorce. During the most stressful and discouraging times, Eddie was the first person to reach out to me and offer his friendship. In essence, I consider him more like a brother than a friend; a brother who selflessly would come pick up [redacted], take her to Chuck E. Cheese with his son and then drop her off at my house. He also hosted kid pool party barbecues at his house inviting [redacted] along with all 7 of my nieces and nephews every weekend for the entire summer. There are not many people who would extend themselves like this but Eddie opened up his doors to my family. I am very thankful to God that I have a person in my life with his compassion and generosity. [redacted] is thriving in her life and one of her favorite times of the week is Uncle Eddie and [redacted] playdates on the weekends at his house in Mahwah, NJ.
This letter may just be words, but it's really through Eddie's actions that I'm writing this to you. I pray that I will have my friend Eddie to lean on until my divorce ends and thereafter as he has been the best crutch to lean on. I hope [redacted] will continue to have Uncle Eddie at her weekly play dates with his son and her buddy [redacted].

So, I ask you, your honor, to please give Eddie the chance to continue living a wonderful life, to contribute positively to society, and keep being a wonderful son, father, and friend. I can attest to his character. I know he deeply regrets his actions and has learned from this unfortunate incident.

Thank you for your time and consideration.
I can be contacted at [redacted] should you require further information.

Sincerely,

Robert Kwak

atlantic city
AC
linen supply, inc.

November 18, 2013

The Honorable Jesse M Furman
United States District Court
Southern District of New York
40 Foley Square room 2202
New York, New York 10007

Your Honor

My name is David Goldberg and until 2 weeks ago I was the owner and president of Atlantic City Linen...I am now chairman emeritus ...I fully understand the charges against Mr. Ting and am writing this character letter on his behalf

Ii am a recreational poker player where I enjoy the competition and comradely .......I met Eddie at the tables where he has always been honorable and a gentleman..

I have been involved over the years in many charities and raised money for what I consider many worthy causes.....if I may share one quick story.......I am on the board of the Tisch Research Center for Multiple Sclerosis in New York and when I asked Eddie for help he volunteered to host a fund raising poker game...it didn't happen for obvious reasons but there was no hesitation from Eddie to help out......other times I would walk in to the Borgota poker room and ask who would donate to things like the heart walk or local breast cancer charities and Eddie was always the first to donate which caused other players to follow

Your honor I understand that Mr. Ting has pleaded guilty but I am writing to ask you to consider using an alternative punishment where Eddie understands the plea but we of society get his input and help for all the good things he can do. I would love to put his relationships and great attitude toward raising money for great causes.....

One last thing as a businessman and poker player...you learn a lot about a man playing poker....having said that I can attest that Eddie will be a model citizen going forward

I would be happy to stand up for Eddie and I am available by phone anytime at 609 992 9048

Your honor Eddie is a good person, please be compassionate and let Eddie help out our community

Thank ~~you for~~ your consideration,

David Goldberg

18 N. New Jersey Ave • Atlantic City, NJ • Phone: 609-345-5888 • Fax: 609-344-5753

Dinh Giang
[redacted]
Flushing, New York [redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 2202
New York, New York 10007

Dear Judge Furman:

I am writing this letter in connection with Eddie Ting's sentencing in regards to his guilty plea. I am currently a CPA and have been an auditor/accountant for over 15 years. I have been close friends with Eddie for over 20 years, since we first met during our freshman year at The City University of New York at Baruch College. Over the years, we have shared experiences of being single adventure seeking college students, responsible working professionals, and currently proud loving husbands and fathers.

Amongst our group of friends, Eddie was always the one to get everyone together for parties, events, and get togethers. He tried to always follow the "golden rule" in all of his actions, to treat others the way he would want to be treated. There are always exceptions to every rule, but with Eddie, he would always consider whether his actions would cause anyone harm in those instances. In college, Eddie used to promote parties. His parties was "THE" party to go to back then because he created an environment that was exciting, fun and at the same time safe for everyone. He and his team would ensure that the guests at the party were always taken care of, and that they would leave the party safely. It was at one of his parties where I met my wife. Needless to say my life would be significantly different had I not been fortunate enough to have Eddie as my friend.

One of Eddie's greatest attributes is his ability to bring people together, and Eddie's parties in college draw many parallels to the events that have gotten him into his current predicament. Eddie is an honorable person, who would always consider whether his actions would cause harm to others. This is why he is so revered by all of his many friends over the years, including myself for the last 20+ years.

As a close friend, I had attended Eddie's wedding and witnessed his speech to his wife. Eddie's speech touched many of us since he had openly and honestly promised to always be there to support her and their future family. Eddie with his wife currently has a five year old son. As I also have a son that is 6 years old, Eddie and I would discuss our life nowadays as a father and a role model. Since the day his son was born, Eddie would frequently use the word "amazing" to describe his new found life experiences with his son. To be able to share in our experiences to see our sons grow from infant to toddler to now as little boys is an amazing experience.

The first time I met Eddie in person after the indictment, he was holding his son and crying. I could see the remorse in his expression and sensed the fear that he was feeling, if he were to lose any moment of time in participating in his son's early development. Eddie is a great dad and husband. If he were to miss out on events such as celebrating birthdays, watching his son play t-ball and swim, it would be devastating to him, his wife and the development of their son.

Thank you for taking the time to read this letter and your consideration of leniency. Eddie Ting is a committed father, husband, and friend to many people. Hopefully he will have the opportunity to continue to provide for his family and not lose any precious time with them.

Sincerely,

Dinh Giang

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square Rm 2202
New York , New York 10007

To The honorable Judge Jesse Furman:

I would respectfully like to address your Honor with regards to the sentencing of Edwin Ting and his admitted guilty plea.

I'm sure that you will receive many letters espousing the great lengths that Eddie goes in order to help his family, friends and those in need. I can attest to the veracity of these claims, but to avoid being generic and redundant, I would like to share the specifics of my story and the impact that he has had on my life.

Six years ago, I was a sophomore at NYU with poor grades, attendance and direction. I neglected my conventional responsibilities and focused my day-to-day on the thing I was best at: poker. Through a mutual friend, I met Eddie at a local charity poker event. We got along well and started playing poker at various casinos, events and, eventually, I was invited to play in his private home poker game. As a de-facto professional poker player, the environment was unlike any other I had seen along my extensive experiences with the game. It was a familial atmosphere, with a community of regular denizens from various professional backgrounds but who seemed to know the most intimate details of one another's lives. From wives' and children's names to pending business deals and professional hurdles, the game felt like a community that was close-knit, jovial and supportive. At the center of it all, was Eddie.

He was the guy that kept everyone together. He hosted the poker game at his home, made sure the dealer was competent to run the gam, ensured that if someone couldn't pay that he would guarantee it. But people didn't play with Eddie just because of his ability to facilitate the entertainment of a poker night. He had an uncanny ability to foster relationships with people that could tangibly effect their lives. I've seen Eddie help people who were terminally ill, going through a divorce or who had children pass by providing his time, insight and comfort to help their convalescence.

I often begged Eddie to let me play in games he hosted because my grades were slipping and I needed the money. After learning about my academic struggles and generally disheartened perspective, he monitored my progress in school, encouraged me to expand my skills beyond poker and prevented me from attending poker nights during exams. One evening, when discussing my education with Eddie, I confided in him that my grades were slipping. It was at that moment that i witnessed something extraordinary- Eddie told me that if i did not turn myself around and get good grades, that he would not allow me to play in any of his games any longer. He "banned" me from playing until school was done.

Eddie's words made a big difference: I went from debating dropping out of school to graduating with a degree in Economics. I can remember one particularly memorable conversation, "Nee, pokers great. But you're so young , you're smart and you don't want to be in an industry that most of society doesn't understand or respect. Gamble for recreation and as a source of supplemental income and find a career." This was one of many immeasurably helpful conversations I had with Eddie about life, gambling and my future.

Soon after, Eddie introduced me to a friend of his and helped me secure a position as an equities trader at Agile Trading Group in late 2010. That position was the first professional experience of my life and taught me the value of routine, consistency and professionalism and I can sincerely say that without Eddie's introduction, it likely would not have happened given my lack of previous experience and knowledge about the industry. Building upon those experiences and that encouragement, I developed a penchant for the financial industry and have worked diligently over the past 18 months to recently co-found Hidden Hills Capital Management (September 2013), an algorithmically based futures hedge fund. I am sincerely grateful to Eddie for his encouraging words because they came at a critical inflection point in my life and have helped nudge me in a direction that fills me with optimism, gratitude and pride.

Ultimately, it is my hope that your honor recognizes that my story and Eddie's impact on my life isn't a particularly unique event. He is one of those impossibly rare people who can, almost subconsciously, make a significant impact on those around him without even realizing it. It is my sincere hope that your honor will consider the material impact that Eddie's sentencing will have on his family, his friends and, even, to the people who have yet to meet him. I was fortunate enough been one of them.

Sincerely,

Neehar Banerji

[signature] 12-14-13

December 18, 2013

Thomas Goldstein
[redacted]
Chevy Chase, MD [redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square Room 2202
New York, NY 10007

Dear Judge Furman,

I am writing this letter for your consideration in sentencing Edwin Ting.

I am a Washington, D.C. lawyer; publish the website SCOTUSblog; and teach at Harvard Law School. I have known Eddie Ting well for more than five years. I have seen him many times in both personal and professional contexts, including in visiting his home. So I believe that I can help the Court understand him as a person, which may aid the Court's exercise of its discretion in imposing a sentence. To the extent it provides helpful context, I have never before written a letter in support of a sentencing determination. As an officer of the Court, I would have declined to write this letter if I were anything less than perfectly confident that Eddie deserves lenient consideration in sentencing. I do believe very strongly that Eddie Ting is an extraordinary person, and that he does real good for his family, his friends, and his community. I know that he is remorseful. And I hope that the Court will account for the fact that his crime is unusual because it was only after these events that the Second Circuit held that it is a federal offense to run a poker game.

Eddie is the most generous person to his family and friends that I have ever met. Every day, as a result, he contributes positively to the people around him. I can't possibly count the number of people that he constantly helps in lending a sympathetic ear, spending his time, or giving financial support. Most conversations with Eddie start with his thoughts on a friend or family member who is sick or in need, though he almost never discusses all that he is doing to help.

I expect the Court will have heard about his direct support for many members of his family, several of whom I have met. He is no less kind and generous with people that are not just friends but also more distant acquaintances. Those are the reasons that I am proud to call him my friend. From many conversations with him, I know that Eddie regrets having committed this crime. He has a

genuine sense of right and wrong. He also knows the devastating effect that the conviction will have on his family and his future.

In deciding how severe a punishment to impose, I hope that the Court will account for the unusual uncertainty surrounding the status of this offense. At the time of the events to which Eddie is pleading guilty, no court had ever squarely addressed the question whether running a poker game violates the Illegal Gambling Business Act. That was an open and difficult question. After the indictment, the Eastern District of New York squarely held in a lengthy opinion (in the *DiCristina* case) that it was not a crime. The Court found it compelling that poker is a game unlike those listed in the IGBA and that there was little if any evidence that Congress intended to target poker games. The Second Circuit subsequently reversed, in a decision that is pending on certiorari to the Supreme Court.

My point is not to call into question Eddie's guilty plea, which he has entered into knowingly and voluntarily. Nor is it of course to cast doubt on the government's decision to initiate the prosecution. Rather, it seems to me that in making a sentencing decision there is a significant difference between a defendant who knowingly violates the law and one who pleads guilty to an offense that had not been established and that a federal judge concluded was not criminal at all. The latter defendant – Eddie – cannot fairly be said to have exhibited the kind of disregard for the law that calls for significant criminal punishment.

I am very grateful for the Court's consideration.

Respectfully submitted,

Thomas C. Goldstein

Allyson Truong-Ting
[redacted]
Mahwah, NJ [redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square Room 2202
New York, New York 10007

Dear Honorable Furman,

I am writing this letter in connection to Eddie Ting's sentencing regarding his guilty plea.
My name is Allyson Truong-Ting, I am Eddie's wife of 5 plus years and have known Eddie for 7 years. I am a housewife and have been blessed with the job of taking care of Eddie and 6 children.

I know what Eddie has done and I know since the day he was indicted, he has been remorseful and filled with sorrow. To date, whenever me and my husband speak about the guilty plea and the sentencing, all he saids is how stupid he is and how he has let himself and me down. He talks about how he cut corners and because of his behavior it will affect not just our future but the future of those who really depend on Eddie and I.

Eddie is one of the most friendly, generous, reliable, unselfish person you can ever encounter. Eddie wants to laugh- at himself first and second, and maybe you third. I never been around anybody who pours passion and generosity out of his every cell like this man.

Me and my husband currently have a 5 year old son, T[redacted]. If one ever wanted to define the meaning of not good but great dad, that definition would be of my husband, Eddie Ting. T[redacted] is literally attached to his dad every second possible. The joke I have at home is T[redacted] is Eddie's tail. I could not be more proud of my husband in the upbringing of our son. He is a dad, that no matter how rough a night he had at the poker tables, he would wake up in the morning to drop T[redacted] off to school . He is a dad, that is constantly helping T[redacted] out with his homework. He is a dad that is always challenging T[redacted] to understand mathematical and spelling problems. He is a dad, that takes T[redacted] to karate school, baseball class ,swimming class. He is a dad that plays catch in the backyard with T[redacted], a dad that kicks the soccer ball with him. He is a dad that dresses up during Halloween with him to make the experience more memorable. He is a dad that always pushes his son , but no matter what , will always give

him a kiss and tell him how proud he is. I know my husband made a mistake, but I know Eddie constantly,teaches T[redacted] right from wrong ,teaches T[redacted] about respecting people , and not to be forgotten in all this, Eddie teaches T[redacted] how to be a kid and so forth. I see how my son's life is ...the laughter , the learning...I owe most of this to my husband. I do not know what I or T[redacted] will do without Eddie around.

Both of Eddie's elderly parents are not in the greatest of health. Eddie's dad has dementia which was derived from multiple strokes from when he was younger and his mom is schizophrenic ( this was a disease she had since his childhood). Eddie is the type of son whom is always there for both of them.
He constantly goes to Brooklyn to check up on them- to make sure they have food, to make sure they're health is not worsening, to drive them to doctor appointments, or just to keep them company.
Recently, his mom had a breakdown and was involuntarily brought into the psych ward. She had to spend about a week there (until the physicians could figure out what was necessary medicines Momma Ting needed), right away Eddie volunteered to take his dad into our house and care for him. It sounds easy but I saw first hand how hard it was- Because of Poppa Tings dementia, he could not swallow food so we had to purate it. Because of Poppa's Ting lack of motion- we had to put on / take off his diapers , bring him to the restroom , lay him to bed and help him walk from one end of the house to the next. Eddie never complains but does it because thats what children are supposed to do. ( As Eddie would say)

Eddie and I , are guardians to 5 children ( all from my side of the family) .My brothers and sister work as dealers from Atlantic City. Atlantic City is not a great place to raise children and being a dealer where the hours are so odd that time spent with your children can be limited, Eddie offered to my family to take care of all 5 kids. The kids love Eddie, the love he gives his own son is the same love he gives all his nieces and nephews. Just like with T[redacted] , Eddie gives hands on fatherhood to C[redacted],4, T[redacted],8,C[redacted], 8, B[redacted],8, and A[redacted],15. On any given day, you can see C[redacted] run to the door and grab Eddies leg and hug it as hard as possible or you can see Eddie at the middle of the kitchen table tutoring B[redacted],C[redacted], Thi at the same time. Eddie drives them to school , Eddie loves teaching them and loves trying to give all 6 children a stepping stone in life that will make them the best possible person when they are adults.
My brothers and sisters are so grateful to have Eddie in their lives and they are so grateful that Eddie provides for their kids.

My brother, Hieu, recently was diagnosed with stage IV stomach cancer. Hieu was diagnosed with this illness at a facility in Atlantic City. When my husband heard that Hieu had stomach cancer , he made some calls to get him into a top hospital. He has been so supportive of my brother taking him to all his

appointments, helping him with his medical disabilities. Between Eddies guilty plea and my brothers stomach cancer, this has been a very challenging time for me. Just last week, as we are getting ready for chemo, we are informed Hieu's insurance was not adequate. Eddie has been on the phone constantly trying to get Hieu the proper insurance. So far, no luck but in the meantime , Eddie did not want to delay the chemo process so he told Hieu that he would pay for the first couple treatments. We are not in any financial position to be paying , but Eddie demanded that we did...He said we would figure everything out down the road. He's confident that in 2014 we will get the necessary benefits for Hieu ( either through his job, medicaid or Obamacare). His confidence and non stop search makes us all have ease of mind.
Eddie is making Hieu live with us in Mahwah while he is doing chemo. Its such a blessing to have someone that loves so much. I really don't know how Im gonna be able to be strong and provide for all 6 kids and my brother without Eddie around.

A few weeks ago, Eddie wakes up 730 am, bathes and dresses [redacted]. Drives 5 of the 6 kids to school at 815am. Drives me and Hieu to NY Presbyterian Hospital so Hieu can get a endoscopy test at 11am. After driving us and meeting with doctors. Goes to his lawyers to talk about his sentencing. Borrows his friends car to go visit his mom at the psych ward at Lutheran Hospital ( visiting hours only 7pm - 8 pm) than drives to Bay Ridge afterwards to pick up his dad , get his medicine and drives him to Mahwah so we can provide overnight care for dad at our house. Obviously not a typical day, but this is just something Eddie does. You never have to ask him because before you even open your mouth, all the plans are already set in motion. This is who my husband is. I know Eddie is so sad about his legal issues , but this never hinders him from helping me, my family, his family, or anyone. I was so grateful for what he's doing for Hieu. I would say Thank you hon and he would look at me like I'm crazy. His reply, " He's my family, why are you thanking me." Eddie can't help but try to always be there for anyone.

I know Eddie has many of letters, his friends adore him. He treats everyone so good. Always likes to lend a helping hand ,whether emotionally or financially. He has given family advice to business advice. He has taken care of friends kids, he has financially and emotionally been there for those whom are ill or have family members ill. He always goes out of his way to go grab a drink or dinner whenever someone just needs him. With all thats going on right now with him and this sentencing, Eddie is the type of guy that will never make you think about him. My husband is a good man, he made a mistake. He has taught me and what he has taught me is to always try to make somebody smile and he tells me he knows what he did was wrong, he plead because he has to be accountable , I can't overemphasize how sorry he is.

Your honor, My husband and I are at your mercy. I hope you can see who Eddie is and I humbly ask the court's leniency in deciding his sentence.

Respectfully

Allyson Truong-Ting

# Exhibit B

Edwin Ting
[redacted]
Mahwah, NJ [redacted]

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square room 2202
New York, New York 10007

Your Honor Judge Furman:

First I want to thank you for this opportunity to write you this letter today.

Since April 16 of this year, I have been consumed with anxiety as I knew that this day would eventually come. When I was arrested and released from jail, I returned to my family and cried uncontrollably. I knew that when I started collecting a rake during my home poker games that I hosted, I was crossing the line and that it was wrong! I have more regret than you can possibly ever imagine that I ever let myself get involved in this situation. I felt I let down my wife, my friends, my colleagues, my family but most importantly my 5 year old son. I failed everyone.

I offer no excuse for my behavior I only ask that you consider that I never threatened anyone, was always a man of my word, never misled or cheated anyone and mostly always try to help people in need. I admit that I made money from the rake and I have agreed to pay a $2 million dollar forfeiture. This financial penalty is devastating and it is my goal to satisfy this obligation as quickly as I can so that I can fulfill my promise to the government and continue to be a man of my word.

Your Honor, you have received many letters about me and I have reviewed them prior to writing this letter. I cannot overstate that all of the wonderful things that people have said about me were done by myself out of pure benevolence. I truly do care about people, I truly believe that we are put on this earth to help each other. I always try to do the right thing, I always try to help out those less fortunate, always try to be there for people in need. I hate to see anyone suffer. Even people who lost money in my games had my sympathy and understanding and when they were unable to pay their debts, I paid on their behalf. With this being said, it doesn't excuse me from the fact that collecting a rake was wrong, I admittedly failed with regard to my decision to run an illegal poker game. I am truly sorry!

But your Honor, there is more to me than my criminal behavior, there is more to me than being a gambler. I have been blessed with a beautiful family and have been entrusted to care for my five nieces and nephews. I only want the best for them, they are all children and all our children deserve the best the world has to offer. I have only one son but as far as I'm concerned I have six children now all of whom rely on me on a daily basis for their food, their activities, their schoolwork and their guidance. My wife and I tackle this challenge everyday together, as a team. As you can imagine six children between the ages of four and fifteen are a challenge every single day. I cannot fathom how my wife could care for them without me. I am sure that she will be able to do so but not without cost. This is where I am truly devastated. I, Eddie Ting, I am responsible and I am to be accountable for what I've done. It is the cost to the children that my absence from home due to my conduct has me writhing in pain every day. I think about them and the way they look up to me and the way they seek my guidance and the joy I provide them, which breaks my heart as I worry that they will lose me from their lives for any period of time. I am heartbroken because I am responsible for creating this situation which may cause them to suffer.

Your Honor, my parents are both elderly and sick. I do my best to care for them on top of all the demands of the six children I am raising. I have not told my parents about this case in fear of the toll it would exact upon them. If there is any way that you could fashion a sentence which would enable me to continue to care for them and not have to reveal my failure in breaking the law, I will wholeheartedly accept any punishment which you impose. I will perform hundreds of hours of community service, be happy to be subject to home confinement and other conditions which you deem appropriate. I only hope that there is a chance that I can be appropriately punished but in a manner that does not cause any pain or suffering to my parents or my children. When I say my children, I mean my son and my nieces and nephews, all of which I consider to be my children.

Finally, my brother in law, Hieu Truong, who speaks broken up English was recently diagnosed with stage 4 stomach cancer. We are in the process of determining his next course of treatment while navigating issues concerning health coverage. This news has been very hard on myself, my wife and my in laws. We have not told Hieu's 2 daughters [redacted] and [redacted] (ages 8 & 4 whom are both under my guardianship) the news yet. To tell you the truth, I am searching for a way to tell the kids for I know it will not be easy. It is my mission to do everything in my power to give my brother in law the strength and resources that he needs to combat his cancer. It is my pledge to him to stand by his side and marshal him through this process through success or the bitter end.

It is my pledge to you that I will never run afoul of the law again. I have learned my lesson and the lesson that I learned is that if you break the law you don't just risk your own future but you risk causing unnecessary and unwarranted harm to innocent people who I do my best to help every day of my life.

I readily admit that I failed when I decide to run an illegal poker game. I mistakenly perceived it was not that serious since all of the players were willing participants. I was obviously wrong and I know that now more than anyone could ever know. I accept responsibility for what I've done. I admit that it was wrong. But I ask you to consider my promise never to break the law again and also ask you to consider that outside of my criminal conduct that I am and will continue to be a person who strives to make the lives of those around me better and more fulfilling.

Your Honor, I am at your mercy and ask that you look beyond my failures and know that Eddie Ting, despite his failures, has lived the life where the happiness and well-being of others is paramount. As I said I have always been a man of my word and I give you my word that if you can fashion a sentence which enables me to continue to care for my children, my parents and my brother in law, that I will not let you or them down.

Thank you.

Respectfully,

Edwin Ting




Exhibit B, bates # 4







Exhibit B, bates # 5




Exhibit B, bates # 6

# Exhibit C

TO BENEFIT THE MIAMI PROJECT

THE BUONICONTI FUND TO CURE PARALYSIS, INC.

April 19, 2012

Ting Enterpries, Inc.
[redacted]
New York, NY [redacted]

Dear Ting Enterpries, Inc.:

On behalf of The Buoniconti Fund to Cure Paralysis, thank you for your generous contribution of $2,250.00 in support of the Poker4Life Charity Poker Tournament held on March 29, 2012.

The Buoniconti Fund is the fundraising arm of The Miami Project to Cure Paralysis. Since 1985, The Miami Project has become the world's most comprehensive research center, located at the University of Miami Miller School of Medicine, dedicated to finding more effective treatments and, ultimately, a cure for paralysis resulting from spinal cord injury.

In the United States, there are an estimated 1,275,000 people living with spinal cord injuries. Each year, 12,000 additional Americans will sustain a spinal cord injury. Paralysis is more than legs that refuse to move. It's fingertips that can no longer feel. It's a hand not able to comfort, a waist that can't bend. The spinal cord is a delicate organ and when it's bruised, cut, or snapped, the lifeline between body and mind is severed. With Chapters in cities throughout the country, it is designed to complement the scientific accomplishments of The Miami Project by generating high levels of awareness and funds.

For Federal Income Tax purposes, a charitable contribution is limited to the excess, if any, of the contribution more than the value of the goods and services provided. Therefore, the amount of the contribution which may be deductible for income tax purposes is $900.00. Again, thank you for your donation and I hope you will continue supporting us in the future. To learn more about our organization, please visit our website at www.thebuonicontifund.com.

Kind regards,

Marc A. Buoniconti
President

PHYSICAL ADDRESS: 1095 NORTH WEST 14TH TERRACE, MIAMI, FLORIDA 33136 • 305-243-6001 FAX 305-243-6017
MAILING ADDRESS: POST OFFICE BOX 016960, MAIL LOCATOR R-48, MIAMI, FLORIDA 33101
WWW.THEBUONICONTIFUND.COM • BFINFO@MIAMIPROJECT.MED.MIAMI.EDU

April 16, 2012

Mr. Edwin Ting
[redacted]
New York, NY [redacted]

Subject: Official tax receipt for the Artist Luxury Edition of GAIA

Dear Mr. Ting,

We are pleased to enclose your official tax receipt for the donation you made by purchasing the Artist Luxury Edition of GAIA.

Your friendship and support means the world to us and with your gesture, you are expressing your solidarity and exercising your power to truly make a difference in the fight against poverty.

We are most grateful for your generosity.

Kind regards,

Daniel Corbeil, CA, M.B.A.
Director of Finance & Administration – ONE DROP International

daniel.corbeil@onedrop.org
Phone : +1 514-723-7646, ext. 8284

**ONE DROP Foundation Inc.**
980 Kelly Johnson Drive, Suite 200
Las Vegas, NV 89119
USA
Tel.: 514 723-7646, ext. 8091 or 6829
onedrop.org

**Copy for your files**

**Receipt #:** 1202

**Receipt date:** **2012-03-13**
**Contribution date:** **2012-01-31**
*YYYY-MM-DD*

Amount of cash contribution: $4 500.00
Value of goods and services received: $ 0.00

Mr. Edwin Ting
[redacted]
New York, NY [redacted]

Donor #: [redacted]
Federal ID number: [redacted]

Daniel Corbeil, CA, M.B.A.
Director of Finance & Administration

*Issued by Cirque du Soleil America Inc. on behalf of ONE DROP.*

The Internal Revenue Service has indicated that the amount of the charitable contribution is limited to the excess of the amount of cash (and/or property) contributed by the donor, over the value of any goods or services received by the donor in connection with the contribution.

**ONE DROP Foundation Inc.**
980 Kelly Johnson Drive, Suite 200
Las Vegas, NV 89119
USA
Tel.: 514 723-7646, ext. 8091 or 6829
onedrop.org

**Official Receipt for IncomeTax Purposes**

**Receipt #:** 1202

**Receipt date:** **2012-03-13**
**Contribution date:** **2012-01-31**
*YYYY-MM-DD*

Amount of cash contribution: $4 500.00
Value of goods and services received: $ 0.00

Mr. Edwin Ting
[redacted]
New York, NY [redacted]

Donor #: 1305
Federal ID number: [redacted]

Daniel Corbeil, CA, M.B.A.
Director of Finance & Administration

*Issued by Cirque du Soleil America Inc. on behalf of ONE DROP.*

The Internal Revenue Service has indicated that the amount of the charitable contribution is limited to the excess of the amount of cash (and/or property) contributed by the donor, over the value of any goods or services received by the donor in connection with the contribution.

**ONE DROP Foundation Inc.**
980 Kelly Johnson Drive, Suite 200
Las Vegas, NV 89119
USA
Tel.: 514 723-7646, ext. 8091 or 6829
onedrop.org

**Official Receipt for IncomeTax Purposes**

**Receipt #:** 1202

**Receipt date:** **2012-03-13**
**Contribution date:** **2012-01-31**
*YYYY-MM-DD*

Amount of cash contribution: $4 500.00
Value of goods and services received: $ 0.00

Mr. Edwin Ting
[redacted]
New York, NY [redacted]

Donor #: 1305
Federal ID number: [redacted]

Daniel Corbeil, CA, M.B.A.
Director of Finance & Administration

*Issued by Cirque du Soleil America Inc. on behalf of ONE DROP.*

The Internal Revenue Service has indicated that the amount of the charitable contribution is limited to the excess of the amount of cash (and/or property) contributed by the donor, over the value of any goods or services received by the donor in connection with the contribution.

BROADWAY CARES EQUITY FIGHTS AIDS

June 22, 2011

Edward Ting
Ting Enterprises, Inc
[redacted]
New York, NY [redacted]

Dear Mr. Ting:

I am writing to acknowledge your contribution of $5000.00.

Thanks to the often-unsung efforts of concerned people like you, Broadway Cares/Equity Fights AIDS – the ongoing, committed response from the American theatre community to an urgent worldwide health crisis – can play a vital role in helping to sustain hundreds of organizations helping families and people living with the HIV virus and other catastrophic health conditions in almost every state.

In addition, your gift makes it possible for us to offer healthcare, counseling, career training, and essential financial support to thousands of entertainment professionals. In the past few years, quality of life for many people with HIV and AIDS has improved, but, as you know, the crisis is far from over. Through the ongoing commitment of donors like you, Broadway Cares can continue to improve the lives of people affected by this virus.

Since its founding in 1988, BC/EFA has raised more than $195 million, thanks to the generosity of people like you. We hope you share our pride in what we have accomplished together – it does make a difference!

Sincerely,

Tom

Tom Viola
Executive Director

**Please keep this letter for your files.** Our federal ID number is [redacted]. *IRS regulations require us to state that no goods or services were provided in consideration of your gift.*

Audemars

| | |
|---|---|
| **Contribution Amount:** | $5000.00 |
| **Tax-Deductible Amount:** | $5000.00 |
| **Dated:** | May 3, 2011 |

In addition, certain gifts totaling $1,000 or more may be listed in the BC/EFA annual report and other publications. If you prefer that your name not be listed, and you have not previously informed us of this, please call Ryan Walls at (212) 840-0770, Ext. 275.

thank you!

Hillel

THE UNIVERSITY OF WISCONSIN – MADISON
The Barbara Hochberg Center for Jewish Student Life
611 Langdon Street • Madison, WI 53703
Phone 608.256.8361 • Fax 608.256.2451
www.uwhillel.org

BOARD OF DIRECTORS

Diane Seder
*President*

Sharon Byer
*Vice President*

Eliot Butler
*Vice President*

Diane Gutmann
*Vice President*

Hal Blotner
*Treasurer*

Greg Steinberger
*Executive Director*

Bradden C. Backer
*Immediate Past President*

Joni Appelman
Jeff Becker
Samuel Chasin
Joseph Davis
Greg N. Dutch
Ken Goldstein
Henry Hirschowitz
Albert Miller
Robert F. Millman
Jason Oliver
Michael Perlow
Eric Schwartz
Jonathan Siner
Amy B. Stein
Jordan Tannenbaum
Peter Weil
Cheryl Rosen Weston

June 23, 2010

Mr. Eddie Ting
[redacted]
New York, NY [redacted]

Dear Mr. Ting,

On behalf of all the students we serve, Hillel's Board of Trustees and staff, I would like to take this opportunity to offer our heartfelt appreciation for your generous contribution of $5,000.00 during Hillel's Texas Hold 'em Tournament in New York City in May. Thank you so much for participating and making the event not only a great success, but an enjoyable evening for UW alumni and friends. It was terrific meeting you! If you are ever in Madison, please contact us. We would love to give you a tour of the new Hillel facility on Langdon Street.

Hundreds of students are reached by Hillel every week, and your contribution aids us in our plans to create the most exciting, innovative array of programs for today's University students. Your generous support will help UW Hillel continue to inspire, engage and empower UW's Jewish students to make a difference on campus and in the world.

I am proud to report that students are delighted with the new facility, and utilizing it to the fullest—from the fitness center and outdoor sport court, to the cozy lounges and study spaces, and roomy Dining Hall and full service Cafe. We are thrilled to finally be able to better serve Madison's Jewish student community, and are looking forward to a fantastic year ahead.

It remains our mission to provide the finest Hillel in the United States—one which will be attractive as well as attracting—to serve the various interests and needs of the University of Wisconsin-Madison's 5,000 Jewish students.

Thank you for being a part of this important work.

Sincerely,

Greg Steinberger
Executive Director

Thanks for joining us for the poker game! All the best,

# KIPP NYC

625 W. 133rd Street, Room 345, New York, NY 10027 · 212-991-2600 · Fax 212-234-8629 · www.kippnyc.org

July 7, 2010

Mr. Edwin Ting
[redacted]
New York, N.Y. [redacted]

Dear Mr. Ting,

On behalf of nearly 2,000 KIPP students and alumni in New York City, thank you for participating in KIPP NYC's Fourth Annual Casino Night and for your gift of $3,000.00. Your support is helping our students develop the character and academic skills they need to lead successful lives to build a better tomorrow for themselves and us all.

Today more than 1,300 KIPP NYC students in elementary, middle, and high school are building essential academic skills while also learning to be nice, work hard, and develop the character strengths they need to succeed in college and beyond. With guidance and support from KIPP through College, nearly 680 alumni are climbing the mountain to and through college.

With your help we are achieving amazing goals:

- 93% of our students graduate high school, almost double the New York City rate;
- 86% of our students are matriculating to college, more than twice the national rate of 40%;
- to date 36% are on track to graduate college, over three times the national rate.

You have an open invitation to visit KIPP NYC at any time. We would be delighted to welcome you to our schools to see firsthand the learning and growth that your support makes possible.

Sincerely,

Thank you for your generous support of our work in the classroom!

Vicki Zubovic
Managing Director, Development

Note: For your records, KIPP New York, Inc.'s tax exempt number is [redacted].
No goods or services were exchanged for your donation.

HONORARY NATIONAL CHAIRS
Governor Arnold Schwarzenegger and Maria Shriver

FOUNDER
Daniel L. Hernandez

CHAIRMAN
Kirk Posmantur

CO-CHAIRMAN
Valerie Jackson

EXECUTIVE DIRECTOR
Dr. Walt Thompson

FOUNDING COMMISSIONER
Evander Holyfield

BOARD OF DIRECTORS
Mike Burton
Damion Carufe
Barry Donovan
Ted Florence
Kwanza Hall
Dr. Carolyn Huff
Ann B. Lally
Mark Miller
Dr. Sharon Ordu
Scott Polhemus
John Schuerholz
Jim Tafel
Don Waddell

DEPARTMENT OF KINESIOLOGY & HEALTH
GEORGIA STATE UNIVERSITY
P.O. Box 3975
ATLANTA, GEORGIA
30302-3975

P. 404-413-8365
F. 404-413-8053

December 15, 2009

Ting Enterprises, Inc.
[redacted]
New York, NY 10016

Dear Friends:

On behalf of the Board of Directors and all of the children who benefit from the After-School All-Stars Atlanta, please accept my thanks for your generous donation of $4,000.

Every day, our program serves over 2,000 children living in the inner city of Atlanta. Our after-school programs touch the lives of kids who are daily exposed to gangs, violence and drugs. Your donation will help us to offer meaningful and effective programs during the out of school time – a time where our structured program replaces idle time often used to express more deviant behaviors. Thanks to you and others, we have expanded our programs to now nine different sites in and around Atlanta after school and four camps during the summer.

We are very fortunate to count you among our friends. We are looking forward with great anticipation to expanding our programs and touching the lives of even more kids.

Sincerely,

Walter R. Thompson, Ph.D., FACSM, FAACVPR
Executive Director

cc: Kirk Posmantur, Chairman

TRUSTEES
MARA AND RICKY SANDLER
CHET BURROS
DIRECTOR
BRANDY RENN

JANET BURROS
MEMORIAL FOUNDATION

December 22, 2009

Mr. Edwin Ting
[redacted]
New York, NY 10016-5040

Dear Edwin:

We would like to take the opportunity to extend our heartfelt thanks and gratitude for your generous support of the **Seventh Annual Janet Burros Memorial Golf Tournament**. The three of us, the Janet Burros Memorial Foundation and all the women who have suffered from ovarian cancer appreciate your generosity more than you can imagine. We are thrilled to report that the day was another incredible success, raising over $425,000 for the Janet Burros Memorial Foundation.

The Janet Burros Memorial Foundation gratefully acknowledges your donation of $2,000 in 2009. JBMF is exempt from federal income tax under section 501(a) of the Internal Revenue Code as an organization described in section 501 (c) (3), Identification Number [redacted]. The IRS requires us to inform you that $0 of your donation is non tax-deductible for goods and services received. Please save this letter for your financial records.

With your generosity, the JBMF will increase its fight against ovarian cancer hoping to make a difference in the lives of women.

Again, thank you so much for your commitment to our cause.

Sincerely,

Mara and Ricky Sandler

Chet Burros