# EXHIBIT 1

## WEISS
## 151 E. 85th Street
## New York, NY 10028

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

April 3, 2014

Dear Judge Furman:

I am writing to you today to express our support for Jonathan Hirsch.
But first let me introduce myself. My name is Jeffrey Weiss and I am
the CEO of DFC Global, an international public company that
employs over 4,500 people. For the past 10 years, my wife, Felecia,
was the Board President of the Children's Crisis Treatment Center, a
mental health treatment center for abused and traumatized children.
She is currently a docent at the Metropolitan Museum of Art.

We have known the Hirsch family for over 30 years and Jonathan for
his entire life. We've watched him grow from a delightful, precocious
little boy, one so bright he programmed our VCR at four years old, to

a brilliant young man fluent in mathematics, Mandarin and classical piano (we've spent many hours listening to him play Chopin and Rachmaninoff). Jonathan is also a champion chess player. When our two sons were young, Jonathan spent many patient hours teaching them how to play. While an undergrad at Oberlin College, Jonathan won a national math contest. His name is on a plaque at the college. We know this because, when our son Tony was deep in indecision about where to attend college, Jonathan spent time with him telling him about his alma mater Oberlin and convinced our son it was the best school for him. Thanks to Jonathan, our son did attend Oberlin, had an amazing experience, and is now a Ph.D. candidate at University of Chicago. In some ways, we have Jonathan to thank for our son's academic success.

Jonathan's intellectual and academic achievements speak for themselves but what you may not know is that he is a kind, thoughtful and constructive person. My wife and I both believe that Jonathan has a very bright future ahead of him and, given the opportunity, he will use his exceptional and unique gifts for the greater good.

Sincerely Yours,

Jeffrey Weiss

# EXHIBIT 2

April 10, 2014

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

Dear Judge Furman:

My name is Brian Hirsch and I'm writing to you today on behalf of my youngest brother
Jonathan Hirsch. By this time you may have already read my letter in support of my other
brother, Nicholas Hirsch, who was recently sentenced in this case.

That such a loving, decent and honorable man as my brother Jonathan could have wandered so
far astray as to be convicted a felon is, even now, utterly shocking to me and my family. Never in
my wildest dreams could I have imagined that someone like Jonathan - quite possibly the
sweetest, most gentle, compassionate, good-humored, responsible and honorable individual I've
ever been blessed enough to know - would be embroiled in any sort of illegality. It's so
completely out of character that I find it practically surreal.

So, as his loving older brother, twelve years his senior, I've been forced to look back and
question what could have possibly led him here, and it's a genuinely perplexing question because
all of my experiences with Jon throughout our lives have been so exceptionally positive. He's
always been such a pleasure to spend time with and he's certainly never been one to act
rebelliously or to butt against authority in even the faintest sense; quite the opposite. Jon's always
stood in my eyes as model of personal integrity and civic responsibility who I often seek out for
the good guidance and wholesome advice he's always provided me with.

As a child Jon was highly studious with great artistic passions and a thirst for learning. From an
early age he was well informed and genuinely captivated by a variety of big and fantastic
subjects. He excelled in mathematics, music and foreign language. Over many rounds of chess
we'd share great discussions on topics ranging from geopolitics to astroscience, as we continue to
do today. The only one in my family to give diligence to his piano lessons, Jon managed to
excel at the instrument so beautifully that his classical renditions became a hugely enriching
staple of our daily home life. In short, Jonathan was just a really great, vibrant kid with lots of
talent and passion that he shared with whomever was near. It was always stimulating and fun
when he was around, an absolute blessing and a joy to grow up with Jon as my baby brother.

As the youngest of three boys, Jonathan early on exhibited an almost uncanny maturity mixed
with a calm thoughtfulness and reassuring temperament. He was usually the one to step in
between sibling squabbles and, with the lightest touch, bring reason and consensus to a
contentious situation. He was ever-dependable and made himself readily helpful, always the first
to volunteer for the typical family chores of carrying in the groceries, taking out the trash, doing
the dishes or shoveling snow off the driveway. He was also usually the one to walk the family

dog, Lulu, whom he doted on and, in her later years, cared for so dutifully and tenderly as she succumbed to a host of debilitating illnesses in the long months before she died. This was of particular service to our mom, who shared a deep bond with Lulu. A small but dedicated act, I know Jonathan's support in this matter - shuttling Lulu to and from the vet, administering her injections, bathing and cleaning up after her - relieved our mom of a great deal of stress at the time. Jonathan showed an even greater dedication to our family when, a short time later, our dad fell ill with prostate cancer and Jon, in his typically dutiful fashion, stepped up to assist my parents with their every daily need, while at the same time keeping me well-informed of important developments in our dad's progress. Living on the opposite coast from the rest of my family as I do, Jonathan's commitment at such times has come to serve as a family support system that I'm so very thankful for and that I rely on every day.

For these and many other reasons, my love and appreciation for Jon continues to flourish in our adult years and I've been so impressed with the man that he's grown up to be. Whether he's volunteering his time to kids as a tutor of chess, mathematics, classical piano or Mandarin Chinese, Jon has a habit of doing small but extraordinary things for all sorts of people. This generousness of spirit has garnered Jon many dear friends and it's been an enormous comfort to speak with many of those who have remained firmly by his side throughout this difficult ordeal. I feel so grateful that, with their love and support, Jon will ultimately persevere and prosper, whatever the outcome of his sentencing.

Despite this serious and unfortunate lapse in my brother's normally good judgment, I know that Jon deeply feels and understands what a terrible mistake he made. I have discussed with him at length the story of his case and I have every reason to believe that Jonathan will use this pivotal moment as an opportunity to reflect, learn and grow. It is my greatest hope that the court can show Jonathan leniency, as with every fiber of my being I believe that this special, dynamic, warm and generous man, who's so filled with a love and appreciation for life and all the people in it, who's fully capable and willing to make amends for past mistakes, who can best serve our community by being an active part of it, deserves a second chance.

Respectfully submitted,

Brian C. Hirsch

# EXHIBIT 3

ARTHUR H. VICTOR
ATTORNEY-AT-LAW
530 PARK AVENUE
NEW YORK, NEW YORK 10021
———
212-826-1756

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, N.Y. 10007

April 9, 2014

Dear Judge Furman:

My name is Arthur Victor and I am an attorney admitted to practice in the State of New York since 1973. I am writing you with respect to Jonathan Hirsch, one of the Defendants before you for sentencing in the matter of United States v. Jonathan Hirsch, 13 Cr. 268 (JMF).

I have been friends with Jonathan's parents, Barry and Roseanne, for over twenty years and have known Jonathan since he was a young child. Jonathan's parents lovingly raised three boys in Manhattan (all Dalton School grads) with a care and concern that can only command respect from all who know them. I remember Jonathan as being a particularly gifted child, with a riveting intellect and assorted talents, which included an uncanny ability as a child prodigy pianist that astounded those of us who were fortunate enough to see and hear him play.

Jonathan grew up to be a highly intellectual and multifaceted young man, who attended Oberlin College. He thrived and pursued a difficult academic program in science and languages. Jonathan's command of the Chinese language and his stay in China in a study program was a highlight of a very successful academic career. Of course, I am aware of Jonathan's guilty plea with respect to the matter before you. I can only reiterate that in my conversations with him, he has expressed total remorse for his misguided actions and their unfortunate reflections not only on him as a person but his family as well.

In that light, I request that you exercise leniency in your judgment on this young man and refrain from incarcerating him. In my judgment, this would despoil the future of a serious, talented young person who can contribute to society in multifarious ways. He is most definitely not a bad person and can utilize his intellectual gifts to effectuate a positive contribution.

Jon made a mistake. He has his whole life ahead of him to rectify this error and become a highly productive member of the community. Confinement would be counterproductive and excessively punitive. My recent conversations with Jon have convinced me that his broad interests in science, politics and music have not diminished throughout this ordeal. He remains a fully

engaged and vital young man. His talents are demonstrably useful in settings other than imprisonment.

I ask you to take into account his young age and his acceptance of accountability and remorse for his actions when considering the sentence you impose. He can attain an active, productive and useful future with your reasoned judgment.

Thank you for your kind attention.

Very truly yours,

*Arthur H. Victor*

Arthur H. Victor

# EXHIBIT 4

February 27, 2014

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

    re: United States v. Jonathan Hirsch, 13 Cr. 268 (JMF)

Dear Judge Furman:

I have known Jonathan Hirsch since he was 9 years old, in the capacity of a piano teacher and, later, as a family friend. He was referred to me by his previous teacher, Sabina Skalar (a violinist with the New York City Ballet), who had taught him violin from the age of 5 and thought he might have a talent for piano.

He proved her right. Jonathan was my student for 11 years and exceeded all expectations. From the start, he was a diligent and committed student, learning the instrument with ease and mastering repertoire at a prodigious rate. He applied himself, year after year, and developed his performance talent, generously playing for family members and entertaining guests. His enthusiasm was genuine and contagious. He also showed a talent for musical composition and would perform his own works as well.

The family was extremely nice, especially the mother, who sat and listened through his lessons, always so supportive, enjoying Jonathan's progress from week to week. I came to know the entire family and enjoyed many parties through the years. It has always been clear to me that his family and friends admired and respected him, as I did.

I could not have been more surprised to hear about this unfortunate event, which does not seem to me to be in line with the character of this wonderful person.

Respectfully submitted,

Roksanda Cerovič

# EXHIBIT 5

April 5, 2014

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U. S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

Re: United States V. Jonathan Hirsch, 13 Cr. 268 (JMF)

Dear Judge Furman:

I am the mother of Jonathan Hirsch, the youngest of my three sons. As you may
know, I have written to you on behalf of my son Nicholas, who came before you in
this case for sentencing this past February. As you can imagine, it is a daunting
experience to have a child arrested by the FBI. To have two children as part of that
arrest is something I would have imagined only a Hollywood screenwriter could
dream up—not something our family would ever be a part of. When I wrote about
Nicky, I told you of my love for him, how proud I am of him, and the special qualities
he has that will enable him to go forward in his life after this sobering legal
nightmare. My feelings for Jonathan are the same.

I was forty two years old when he was born and the mother of Brian, who was
twelve years old at time and Nicky, almost seven. My relationship with him was
almost grandparental in that I was extremely relaxed with hIm (I let him order a
Coke when we went out dinner, something I never let the other kids do when they
were little). Jonathan and I spent a lot of time together, as I was in my own business
by then (book producing for publishers) and had a more flexible work schedule.
From his earliest days, Jonathan seemed to have a whip-smart intelligence that
seemed cute and precocious at the time. He started playing the violin when he was
four, and then decided within a year that the piano was a more fascinating
instrument. He practiced relentlessly and I used to tell friends that I was the only
mother who wished (at times) that he would stop and watch Scrooge McDuck.
During his piano lessons, I sat rapt for an hour, always with the sense that these
were special times I would always remember—and I have. In the past few years he
has started composing, he still takes piano lessons to improve his music-reading
skills, and he still plays almost every day. The melodies he composes have
impressed several friends of ours, one of whom thinks Jonathan's music lends itself
to film scores and wants to introduce him to someone who can help him meet other
young composers who work in film. Jonathan's math skills have interlaced with his
piano-playing ability. I never realized how much until he was put in the jazz band in

high school. At first, he didn't like it at all. Apparently, there is a different musical sensibility involved when playing jazz than when playing Bach—something I never realized until his music teacher at school told me about difficulties he was having in jazz class. Bach made mathematical sense to Jonathan. It has a structure that he understood. Letting go and playing riffs on a piano, being more inventive and having fun, was a valuable lesson he learned from being a part of the jazz band and it improved his classical playing as well.

Jonathan's math skills are almost incomprehensible to the rest of our non-mathematical family. Even as young child, he was constantly looking at the world through a numerical lens. Standing on a street corner one afternoon with him, he started to explain to me how to calculate mathematically how long it would take to cross the street in a straight line as opposed to diagonally. In high school, he took AP calculus and scored a five—the highest grade, which gave him four college credits. At Oberlin College, where he was a triple major in math, economics and East Asian studies, there is an award in the math office he won for the school. During his freshman year at Oberlin, he was barely there a month before he entered a chess contest sponsored by the Oberlin Chess Club to play against an International Master and win a thousand dollars. Well, he entered, he won, and there he was, plastered on the front page of the college newspaper the following week—a particular coup because a freshman had never won this. Obviously, we couldn't have been prouder.

I know my husband has written you about our experiences in China when we went to visit Jonathan during his eight months there. It was a thrill for us to hear him speak Chinese so easily and see the way he was so comfortable in this new world, and how thrilled the Chinese people we met, including his professors, were with his speaking abilities. Going with Jonathan to a Chinese restaurant in New York is an experience Barry and I relish. Jonathan disarms and charms the staff when he starts discussing the menu in Chinese. Two restaurants have already offered him jobs, and he's transfixed several waitresses who have offered private Chinese lessons (along with their phone numbers).

Jonathan worked with Noah Siegel, one of the defendants in this case. They met in grade school and bonded over chess. Noah was a teenage chess champion and Jonathan always loved playing with him and learning from him. They remained close through high school and college, and after Jonathan graduated from Oberlin, they began to work together. A few years later, Noah's father was diagnosed with pancreatic cancer, and during his last weeks, Jonathan was at the family apartment constantly, sitting with Noah and his sister Miranda, and Noah's mother, Martha. Noah's dad loved classical music, and Martha recently told me that, during those last painful days of Herb Siegel's life, Jonathan sat at the piano and played Bach and Mozart for Herb as he lay in the bedroom. Martha said it was something she will never forget. After Herb's death, he helped her set up a new computer she bought. I only heard about these things recently, and it touched me. Sometimes other people see a side of your child that you didn't know existed.

With all of the pleasure we get from our son, we are now facing his felony conviction and dealing with the anxieties and pain that come from seeing your child in jeopardy. We have had long talks with him, as we did with Nicky, about the work he did that led to this, and while I am not sure I understand all of the intricacies of the case, I do know he feels remorseful and is pained to have put us through this. He knows there will be other opportunities out there for him to carve out a new professional life that will be more gratifying than what he has done and will not jeopardize himself nor society. He is sensitive to the fact that we have all been in an emotional tailspin and recovery seems a long way off. His own pain has been magnified by his sensitivity to what we have suffered. It's been a tough lesson for him to learn—that he can't disassociate himself from his family, his friends, the world in which he grew up—that what happens to him happens to all of us who care for him so deeply. I believe strongly that a page has been turned in his life for the better and that he will come out of this a stronger, more thoughtful person. With all of his talents and accomplishments, I know he will go forward from this with the support and love of his family and many friends. He is a trustworthy man, a man who has given this world the benefits of his intelligence and will continue to do so. I feel strongly that any incarceration will not serve to punish him any more than he has already been punished. He has been humiliated by his felony conviction and the feelings of contrition and wanting to atone for his sins are genuine and will be with him for many years to come. When he was in the third grade, his class had to do a project picking two people in the world they admired. Jonathan picked Bill Gates and Jackie Wilson (a rock and roll singer my husband and Jonathan were crazy about). I always thought that was the perfect confluence of intellect and soul. At his Bar Mitzvah I spoke of how it mirrored who Jonathan was—and who he still is. I know he will live his life with integrity and honor—and a little soul thrown in for good measure.

Thank you for your consideration.

Most sincerely,

Roseann Conte Hirsch

# EXHIBIT 6

April 3, 2014

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

Dear Judge Furman:

My name is Harvey Siderman and I am writing this letter on behalf of Jonathan Hirsch. I was a municipal bond salesman at Lebenthal and Co. for 5 years and a municipal bond trader for 33 years at Bear Stearns and Co. I retired five and a half years ago.

I have a long and continuing relationship with the Hirsch family. Jonathan's father Barry and I have known each other literally all our lives. Our mothers wheeled us in our baby carriages side by side. We grew up in the same Bronx neighborhood and attended the same schools prior to college (where, coincidentally, we were in the same AEPi fraternity). We remained close throughout our youth and into our adult years.

We both married in the mid-1960s and started families. In addition to my relationship with Barry, there now was an extended one that included our wives and children.

Jonathan, whom I have known since his birth, and brothers spent much time with my children as they were growing up. We celebrated holidays and vacationed together on many occasions. I watched him succeed in school and sports. Above all, I have always been impressed by his musical talent. There was always a piano in Jonathan's life and his playing defined him. He was always ready to play for an audience, be it friends or strangers. I always smile when I think about the evening when I brought some friends of mine unexpectedly to the Hirsch apartment. Without hesitation, Jonathan, age 10 at the time, gave a piano performance with all the theatrics and flair worthy of a Carnegie Hall recital.

When Jonathan decided to study in China for a year during his college program, I remember discussing with his father the fact that Jonathan didn't know the language and how difficult it would be to master it. Barry told me that Jonathan, once he set his sights on something, will not only learn enough to "get by" but excel at it. Jonathan set his goal and went for it. That's what Jonathan does. He not only became fluent in Mandarin but also became very knowledgeable about China's culture.

I have been in communication with Jonathan for the past several months and know how truly sorry he is for his involvement in this matter and also for the grief and disappointment his present situation has caused his family. He is smart, talented, personable, and industrious. He definitely understands the consequences of his actions. He is eager to get on with his life and has definitely learned from this experience.

With the resolution of Jonathan's present situation, the lesson he has learned, and the foundation of his upbringing, I believe he will move on to have a productive and meaningful future.

Thank you for considering all of the above factors when you issue his sentence. Please be lenient with Jonathan.

Respectfully,

Harvey Siderman

# EXHIBIT 7

# DALE PANOFF

April 9, 2014

The Honorable Jesse M. Furman
United States District Court
Southern District Court
Thurgood Marshall U. S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

Re: Character reference for Jonathan Hirsch

Dear Judge Furman:

I am writing this letter on behalf of Jonathan Hirsch. I am a retired New York City elementary school teacher. I now work for the Central Conference of American Rabbis (CCAR) where I have been employed for over 15 years.

The first time I met Jonathan's parents, Roseann and Barry Hirsch, was October 1982, at New York Hospital when we were both waiting to have our pre-natal amniocentesis. In January 1983, we met again at Lamaze classes.

Not only have I known Jonathan his entire life, I can honestly say I knew him before he was born which is more than 30 years ago. Roseann gave birth to Jonathan ten days after I gave birth to my son, Charles. Our boys remained friends throughout their early years and our families have remained friends until this day.

From the time Jonathan was an infant through his young adult life to the present, he has always been independent, easy going, and very personable with a quick wit. Jonathan is extremely gifted and talented with varied interests and success in so many different and unrelated areas. His knowledge of the Chinese language, his level of math skills and statistical analysis, and his musical ability are all way beyond the average person.

I have fond memories of all of the annual holiday parties that Jonathan's parents had (and continue to have). I recall him entertaining the guests with his humor and amusing stories. He would interact with all of his parents' friends with such ease. I enjoyed the interaction I had with him and was always impressed with his vast knowledge of national/international politics and current affairs and mathematical theories. However, the highlight of the evening was Jonathan at the piano! It was truly amazing to hear him play popular holiday songs as well as classical and

some original compositions with such ease and professionalism. A real treat! Until this day Jonathan's musical talent is still a part of his life; his piano playing is his form of relaxation.

I am aware of the reason that Jonathan is appearing before this court. I know from having had conversations with him how remorseful and concerned he is about this situation. Jonathan is a good person who deserves a chance to move on with his life. I know he can and will continue to be a valuable asset to society.

In closing I can honestly say that Jonathan Hirsch is one of the few people that I have known from the day he was born until the present and he has always been an admirable, kind, caring and considerate young man. I humbly ask you to please give him the opportunity to continue moving forward with his life.

Respectfully submitted,

Ms. Dale Panoff

# EXHIBIT 8



The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York        New York  10007

April 1, 2014

Dear Judge Furman,

I cannot write about Jonathan Hirsch without prejudice as he holds an incredibly special place in our hearts.

I am a home builder/developer and my husband Peter Christensen enjoyed a successful Wall Street career, before leaving to work with small technology companies.

We met Jonathan when he was about 2 &1/2 and immediately responded to his sparkle and sweetness. In fact it was through Jonathan that I struck up a conversation with his parents who became lifelong friends. Jonathan was the son we never had and I easily slipped into the role of surrogate mother, eagerly caring for him when his parents went away as well as "borrowing" him to take to our house in Fire Island. Jonathan also charmed everyone he came in contact with there, willing to learn to wind surf, boogie board or embrace any challenge that was introduced. I was a regular recipient of letters and wood shop creations from camp and birthday calls until he just got too old for pizza or cocoa parties with me at our apartment.

The magic did continue through high school and college as we have had Thanksgiving, Christmas & Passover dinner together since we met 28 years ago. I was honored when he would bring a girlfriend to my July 4th parties or holiday dinners. His intelligence, wit, kindness and charm has held up through the years and we have always had an enormous affection for him, he is a favorite person in our lives.

Six years ago I suffered from a near fatal accident and was hospitalized for 2 months. With tubes hanging all over, most of my body in casts, my head bandaged from being cracked open, hair plastered with dried blood, I was a horrific sight. Jonathan came to visit me initially at Stony Brook Hospital (completely inconvenient commute) several time of his own volition, unbeknownst to me (in a coma) or his parents. After a month I was transferred to the brain trauma unit at Mt. Sinai where I was "aware" and had no real interest in visitors. However, Jonathan prevailed and I will forever be moved by his particular effort! In the end, he was not, is not my son, but his affection is sincere and that only highlighted what I have known since the first day we met him. He is a unique, incredibly intelligent, sensitive, generous spirit who goes the distance without fail for his friends and family.

We were devastated by the news of Jonathan's arrest. I believe Jonathan is forever changed by this experience. His spark has been dimmed, his wit on the back burner. The remorse he suffers over the upset he has caused his family and friends is palpable. Clearly, I can see no additional purpose in spending time in jail. I shudder at the thought of removing this bright, young man, with so much to offer out of society.

Sincerely,

Debra Simon

# EXHIBIT 9

# Lynne Breslin Architects

636 Broadway, Suite 1105
New York, New York 10012

April 3, 2014

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

Dear Judge Furman:

I am an architect, Adjunct Associate Professor at Columbia Graduate School of Architecture, Planning and Preservation and a mother. I met Jon Hirsch on his first day of kindergarten. He was an engaging, bright and spirited child. Jon and my son were in the same class and became close friends. They remained very close friends throughout Dalton. We were also neighbors in East Hampton and the boys played together every weekend. They explored the woods, took long bike rides, boogey boarded, and played chess and math games when it rained. They also went to the same summer camp for several years, Camp Moosilauke in New Hampshire where they hiked, played sports and grew tall and lean. Jon and his parents came to my son's wedding in September, 2012. Jon was happy about my son's good fortune and we warmly recalled old times. I was also the architect for the renovation of the Hirsch's home in East Hampton and their apartment in Manhattan. I have known the family extremely well for 25 years. The Hirsch family is warm, creative, joyous and extraordinarily generous. I have always admired their dedication to family, friends and their love of learning and culture. They have been steady and wonderful friends and Jon, the youngest, a cherished child exhibited all these qualities.

I was most struck by Jon's kindness, loyalty and extraordinary intelligence. He was never mean, in the way many young boys are. He was always a good friend to my son, going out of his way to protect him when he was most vulnerable. My son, Ben was overweight and often teased from ages 7-14. Jon was a leader and would not tolerate any disparaging remarks. This made all the difference in those years. At age 12, when my husband died, Jon somehow knew how to talk to Ben. They hung out as children do, not doing very much but establishing a safety net of good will that helped Ben survive the terrible summer and the year after. Ben spent much of that summer with Jon. Both Jon and Ben loved math and excelled. They were often in the same advanced classes, relishing solving problems, together. Their interest in math was very real. Both Jon and my son went on to major in math in college.

Jon and Ben often watched my younger daughter. My daughter remembers those days of sweet indulgence and affectionate protection. She shared a piano teacher with Jon, who never tired of telling her that if she really practiced she might one day be as good as Jon Hirsch.

I am struck by the gravity of Jon's situation. Here is a young man with every gift and still the potential to do so much good with his many talents. I still picture Jon, deeply moved by my son's grief, quietly mobilizing to help my son survive. I hope that Jon's remarkable grace will be taken into account.

Sincerely,

Lynne Breslin

# EXHIBIT 10

April 7, 2014

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

Dear Judge Furman:

I am writing this letter as a character reference for one my closest friends, Jonathan Hirsch. I met Jon four years ago through a mutual friend shortly after I moved from my native Ukraine. At the time I was 21 years of age and I found myself living in a city which, at times, appeared unfriendly to someone who was naive to both the culture and the language. Meeting Jon has had a profound effect on my transition from nervous immigrant to established local.

During my first dinner with Jon we discovered that we had many common interests. Before I left the Ukraine to study at Brooklyn College, I trained intensely in both dance and classical music. Jon invited the dinner party back to his place so that I could teach him to play a song or two. Almost immediately, it became apparent that Jon was the true talent in the room. Jon also has a passion for science and engineering and is constantly calling into question how everything in the world around him functions. Much to the entertainment of his friends, he often muses about how to take his technical skills to improve the world around him. As much as we tease him, I know if he can remain focused, he can make substantive contributions to his community.

Over these years, Jon and I have spent a lot of time together. He has helped and supported me and embraced me as a friend and confidant without ever expecting anything in return. He is the one who helped me with my first English class and is a big reason why I am comfortable writing to you today. I have called on Jon quite a bit throughout the years and never once has he wavered in his dedication to a person who, just a short time ago, he did not know.

When I came down with strep throat last winter, and was unsure about how to navigate the American health system, it was Jon who, as always, was just a quick phone call away. Jon is the person I can call at any time and I can be sure that he will do anything he can to help me in any situation. That is the person he is and, from my perspective, a necessary component of my

American dream. I wish all people who come to this country in search of a better life can find their Jon. As I watch the news and read reports of the Ukraine teetering between civil war, engaged in a game of tug-of-war between the EU and Russia, I am reminded of how fortunate I am to be in the United States and how Jon helped me make not just a life, but a home here.

It is my sincere hope that you will take some of the above into consideration prior to making your sentencing decision. Please understand that I am not ignorant of the English idiom "actions speak louder than words" but, if you could find it prudent to show leniency for my friend, I know he can continue to improve his life as well as the lives of the people around him.

With Humble Regards,

Kateryna Panasyuk

# EXHIBIT 11

April 10, 2014

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

                    Re: United States v. Jonathan Hirsch, 13 Cr. 268 (JMF)

Dear Judge Furman:

I am Barry Hirsch, the father of Jonathan Hirsch. This letter is, as was the letter I
wrote to you regarding my son Nicholas Hirsch, both heartfelt and emotional.
While, like my previous letter, I write to you under difficult circumstances, it is not
difficult to write about what a wonderful person my son is.

Jonathan and I have had a lot of long talks during these past months, and the
constant theme is how profoundly sorry he is for having done what he did, his
failure to consider the possible consequences of his actions, and the shocking wake-
up call this arrest, arraignment and felony plea has had on him. The pain he has
caused his mother and myself, his brothers, and the rest of our extended family is a
very real and consuming feeling that continues to this day for him.

Up until this happened, Jonathan was always proud of his work and what he had
accomplished. Now regret and remorse have replaced that feeling of pride and up-
ended his sense of who he is. His life, until that fateful day last April, has always
brought him a sense of accomplishment. His amazing ear for languages made it easy
for him to master Mandarin Chinese. He spent his undergraduate years at Oberlin
College as a triple major in mathematics, economics and east Asian studies, and
spent the second semester of his junior year living in Beijing and perfecting his
Chinese. He stayed there the following summer teaching English to Chinese
business people, most of whom were considerably older than their twenty-one-
year-old teacher. However, he managed to bridge the age gap so well that, when the
course was finished, his students presented him with signed cards and photos, and
little souvenirs expressing their appreciation and thanks, and trying to convince him
to stay in Beijing. (His mother and I are happy they failed!) While he was living
there, my wife Roseann and I went for a visit, and it was one of those times as
parents that is indelible in our minds. He met us at the airport, hailed a cab and sat
in the front with the driver, where he proceeded to have a lively conversation with
him, laughing and speaking in rapid-fire Chinese. We were stunned and amused
hearing our son speak Chinese in such an easy, fluid way. Jonathan later explained
to us that he sat with the driver, even though the back seat was big enough for all of
us, because it is impolite to leave the driver alone in the front. He had told the
driver a few jokes, explained who we were, why he was in China, and some of his

experiences there as an American student. "I am considered a round-eye," he told us (a term we had never heard), "and I like to break the ice right away." Americans were not as prevalent in China ten years ago, and Jonathan's presence still had great novelty value, which we noticed whenever we walked down the street with him. He was an object of great curiosity, and when they heard him speaking Chinese, it literally stopped people in their tracks. The concierge at our hotel told us that Jonathan's accent was unbelievably accurate, something she rarely heard when Americans spoke her language. We told her he was also a classical pianist and had a good ear for the nuances of sound. The hotel we were at had a grand piano in the lobby and when Jonathan discovered it, he promptly sat down and gave the hotel guests an impromptu concert whenever he came to pick us up. Playing the piano is his passion, and he still studies, practices and is constantly expanding his repertoire. He has also taken to composing, and my wife and I have been encouraging him to do something with this gift. Several friends who are filmmakers have asked him to compose scores for their films, which he has done with pleasure.

Jonathan's gifts also extend to the world of technology, not surprising given his incredible grasp of mathematics. While at Oberlin, he entered a prestigious math competition, in which he and another math student were finalists, a first for Oberlin and an event they commemorated by hanging the award certificate he received in the math office. During graduation, one of his professors brought us to the office to show us the certificate, something which Jonathan had never mentioned to us. His love for math is matched only by his love for technology, a world that I find daunting, but which Jonathan, albeit a bit exasperated at times with my needing to have things explained more than once, is always there to help me navigate the increasingly complicated technology we all face. He has set up computer systems for friends and helps when things become too frustrating. The other day, a friend of his was at the end of her rope trying to set up health insurance on-line. He patiently helped her through this complicated world, teaching her along the way how to avert some of the pitfalls of doing things online.

Jonathan is our youngest son and holds a special place in my heart. I simply cannot imagine this talented, bright, giving human being placed under arrest and pleading guilty to a felony, let alone spending any time in jail. I am his father, I love him, would give my life for him, but I am sure, Your Honor, you hear this from every parent who writes on behalf of their child. I can only stress that I know my son is deeply sorry for what he has done and will go forward in this world to lead a productive life, fulfilling his talents and never coming before you or any judicial entity again. I know he feels repentance and truly wants to make the world a better place.

I appreciate your taking the time to read this and to consider Jonathan's sentence. I hope your decision will enable my most beloved son to go forth a better man, to live his life as the thoughtful, mature and caring human being that I know him to be. He has a great deal to contribute to this complicated world in which we all live, and I know with your help he will be able to do it.

Thank you for your consideration.

Respectfully,

Barry J. Hirsch

# EXHIBIT 12



**OBERLIN**

COLLEGE & CONSERVATORY

Department of Classics

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

April 14, 2014

Dear Judge Furman:

Jonathan Hirsch has asked me to write a letter on his behalf, testifying to my estimation of his character and intellect, and I am happy to have the chance. I am currently Associate Professor of Latin and Chairman of the Department of Classics at Oberlin College, in Oberlin, Ohio, where I met Jon in the fall of 2002 (Jon's sophomore year of College). In addition to being a professor, I am an amateur musician and chess enthusiast, and I came to know Jon through our shared interests in these areas—and in both of which he excels. As it happens I learned he had grown up just around the corner from me in Manhattan, and that we had attended the same school (Dalton) in New York, where my mother was an English teacher. I quickly took him under my wing as an informal faculty mentor and, after his graduation, a friend. We stayed in touch after his graduation, and I have made sure to visit him when I have traveled to New York. For these reasons, I feel I am well qualified to write about his personality and character.

Jon is a brilliant young man, graced with charm, a razor-sharp wit, and an open-heartedness that rarely accompanies people of such precocious talents. His intellect is of the highest caliber: I have always been impressed by his ability to apply his understanding of complex mathematical theorems (e.g. algorithms and Game-Theory) to describe human interactions. When he was an undergraduate, we enjoyed a great number of conversations about such philosophical questions, many of which I still remember clearly. As my own children began to grow old enough to play chess and study music, he showed his interest in advising me how to teach them best, so that they could grow up with an enthusiasm for difficult things, rather than a fear or distaste for them. We spent many hours discussing the theory of teaching chess, but more broadly, and more importantly, how to encourage children to embrace intellectually challenging activities.

I would like to share in this letter one conversation Jon and I had in 2010, which I remember as if it were yesterday, and which I believe bears accurate witness to the kind of person Jon is. We were discussing what the highest form of life is: that is, what we would both like to truly achieve before we die. My answer was that I did not crave fame or success in material terms, but instead

had decided I wanted ultimately to be a good father, and a good teacher; to have taught both my children and all my students well; and to have inspired the intellects of as many people as I could, and taught them to pursue the life of the mind.

I recall Jon's argument precisely: he said, more than money, one day he wanted to achieve something great, to have harnessed technology, or invent a technology, that could empower the disadvantaged in the world—he argued that, since the world has become so technological, and since this technology is eminently replaceable (software code, at which Jon is a savant, needs only to be written once, and then downloaded), there was in fact a great opportunity in the world to do something meaningful with his mastery of technology. He then wrote out an equation of distribution describing a scenario in which cell phone service, and wireless internet, and software could be equitably distributed via a software protocol to the entire world population. Above all, this signified to me that Jon aspires to be a power for good.

I am not aware of the particulars of Jon's case, but would beg the court to consider the fact that, for the vast majority of his life, he has been a kind-hearted and thoughtful young man, who in fact aspires to use his formidable brilliance to become a meaningful part of our society. In the most recent conversation I had with Jon (6 months before I was asked to write this letter), his greatest regret was that he had strayed from this vision of what he hoped to accomplish.

I hope in this letter I have been able to express my profound respect for Jonathan Hirsch as an intellect and as an ethical person, and above all, my belief that, should he be granted a second chance, he will make good on that opportunity.

Respectfully submitted,

Benjamin Todd Lee, PhD
Associate Professor and Chairman
Department of Classics
Oberlin College

# EXHIBIT 13

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

April 3, 2014

Dear Judge Furman:

I write on behalf of my friend of ten years, Jonathan Hirsch, with whom I remain in regular, congenial contact. Jon and I met in 2001 at Oberlin College, where we both studied Mandarin Chinese and proceeded to advanced courses of study in that discipline. In college, we quickly developed a close bond of trust and affection that led us first to encourage each other to travel to China for a semester in Beijing of intensive language immersion, then to become roommates in an apartment off campus in our senior year, and ultimately, after graduation, to seek our fortunes in Beijing as English teachers and translators. In my capacity as his collaborator and friend, I have had ample time to become familiar with Jon's character. I am therefore qualified to speak to his personal strengths: integrity, loyalty, compassion, as well as his fundamental decency.

Jon has not yet made Mandarin as central to his life as I have. He pursued the language as an intellectual and cultural enrichment to his rigorous choice of majors, including pure mathematics and economics, which I knew him to find occasionally dry or inhumane. I, on the other hand, developed an affinity for Mandarin pedagogy, which is now my trade. Upon returning from Beijing in 2008, I taught Mandarin Chinese at Sidwell Friends School in Washington, DC; since then, I have taught high school Mandarin at The Bentley School in Lafayette, California, and I currently serve as a high school Mandarin teacher, Mandarin department coordinator, and "House Advisor" at The Dalton School in Manhattan. Oberlin's Mandarin department is tight-knit, and I cannot name a participating graduate whose character is unaffected by that supportive and rigorous community. Indeed, Jon and I both were formed, in a sense, by our involvement in that program, which repaid our sincere hard work with an ability to bridge cultures and engage China authentically.

I fondly remember long study sessions with Jon, poring over Chinese characters and their byzantine semiotics. Successful students of Mandarin, as Jon is, require a stronger engine than mere interest, and I often found myself inspired by Jon's curiosity and, indeed, fascination with the prospect of expressing himself in a novel way. Jon is deeply concerned with examining the world and expressing himself, especially insofar as doing so enables him to be closer to his friends. There are many reasons to pursue a life of the mind as Jon has. I am sure that Jon's is in order to bring himself into more intimate congress with others. Jon and I would often seek each other out in preparation for tests, and during those sessions we would devote

as much effort to motivating each other as we would to the academic task itself. Long hours of study often gave way to giddiness, and, as roommates, we would regularly cry laughing at strange turns of phrase and awkward translations, artifacts of intense attention coupled with still-emerging skill. We worked very hard at Mandarin.

Jon and I have renewed our relationship since I moved to New York for work. In the three years since, we have often seen each other socially; we have also worked informally on an iPhone App related to Chinese pedagogy. I find myself, as always, especially productive in his company. Jon is a quick thinker and extremely supportive creative partner, and I owe several techniques I now use in my classroom to his inspired ideas in connection to our recent project. To speak more personally, it has been wonderful to reenter Jon's acquaintance. His company is as dependably enriching as it was when I met him, in our freshman year of undergraduate studies.

In these ten years, I have known Jon to be a single-minded student, as an intrepid explorer of ideas, and as a loyal friend. I have been improved by my relationship with Jon, and I cannot conceive of myself not having known him. I attest to his good character without reservation, and would be honored to do so in person.

Please do not hesitate to contact me.

Sincerely,


Adam Lanphier

The Dalton School
alanphier@dalton.org

# EXHIBIT 14

April 1st, 2014

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

Dear Judge Furman:

I am submitting this letter to you on behalf of my friend Jonathan Hirsch for your
consideration in his impending sentence.

Jon is one of my best friends in this world, and I do not mean this lightly. As I've gotten older,
my pool of close friends has shrunk, as I imagine it does for most, to a handful of those that truly
matter, share the same values, and most importantly, a care for one another that transcends years
and geography. Jon, for a variety of reasons, has remained, and is one of the dearest people to me
that I have, and no doubt will, ever encounter.

Jon and I knew of one another in college. It was hard not to. Oberlin was a small school. He
was a sharp-witted genius and I was a notorious heartbreaker. (No horn tooting here, just mere
reputation.) We had not spoken, however, until one day when I barged into his dorm room looking
for his roommate who was late for our improv group meeting. The roommate was not there, but Jon
was. Rather than kick me out, which was what I was expecting for my obvious rudeness, he made
me a cup of coffee and offered to teach me how to play chess.

Jon and I dated throughout our senior year. He was a triple major in economics, mathematics,
and Chinese, who played classical piano and chess, and I was an actress in the theater department.
My thesis show ended up being scheduled for the first semester, so, when it came to crunch time for
Jon, I was free and clear, and bored. I had always found Jon's scientific predilections interesting,
however complicated, so during those last few months, while he was hammering away at his triple
major, he would give me chapters on black holes to read while he did his homework. When he was
done he would explain to me everything I had just read. He made the information in those dry texts
so illuminating that I remember going to sleep and dreaming about the possibilities of space and
time.

It was also during that time that I found out how much Jon cared about the world and his
contribution to it. He would rattle on about the real world applications of mathematics and how he
could completely redesign traffic lights in New York City for swifter commutes. At one point I even
remember him explaining a recipe for fertilizer that would revolutionize American agriculture
without hazardous toxins or hormones. It was daunting at times, but I reveled in the fact that I was
in the presence of such an intelligent man who cared so deeply about his participation and impact
on his planet. Jon's care was not limited to the world at large, however. He cared deeply about his
friends, and I will be forever grateful for his care for me.

Our lives have since gone in different directions, but our friendship and involvement with one
another's endeavors has remained solid and impactful. He has supported my career in all of the
directions it has taken me, he attended my wedding, and has promised my daughter, who will arrive

in May, free chess and piano lessons for life. She will, as I have, undoubtedly be better for having her Uncle Jon in her life, and it is my sincerest hope that his impact on her can begin at her beginning.

When news of his indictment finally reached me while I was obtaining a masters degree in Singapore, I called him as soon as I was able. I promised myself I wouldn't cry, but to no avail, and low and behold, he was the one comforting me. He is truly an incredible man, and though both he and I agree that he has not yet made the positive impact on his world that he spoke so adamantly about all those years ago, I have no doubt that he can and will. He is a global asset, an inspiration to those around him, and I will always be proud to call him one of my closest friends.

Thank you for your consideration.

Sincerely,

Olivia Briggs

# EXHIBIT 15

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

April 15, 2014

Dear Judge Furman:

I am writing this letter on behalf of my good friend Jon Hirsch. I first met Jon in Oberlin College almost ten years ago. He was a student teaching a chess course, which I took, and we became fast friends. It was clear from the moment I met him that he possessed a gifted mind. His generosity, his compassion and empathy for me over the last decade has made him one of my closest friends.

I work in television as a video editor. I am blessed to say that I love my job, but that was not always the case. For about four years during the recession, I had to take any job I could to get by. During this time, Jon was always there to provide the moral support I needed, to keep me focused on my goals and optimistic about reaching them. Now it is my turn to, in some small way, return the favor. Jon truly believes that the world can be changed for the better. There is no question that he has the talent and the ambition to make good on that belief. His undeniable brilliance, especially in mathematics, is something which will someday provide great benefit to humanity. This is a fact of which I am certain.

I do not know much about the details that have led to his legal trouble, but I know Jon Hirsch. He would never do anything to intentionally hurt anyone. He is always planning for the next step, the opportunity to branch out on his own and to truly make a difference in the lives of others. He has grand ideas and the means to accomplish them.

I know it sounds strange to say, but in many ways, this situation has the potential to be a real benefit to him, refocusing him on other endeavors. I feel compelled to write to you with emphasis on this point. If anyone deserves a second chance, it's Jon Hirsch. He has learned from this experience and the world needs more productive, generous and capable people like Jon Hirsch.

Sincerely,

Oliver Bleich

# EXHIBIT 16

April 22, 2014

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

   Re:  United States v. Jonathan Hirsch, 13 Cr. 268 (JMF)

Dear Judge Furman:

   I am James A Bord, a co-founder and owner of Claude Capital. Claude Capital is in the business of purchasing, maintaining, as well as developing, websites and mobile applications. I have been involved in this industry for several years. Thank you for taking the time today to read my letter on behalf of Jonathan Hirsch, my close friend and a trusted colleague.

   I first came to know Jonathan more than three years ago during a trip he took to London to meet myself and my business partners in an old business I was involved in.  The first two strong characteristics of Jonathan's which struck me were his work ethic and his keen scientific intellect. Jonathan quickly impressed my business partners and I sought to work with Jonathan in whatever capacity we could. Unfortunately the timing and conditions were not right to realize a working relationship. However we have remained close ties ever since, both personally and professionally.

   Last year, I reached out to Jonathan again about joining the team. Although Jonathan's current financial situation precluded him from being an investor, I approached him about coming to work with me. Knowing of his expertise in computing, I knew he could become a valuable asset for the business.

   So far Jonathan has proved invaluable to the business. His vast knowledge of computers, from website and mobile development to database management and security make him absolutely vital to operations Jonathan is currently playing multiple roles at Claude Capital. Primarily he is currently acting as both chief operating officer and chief technical officer. His technical duties include being head of the development team, lead coder, and lead software architect. Jonathan also has many daily non-technical duties. He speaks daily with our employees for task delegation, planning, and information gathering. He also speaks daily with our joint-venture partners to negotiate contracts and ensure project deadlines are met. Among the investors, board of directors, all employees, and even myself, Jonathan was chosen to be assigned "manager" of the business, and is the only authorized signer on all company documents and company bank accounts. It is only because of everyone's complete and utter faith in Jonathan and his unwavering ethics that they have chosen him for this role. If I wasn't fully 100% sure that Jonathan was committed to working hard and making a difference I would never have taken a risk on a convicted felon to be my business partner.

   After Jonathan was arrested, I first spoke to him on Skype only hours after he had been released. I had never seen the side of Jonathan I saw that day, with him in tears, petrified and in shock. Since then Jonathan has expressed his guilt and remorse to me many times. The aspect of his ordeal which Jonathan has expressed to me that haunts him most is the pain and disappointment he has caused his

family and friends. He fully understands the impact that a felony conviction will have on the rest of his life, and is especially sensitive to how it has affected his friends and family, most notably his parents.

Lastly, I would like to tell the court what supportive and caring friend Jonathan has been to me. I have gone through many ups and downs in the past few years, both in business and in my personal relationships. Jonathan has always stood by my side with strong support. He has never hesitated to offer his time in helping me or the people I care about. I currently am in the process of adopting a daughter. The daughter of a friend who suddenly and tragically passed away. When I told Jonathan that I would soon be a father, Jonathan's first comment was that when she is old enough she could have as many free piano lessons as she pleased. I asked him what he thought was old enough and he quickly snapped "Mozart started at 2 or 3, so I think 3 is good."

While I am a British citizen, I love and adore the United States. I have the fullest faith in the American legal system. I am apprehensive to make any suggestion to the court regarding Jonathan's outcome, I must nonetheless passionately urge the court to leave Jonathan in a capacity to continue his work for Claude Capital. Thank you for your time in reading my letter in support of my friend and colleague Jonathan Hirsch.

With great respect,

James A Bord

# EXHIBIT 17



COLUMBIA UNIVERSITY
MEDICAL CENTER

DEPARTMENT OF NEUROSCIENCE
REBECCA BRACHMAN

The Honorable Jesse M. Furman

United States District Court

Southern District of New York

Thurgood Marshall U.S. Courthouse

40 Foley Square, Courtroom 1105

New York, NY 10007

April 10, 2014

Dear Judge Furman:

I am writing to you on behalf of my close friend Jonathan Hirsch, who is to be sentenced
in your court. I am currently about to graduate with a PhD in Neuroscience from
Columbia University, a field of intellectual study that Jon has encouraged and supported
me in since I first began pursuing it twelve years ago.

I met Jon at a party during my freshman year of college. I recall immediately being struck
by his intelligence and social savvy—and that he probably needed haircut. But I most
remember how we left the party early so he could teach me how to play chess. Looking
back now, I am amazed how that first meeting so quintessentially represents Jon: he is a
great lover of ideas and always excited to share with others what he has learned. His
intellectual enthusiasm is infectious, and he is truly generous with his mind, money, and
boundless encouragement.

From the moment we met back in 2001, Jon has never ceased to be vibrantly vivacious.
He is, and has always been, excited about life and the potential for improvement in the
world. For as long as I have known him, he has been driven by a desire to implement
change. For example, we've talked for hours about his long-term goal to raise enough

money to fund a K-12 school that would provide lifetime investment in students' education. Academic and social support would be ongoing, most notably even after students graduate. Attendance would be free of charge, making this high-impact education available to children of all demographics. Jon's intellectual creativity is most apparent in the novel approaches he has envisioned to make the model economically self-sustaining.

Jon is the kind of guy who on any given Saturday night is happiest sitting in his apartment teaching friends about special relativity or the best chess moves—or composing a new ragtime piece with improvised lyrics, sung slightly off-key. I have spent innumerable weekend nights with Jon during which he chose to stay home and work instead of going out—or to stay in and read up on the latest advances in treating pancreatic cancer or glioblastoma (diseases that have affected the lives of several of our mutual friends), or to try to teach one of our friends how to solve a Rubik's Cube (often with mixed success).

In terms of the current case, I've have been impressed by how maturely Jon has handled the process. In fact, I have seen him mature significantly as a result of this experience. It is with grace and without anger that he has accepted responsibility for his actions. He doesn't blame others, and he has expressed enormous commiseration and sympathy for his co-defendants, with whom he has remained close friends. I think Jon has learned and grown considerably from this experience. Moreover, I cannot imagine that this is an offense he would ever repeat.

Looking back on this letter, it is clear to me what I haven't done. I haven't told you all the ways Jon has influenced my life and the ways in which he has inspired me, or that he has never missed my birthday (even when it meant going out in the blackout in the middle of the hurricane), or of the innumerable Chekhov performances and productions of new shows he's sat through with me even though he hates plays. This would only be a list of a few of the small yet meaningful things accumulated over many years that make him so

important to me. Nor have I appealed to you on the basis of his loyalty and strength as a friend. The fact that he remains so close to his friends and brother involved in the case speaks louder than anything I could write. As a scientist and a rationalist, I appeal instead to the logic of the court by having put forth what I see is the most broadly applicable sense of his worth: Jonathan Hirsch is a talented, inspired intellectual that has a great deal to offer society.

In some ways, Jon is a very different person now from the boy that tried to teach me castling on that chilly Ohio night many years ago. He has grown over the years into a responsible, respectfully humble, and yet still impactful adult (though even the court reporters noted that he could still use a haircut). At heart, however, he remains ever an insightful academic. Knowing first-hand his aptitude and strong work ethic, I fully anticipate that he will go on to conceive of new ideas and invent new technologies that could improve the way we all live. In summary, Jon has learned a valuable lesson from this experience—both as a result of and despite this experience, he remains a man with the potential to do great things for the world.

Best Regards,

Rebecca Brachman
Department of Neurobiology & Behavior
Columbia University
College of Physicians & Surgeons
New York State Psychiatric Institute
New York, NY 10032-2695

# EXHIBIT 18

MARVIN H. CHUDNOFF

April 9, 2014

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

Dear Judge Furman:

It was not long ago that I wrote to you on behalf of Nicholas Hirsch. In that writing, I asked that
the court be both thoughtful and lenient in its decisions as to his future. I ask the same today for
Jonathan Hirsch.

I have known this young man for his entire life. Jonathan is an accomplished classical music
artist and a most gifted and emotive pianist. His abstract mathematical and logic skills are
extraordinary. He has always, in my observations of him, demonstrated what one might best
describe as the talent to become a great contributor to the city of his birth and to the broader
society in general.

At this juncture I fully recognize the glaring contradiction of some of his recent actions in
contrast to his great promise. I also recognize, and ask the court to be mindful of the
contributions that this young man can still make. This is not a mind that should be removed
from society but rather a mind that could be, and should be, permitted to continue to flower for
the benefit of all. I believe that intellect is not always in lockstep with wisdom. One is a gift; the
other is learned and honed. I firmly believe the court has an opportunity to turn the mistakes of
youth into a positive force for good.

Jonathan's remorse and contrition is real. His pain for his foolishness is also quite real. A
decision for leniency at this time will be, I am sure, the right decision.

Respectfully Submitted,

Marvin H. Chudnoff

# EXHIBIT 19

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

April 6, 2014

Dear Judge Furman:

I'm Jonathan's uncle, John. I'm the father of three girls so I was always the minority in my house.
Since my sister had three boys, those numbers would even out for me when we'd get together for
family gatherings and holidays as the kids were growing up.

While I've always had unique and special relationships with all of my nephews, my relationship
with Jonathan was one that was always naturally closer.

There are many things that Jonathan and I have in common, from an interest in sports to learning
about different cultures and traveling. He always enjoyed hearing stories about his grandfather
and learning about what things were like when his mom and I were growing up. He always had a
true interest in family.

When he was a kid, my sister and brother-in-law would go visit his brothers at camp and
Jonathan would come and stay with us at our house in Queens. I think the fact that he bonded
with my family at such a young age always made our relationship a special one, as well as the
relationship he had with my girls.

He is so smart and talented at many things, but I always loved listening to Jonathan play the
piano because it reminded me of my mother who also enjoyed playing. Watching him play on
her old piano was always special. I always thought she would have loved to live to see him
speak Chinese and know he lived in China for a time and taught English.

As he got older, I always appreciated the interest he took in his cousins' lives and how he made
sure to remain close with them and stay in touch, especially once some of his cousins started
having kids, including one of my daughters.

Family has always been important to Jonathan and we'll continue to support him through this
time in his life.

Sincerely,

John Conte

# EXHIBIT 20

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

April 9, 2014

Dear Judge Furman:

I am an educational consultant in Manhattan and I often pair academic tutors with students. I have known Jonathan Hirsch for his entire life and I have watched him grow from an observant and buoyant infant into an inquisitive, adventurous and intelligent young man.

My parents count Jonathan's parents, Roseann and Barry, as their closest friends and our families have spent countless holidays, weekends and vacations together over the past 40 years.  Our families have supported each other through illnesses and the passing of loved ones, and we have come together for happier occasions, such as my bat mitzvah, my wedding, my sisters' weddings and my parents' 40th anniversary.

Jonathan is 11 years younger than me, but I have had the opportunity on many occasions to watch him interact with others and I have been impressed by his intelligence and fairness. Jonathan has always possessed a desire to learn and to delve deeper into how things work. He has a naturally inquisitive spirit, and he possesses a rare fire within to learn and to explore and to embark on adventures. In 2004, he lived in China and studied Mandarin at Beijing University. While there, he taught English to Mandarin speakers. After his trip, he came back to Dalton, his former high school, and gave guest lectures on his experiences in China, eager to share what he learned with his community.

Approximately ten summers ago, Jonathan worked for my father developing a web site and updating the computer system for his real estate office.  I loved going to my father's office and seeing Jonathan, joyfully working next to my father, trying to bring him into the modern age. Jonathon possessed endless patience (much needed with my father) and lit up the office with his positive enthusiasm.  In 2007, I had a student who needed help with math and Chinese. He was a shy child whose parents just divorced but he loved magic tricks. I called Jonathan and asked if he would be interested in tutoring. He eagerly jumped at the opportunity. He found out that finances were tight for the student's mother and he refused to accept payment for his time. He enjoyed helping the student, sharing his knowledge and making an impact and he did not feel right getting paid under the circumstances. He also helped the student come out of his shell by teaching him magic tricks that he was so

proud to share with his friends. I was touched by Jonathan's natural ability to teach and I was moved by his thoughtfulness.

Recently my older sister passed away.  I was struck that Jonathan came to the memorial. He was going through his own trials and tribulations yet he showed up when my family needed support the most. This is my experience of Jonathon.  When you need him, he is there, willing to support, make you smile with a bad (truly bad) joke, or simply try the best he can to help out.

My letter is to let you know that Jonathan is a good person, compassionate and empathetic who readily strives to help others; I know that he will continue to do so in myriad ways.  He has the power to make a difference for people with his intellect, passion for languages, ready ability to empower and teach others and through his infectious laughter. I know that he will spend his time going forward utilizing his skills to impact others positively.

I know that people make mistakes either via faulty judgment, association or omission. I am not here to examine the case specifics or to pass judgment. However, I will say that, if one can look at the morals and values espoused in a household, you will find no better examples than Barry and Roseann Hirsch. They have been loyal friends and have taught their three boys to be kind to others, to be generous of spirit and to follow their dreams. I believe that Jonathan has already grown from this experience and is stronger, humbler and wiser. He does not want to sit around idly and he garners great satisfaction from helping others.

Please let me know if there is any other information I can provide, as I am happy to do so.

Respectfully Yours,

Nikki Geula

# EXHIBIT 21

April 16, 2014

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

    Re:   United States v. Jonathan Hirsch,

Dear Judge Furman:

I am writing this letter on behalf of Jonathan Hirsch. Because of my long, close personal friendship with Jonathan, I would never cease to support him in this highly stressful time of his life. My name is Gerard Jeffrey and I have known Jonathan for over 20 years. As the younger brother of Nicholas Hirsch, who also is my roommate and a close friend, Jonathan and I have had the opportunity to develop our own friendship that crosses the border of both personal and professional. Our families also remain close friends, which has enabled us to spend many holidays together over the years. Even though Jonathan is younger than me, besides growing up in New York City, we still did attend the same school and summer camp so we do share a very common past. I speak to Jonathan almost on a daily basis and he has assisted me in the past with raising capital in some of my real estate ventures. We are also currently in the planning stages of starting a new web project.

Besides being a wonderful and reliable friend, he also went above and beyond recently when he raced to my rescue when I had accidentally taken too much of my daily Epilepsy medication, which had rendered me virtually incapacitated for 9 hours. I was able to place one last phone call to Jonathan as I knew what was about to happen to me. He came over to my apartment in minutes to make sure I would be well taken care of. Just to elaborate about this situation, it must be clear that I was totally unable to walk, lost my vision for a period of time, was hallucinating at another stage, and could not feed myself or do something as simple as lift something as light as a remote control. What Jonathan did for me on that day was a true demonstration of friendship.

It is well known that Jonathan is fluent in Chinese, a brilliant pianist and superb computer programmer. To witness his true genus on a regular basis is really a pleasure, which I hope to continue for a long time to come. He always has the most interesting commentary on life, which is magnetic for all who surround him. To take a Sunday trip to the Natural History Museum with him is truly one of the most informative experiences one can have. He also frequently has sat down at my family home during the holiday to entertain many people with music both well known and that he has written.

I very much hope this letter has done something to illustrate the wonderful person that Jonathan is and I could not be more proud to have him as a friend and support him in any way that he needs.


Respectfully Submitted,

Gerard Jeffrey

# EXHIBIT 22

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
40 Foley Square, Room 1105
New York, New York 10007

April 15, 2014

Dear Judge Furman:

My name is Joshua Neckes, and I'm writing regarding Jonathan Hirsch. I've known Jon as a friend since our time together at Oberlin, and I'm eager to share what I believe to be a clear and forthright articulation of his character. To provide a bit of background, I work primarily as a consultant for venture-backed startups in New York City; previously, I've worked at several non-profits focused on sustainability and foreign assistance.

Jon and I met relatively early in our time at school – a talented pianist and chess player, we bonded quickly over mutual interests both musical and intellectual. Beyond his innate talent in these domains, it was his generous and accepting character that really stood out in those early days- a rare attribute in anyone, never mind a collegiate freshman. Whether it was giving a car full of financially-challenged undergraduates rides back to NYC during the holidays, or picking up the tab at a communal meal, Jon's quiet charity and mirthful spirit combined to create the portrait of an impressive young man.

As an adult, I've watched him commit tirelessly to developing those same skills and attributes that first drew me to him. His piano playing has become nearly virtuosic (and I say this as the son of a concert pianist), while his altruistic sensibilities have evolved in similarly impressive fashion. He continues to be a lively and engaging discussion partner, someone committed to furthering his own understanding through both dialogue and deep reading/research.

In the recent months, Jon has been heartfelt in his regret and directed in his effort to move forward productively. We've had numerous conversations about his efforts to build new, healthy relationships and businesses in the technology world, and with his blend of ingenuity, talent, and engineering background, I have no doubt he'll be successful. Perhaps more impressively, he's continued to be as generous, warm, and open as ever, speaking volumes about the intrinsic nature of his character.

More than any other friend, he's demonstrated his ability to have real, open conversations about difficult challenges in our shared experience – and that's really the mark of someone of true merit and honor.

Please don't hesitate to let me know if you have any questions.

Joshua Neckes

# EXHIBIT 23

## Perlbinder

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

April 4, 2014

Dear Judge Furman:

I write to you to express my support of Jonathan Hirsch at this time of difficulty.

First, I wish to let you know that I come from a family of New York City builders. I personally, at the age of seventy-one, represent the third generation of builders and my daughter, Muffy, the fourth.

As a very close friend of Jonathan's parents, I have known Jonathan since his birth. Over the years, I've spent a great deal of time with him and his family. Especially at holiday times, I've taken great pleasure in talking with him and listening to him play the piano. Jazz, classical, he did it all with such ease and expertise. Not long ago, I took his family out to celebrate his Mother's birthday at my favorite Upper East Side Chinese restaurant. While we were all deciding on our food choices, Jonathan began engaging in conversation with our waiter, in fluent Chinese.

I truly appreciate not only the gentle soul of a person I watched develop into adulthood, but the person with many talents, who gave pleasure to everyone who entered his life.

I would ask Your Honor to find it within your power to evaluate the good that I have found in Jonathan throughout his entire life. Thank you.

Sincerely,

Mark Perlbinder

429 East 52nd Street  New York NY 10022
Tel 212 688 0700  Fax 212 371 1963

# EXHIBIT 24

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

Re:    United States v. Jonathan Hirsch, 13 Cr. 268 (JMF)

Dear Judge Furman:

My name is Marat Rosenberg.  Recently, I wrote a letter to you regarding Nicholas Hirsch, and sadly I am writing a letter now regarding his brother Jonathan Hirsch, who was unfortunately involved in the same case.

I have had the pleasure of knowing Jonathan Hirsch for over 10 years, when he was introduced to me by Nick, and I am proud to also consider Jon one of my closest friends.   While I understand that he is pleading guilty to a felony, it's very difficult to imagine or understand this in the context of the person that I have known during these years and believe him to be.

Jonathan is a highly educated and cultured person, graduating with honors from the Dalton School and Oberlin College, and one of the smartest people I know.  I often seek out input from him on any business that we encounter having to do with the internet, technology, programming and/or mathematics, fields in which I believe his knowledge is unparalleled. Besides these fields, he has many interests in which he excels including science (he is extremely well versed in theoretical physics) and music (he is a classically trained pianist who can play the most complex works by the world's top composers).

Besides these extreme talents and accomplishments, his character and trustworthiness are beyond reproach as he has shown to me on numerous occasions in both personal and financial matters. Furthermore, Jon is genuinely a very kind and loyal person and friend. He is without question a person to rely on, and someone that historically has always looked out for the interests of others.

As previously mentioned,  I also have the pleasure of knowing Jon's entire family, brothers and parents, who are well respected, decent and some of the most honorable people that I have met.  This ordeal involving 2 of their sons, has been unimaginably difficult for them and, as a father, my heart goes out to them in this situation.  To his credit, Jon has handled himself with dignity and grace during this most difficult time in his life.

He is loved by many, and I trust that, as you read the many letters from the people that know Jon well and whose life he touched, that you will see the same recurring themes. Despite this irreconcilable transgression, I know that Jon is destined for greatness and his best years are still ahead.

Respectfully submitted,

Marat Rosenberg

# EXHIBIT 25



NATASHA USPENSKY
Certified Health and Nutrition Counselor

The Honorable Jesse M. Furman

United States District Court

Southern District of New York

Thurgood Marshall U.S. Courthouse

40 Foley Square, Courtroom 1105

New York, NY 10007


March 26, 2014


Dear Judge Furman:


I am writing on behalf of my friend of over 10 years, Jonathan Hirsch. Jon and I met at Oberlin College in 2002. Throughout those many years, I have known Jon to be a generous friend, a trusted advisor, and, ultimately, a good man. Always eager to lend a hand to a friend in need, be it with a ride (sometimes several hours out of his way), financial support for someone less fortunate, or a piece of honest advice, Jon is there. No matter where our lives take us, or how many months have passed since we've last seen each other, we can pick right back up in our friendship with the warmth and humor that has long characterized our relationship.

I know Jon to be a good man, a brilliant man, still discovering his true path in life. I believe him to be worthy of a chance to right his wrongs and contribute to society in a meaningful way that his many skills, generosity, and intelligence would allow him.


Sincerely yours,

Natasha A. Uspensky

# EXHIBIT 26

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

March 26, 2014

Dear Judge Furman:

My name is Kimberly Velentzas. I am a wife, mother of two, former teacher, PTA Executive
Board member and educational activist. I am an involved member of my children's school and
Long Island community where I live. I am writing to you today on behalf of my cousin, Jonathan
Hirsch.

Jonathan and I have had a special bond since he was born. He is the "baby" in our family, the
youngest of eleven first cousins, while I am the oldest female cousin. I spent summers, during
my teenage years, as Jonathan's babysitter. I would spend every weekend, in East Hampton, at
Jonathan's parents' home, helping my aunt take care of him. He and I spent days in the pool and
at the beach, and I still remember him as a happy two-year old, waking me up in the morning and
asking for ice cream for breakfast! He was a happy, social child and people would be drawn to
him wherever we went. Jonathan was friendly and talkative and adults would marvel at how
articulate he was. This trait followed Jonathan as he matured, always smiling and social in any
setting. People are still drawn to his sunny personality and caring nature. This time we spent
together when he was young, forged a special bond between Jonathan and I that has followed us
into adulthood. It is a bond we both treasure.

Jonathan and his brothers and me and my sisters all grew up together in New York, in a close-
knit family (my father and Jon's mother are brother and sister). Our families would spend
Sunday dinners gathered around our grandparents' table. We all lived within close proximity of
our grandparents' home and were expected to be together for Sunday dinner. Every Christmas
day was spent at Jonathan's parents' home in East Hampton with our grandparents, a multitude of
cousins, aunts, uncles, extended family, and friends. Once again, the expectation was that we all
be together for this, and other equally important special days. These traditions and the
expectations of our grandparents helped Jonathan understand his commitment to family.

Jonathan, being the youngest, was witness to the deep bond within our family-especially between
"the cousins". Jonathan played an important role at my wedding, happily participating in my
ceremony. He flew across the country, to California, to be present at our cousin's wedding (which
also served as a sort of family reunion or us all). Jonathan has close ties to his family and takes
those relationships to heart. When both of my children were born, and as they've grown,
Jonathan has enjoyed the time he spends with them. His role as "Uncle Jonathan" is an important
one.

The only family Jonathan has ever known is supported by us. Jonathan has traveled extensively in his life but has always returned to New York City to call home. Our family recognizes the mistakes Jonathan has made, but we all stand behind him with love and support. We are all prepared to help him as he takes positive steps in his life. Jonathan is a smart and talented man, and has much to still do in his life. He has wonderful experiences and talents to offer to his family and community. I know if given the chance, Jonathan will move forward and do great things in his life.

Thank you for your time and consideration.

Respectfully submitted,

Kimberly Velentzas

# EXHIBIT 27

The Honorable Jesse M. Furman

United States District Court

Southern District of New York

Thurgood Marshall U. S. Courthouse

40 Foley Square, Courtroom 1105

New York, NY 1000


Re: United States v. Jonathan Hirsch, 13 Cr. 268 (JMF)


Re: Character reference for Jonathan Hirsch


The Honourable Judge

This letter is being written by the undersigned on behalf of Jonathan Hirsch who has pleaded guilty to a felony charge. Having known Jonathan for close to thirty years I was taken aback when I heard of the charges filed against him. I worked as a nanny for the Hirsch family for nine years and this entire incident seems extremely out of character for someone as upright as Jonathan.

I first met Jonathan when he was only two weeks old and I was studying at The American Academy of Dramatic Arts.  He was a really happy child with a very sweet manner so calm and cute that he won a role at the Academy as one of Nora's children in Ibsen's *The Doll's House*. We spent so much time together playing, reading, shopping and going out to restaurants.  Jonathan was well mannered and always shared his toys when we went out to play groups.  As a family we travelled to London, Rome and Venice Jonathan taking in the sights and smells of a new country in his stride.  I was fortunate to spend most weekends at the family's East Hampton home and we went on lots of long walks discovering new play spots or building castles at the beach. Jonathan was an exceptional child and rarely got upset in fact the only time I remember him crying was when he had a very exhausting day. Over the years I have stayed in contact with Jonathan and each year he has sent me a photograph or a post card telling me how his year has gone. He also became my pillar of strength in one of my most personally distressing periods. I have seen him, over the years, help several people in his spare time. He has always had a keen interest in doing something for society and giving back.  As he grew from a child into a teenager into an adult he has always stayed in contact.

I am aware Jonathan is being tried because he has supposedly broken the law but I believe that if true, it could only be due to a bad influence. I strongly feel that if that is the case he would better serve the community if he was not sent to prison. Sentencing him to a term in prison would only cause society to lose a citizen who could be a valuable asset.

He is a good person who deserves a chance. Convicting him and sending him to prison would only expose him to further bad influences. I humbly ask you to please give him an opportunity to set his life back on track and not let a bad decision alter his life's direction.  This whole experience has been traumatic and sad for his family and me.  Please give this young man a second chance.

If you have any further questions, please feel free to contact me dwallace@queenslandtheatre.com.au

Yours sincerely

*Deirdree Wallace*

Deirdree Wallace

# EXHIBIT 28



RESIDENTIAL BROKERAGE

883 SOUTH WESTLAKE BLVD.
WESTLAKE VILLAGE, CA 91361
BUS. (805) 495-1048
BUS. (818) 889-1333
FAX (805) 495-2218

*The Honorable Jesse M. Furman*
*United States District Court*
*Southern District of New York*
*Thurgood Marshall U.S. Courthouse*
*40 Foley Square, Courtroom 1105*
*New York, NY 10007*

*April 5, 2014*

*Re: United States v. Jonathan Hirsch, 13 Cr. 268 (JMF)*

*Dear Judge Furman:*

*It is my pleasure to write to you on behalf of my nephew, Jonathan Hirsch. My sister is Jonathan's mother. I live in California, just outside of Los Angeles. I am a licensed a real estate agent but previously was a Vice President and Store Manager with Macy's New York. I also sit on the Board of Directors of La Reina High School, a Catholic High School located in Thousand Oaks, as well as Mary Health of the Sick, a Convalescent Hospital, also located in Thousand Oaks. I am active in my church and work with our young adults in teaching religious education.*

*In spite of the distance, my sister and I are very close. We talk a few times a week and see each other often. Her 3 sons and my 3 sons have also maintained a close relationship. As the youngest grandson in the family, Jonathan has always held a special place in our family. He was cherished by my mother and gave her such joy, especially when he played the piano for her. He treated her with the utmost love and respect. When she was in her 80's, he was a young man, yet would still go out of his way to spend time with her. This speaks volumes for Jonathan's character. He genuinely cares about others and wants to please.*

*Jonathan is one of the most gifted individuals I have met. He was always a good student and his abilities in many areas are endless. He has mastered playing the piano and playing chess, and borders on being a genius in math. He enjoys sharing these skills with others, especially family. On the day of my son's wedding, he beguiled our guests with classical piano a la Chopin.*

*Jonathan was raised with good values and has remained grounded and unaffected by material possessions. He is good-natured and lives a simple life. I have no doubt he has learned a great deal from the difficulties he has encountered this past year. He was crushed by the hurt caused to his family and others, and seems anxious to make amends, put this behind him and move on with his life. Your Honor, I am confident that with your guidance, he will grow from this experience, become an even better person and be a valuable member of society.*

*Respectfully submitted,*

*Francine Weisbecker*

# EXHIBIT 29

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

April 1, 2014

Dear Judge Furman:

My name is Thomas James Weisbecker; I am Jonathan Hirsch's first cousin—his mother is my mother's sister. I live and work in Los Angeles as a student, artist, and 501(c)(3)/(4) fundraiser. I am a full-time post-graduate student of psychology studying for a prospective PhD in psychology (2017) and Master's degree in transpersonal psychology (2014) with the Institute of Transpersonal Psychology (ITP) in Palo Alto, CA. I hold a Master of Arts degree in theology from Loyola Marymount University (LMU; 2011) in Los Angeles, and Certificates in religious studies (University of San Francisco [USF]; 2003) and transpersonal studies (ITP; 2013). I have worked as an interfaith minister and counselor for a variety of academic and faith-based 501(c)(3) organizations, including USF, LMU, ITP, the United Church of Christ (UCC) in Dallas, Texas, and the Roman Catholic Archdiocese of Los Angeles, California.

I have known Jonathan for his entire life. I remember spending time with him and our extended families on the east coast in Manhattan and in the Hamptons, and on the west coast in the suburbs of San Francisco and Los Angeles. Jonathan has always been, in my mind, a funny, good, and intelligent person. I can remember that our grandmother lightheartedly called us both her "favorite grandsons." Jonathan and I both have also always shared the bond of being the youngest of three boys in our families and of being approximately the same age.

I would like to stress that I believe Jonathan has prospectively a bright future ahead of him. I believe that he is not only good and decent, but in many respects above average. For as long as I can remember, Jonathan has been gifted in mathematics and music, and it was always clear to me that, combined with his excellent education and upbringing, he will do well. Jonathan has always been good-natured, and, from an early age, he seems to enjoy using his mathematical and musical talents for good. In my 30+ years of a close relationship with Jonathan, I have not known him to do wrong by any person. Knowing him as I do, I believe that he will always be willing to stand up for any inadvertent wrongdoing for which he is responsible, and that he will be eager to learn from his mistakes in this present offense and to grow from this experience to become a more responsible citizen.

Thank you for your consideration of my appeal on my cousin Jonathan's behalf. I hope that it may help to serve you in your decision. Please do not hesitate to contact me for any further assistance that I might be able to provide you with in this regard.

Sincerely,

Thomas J. Weisbecker

# EXHIBIT 30

The Honorable Jesse M. Furman
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Courtroom 1105
New York, NY 10007

April 2, 2014

Dear Judge Furman:

I am writing on behalf of my dear friend Jonathan Hirsch. I met Jon in high school. I liked him immediately; he was charming, and generous, and fun loving. He always had a smile on his face. We met through mutual friends but became fast friends on our own. I've been around Jon in every scenario; we've vacationed together, laughed together, and have gone through hardships together – he is a person who I've always been able to confide in and rely on.

Jonathan speaks Chinese fluently. It's amazing to watch. He can teach himself any language in two years (that is how bright he is), and he is an incredible pianist - literally concert level. He can play anything by ear, and has one of the greatest mathematical minds I've ever seen. In addition to his skillset, he is one of the liveliest and most generous people I've ever met. It's great to see how he can take full command of a room; everyone gets a kick out of Jon, and he really has no enemies. He is the life of every party and situation. His army of friends is endless and people always have a great time in his company. Jonathan comes from a close-knit, lovely family, and was raised with impeccable values, and is the ultimate gentleman.

As I began my career as a filmmaker, Jon was always there to help in any way he could. Often times the roles were unglamorous; he created props for my first vampire film (which led to him staining himself and his clothing with gallons of fake blood), he would drive a van around New York picking up various odds and ends for me - often not getting home till late at night after driving around the city looking for parking on the cheap so we didn't go over budget. He even created the score for one of my most recent films (which he unbelievably knocked out in one take!) - that is how talented Jonathan is!

I've witnessed the pain and regret that Jonathan has experienced this year throughout this entire ordeal. It has been sad to see my fun loving friend so incredibly torn up inside. And yet, he still marches on and tries to be social, and wear the smile on his face that I've grown so accustomed to seeing because he is a very strong person who doesn't want to see the fun stop just for him. He has put his pain on the backburner so he can still be there for his friends, and try to resume as "normal" of a life as he possibly can – even though it is clearly very trying for him.

Jonathan was so happy to live in his lovely apartment that housed his beautiful piano. Since last spring he has had to give the apartment up, move back in with his parents, and the greatest shame of all is that his prized piano is still in storage. His life has been flipped upside down, and I know for a fact he will never find himself in a situation like this again. To say he has learned his lesson is a complete understatement. Please spare Jonathan from any more punishment. He's ready to move on from this experience and continue his amazing life with a lot of music and laughter ahead.

Sincerely,

David Wexler